**PRISONER CASE**

Cat 3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

FILED
NOV 13 2007 cm
13
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

| | |
|---|---|
| **Plaintiff(s):** RICKEY ROBINSON-EL | **Defendant(s):** STATE OF ILLINOIS, et al. |
| **County of Residence:** WILL | **County of Residence:** |
| **Plaintiff's Address:** | **Defendant's Attorney:** |
| Rickey Robinson-El<br>K-82958<br>Stateville - STV<br>P.O. Box 112<br>Joliet, IL 60434 | Illinois Department of Corrections<br>100 West Randolph, Suite 4-200<br>Chicago, IL 60601 |

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [x] 3. Federal Question (U.S. gov't. not a party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

07CV6412
JUDGE KENDALL
MAG. JUDGE DENLOW

**Origin:**
- [x] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** [ ] Yes  [x] No

**Signature:** A. E. Woodham    **Date:** 11/13/2007