Rickey Robinson-El
#K-82958:
Stateville — STV
P.O. Box 112
Joliet, Illinois 60434

January 29, 2008

RE: Case No. 07 C 6412

U.S. District Judge
Virginia M. Kendall
Courtroom 2319
219 So. Dearborn Street
Chicago, Illinois 60604

**FILED**
Feb 4, 2008
FEB  4 2008  MB

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To The Honorable Judge
Virginia M. Kendall:

    This correspondence is a follow up of Plaintiff's last correspondence to the court regarding extension of time to Amend his complaint. Plaintiff's current situation being separated from his property are due to no culpable negligence on his part.

    Plaintiff makes a formal request for a copy of the "Amended Complaint Form."

    In closing, Plaintiff originally asked for a minimum 5 day extension of time. Due to recent developments plaintiff is unable to approach this Court in the time frame allotted and now asks for an extension of up to 30 days. Plaintiff asks for a stamp file copy of this correspondence.

Respectfully Submitted,
Rickey Robinson-El ©