

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS          CHICAGO EASTERN DIVISION

| | |
|---|---|
| RICKEY ROBINSON-EL, et al. ) | |
| ) | CASE NO.    07 C 6412 |
| Plaintiff ) | |
| ) | |
| v ) | VIRGINIA M. KENDALL |
| ) | ASSIGNED JUDGE |
| STATE OF ILLINOIS, et al. ) | |
| ) | |
| Defendants ) | |
| ) | |
| DEPARTMENT OF CORRECTIONS, et al. ) | DENLOW |
| ) | MAGISTRATE JUDGE |
| ROGER E. WALKER JR, Director ) | |
| MELODY J. FORD, Adm. Review Bd. ) | |
| JANE BULARZIK, IDOC Legal Counsel ) | **FILED** |
| TERRY L. McCANN, Stateville Warden ) | |
| AMI WORKMAN, Grievance Officer ) | FEB 12 2008  FEB 1 2 2008 |
| TAMMY GARCIA, Grievance Officer ) | |
| GEORGE ADAMSON, Stateville Chaplain ) | MICHAEL W. DOBBINS |
| CHARLES PETERSON, STV Chaplain ) | CLERK, U.S. DISTRICT COURT |

### Plaintiff's Motion To Proceed Second Amended Complaint

Plaintiff **Rickey Robinson-El**, moves this court to grant Plaintiff's **Motion for Leave to Proceed Second Amended Complaint** adding his supporting exhibits, pursuant to Title 28 of the **United States Codes Annotated** 1453(c)(2), and in compliance with the courts **ORDER** of January 4, 2008.

1. Exhibits A thru E are amended to support Plaintiff's complaint. Whereas, exhibits F and G are primary exhibits to prove **Muslim Islamic Identity**, and to show that the **Moorish Science Temple of America, Inc.**, is official **Islamic Temple.**

2. Defendants George Adamson, Charles Peterson, Terry L. McCann, Ami Workman, Melody J. Ford, Roger Walker Jr, Tammy Garcia and Jane Bularzik are direct co-conspirators named throughout exhibits A thru E.

| | |
|---|---|
| Roger E. Walker: | Exhibits B, D, and E. |
| Melody J. Ford: | Exhibits B, D, and E. |
| Jane Bularzik: | Exhibits D. |
| Terry L. McCann: | Exhibits A, B, C, D, and E. |
| Ami Workman: | Exhibits A, B, C. |
| Tammy Garcia: | Exhibits D, E. |
| George Adamson: | Exhibits A, C, and E. |
| Charles Peterson: | Exhibits E. |

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS          CHICAGO EASTERN DIVISION

3. The **"Challenged Policy"** is the denial of Plaintiff's rights to freely practice his **"religion"** and to assert his **"nationality;"** and that said **"state action"** constitute a **"statutory discrimination."**

4. This action is brought against the **State of Illinois** and against certain **IDOC Prison Officers** and **Employees** of the **State of Illinois,** so named in this **Second Amended Complaint.** A district court may substitute a department/agency [IDOC] in place of the Defendant **State of Illinois** because the **Illinois Department of Corrections** may be sued in its own name in a United States district court.

5. To the extent that the **Challenged Policy** constituted an infringement of Plaintiff's constitutional rights, the Plaintiff has suffered a "compensational infringement" of his **"free exercise"** and **"equal protection of the laws"** rights, contributing to a discrimination against Plaintiffs **"religion"** and **"national origin."**

6. Where **Violations of Federally Protected Activities"** on the part of two or more defendants were involved, a **"conspiracy to deprive a person of rights"** were at issue.

| | |
|---|---|
| Title **42** U.S.C.**§1981(c)** | Protection against Impairment of Rights, Discrimination against Plaintiff's: <br> a) National Origin: an Indigenous/Indian National; <br> b) Religion: a Moslem of the Moorish Science Temple. <br><br> Failure to reasonably accommodate Plaintiff's: <br> a) Indigenous/Indian Status; <br> b) Religious belief and practices. |
| Title **42** U.S.C **§1983** | Civil Action for Deprivation of Rights; |
| Title **42** U.S.C. **§1985** | Conspiracy to Interfere with Federally Protected Rights; |
| Title **42** U.S.C. **§1986** | Civil Action for failure or neglect to Prevent a Deprivation. |
| Title **42** U.S.C. **§1988(a)** | Applicability of Statutory Law: <br> In conjunction with 28 U.S.C. **§ 1367(a),** an invocation of the Court's pendent or "supplemental" jurisdiction to hear claims arising under Illinois State statutes. |

The "discrimination" against Plaintiff's **"national origin"/"nationality"** and **"religion"** under Title **42** U.S.C. **§ 1981(c)** constitute the direct or proximate cause of **"negligence"** suffered by the Plaintiff.

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS            CHICAGO EASTERN DIVISION


**First Amendment:**
  **A.** 1st Clause, shall make no law respecting an establishment of religion;
  **B.** 2nd Clause, or prohibiting the free exercise thereof;
  **C.** 5th Clause, or the right of the people peaceably to assemble;
  **D.** 6th Clause, and to petition the Government for redress of grievance.

**Fourteenth Amendment, Section I:**
  **A.** 3rd Clause, "nor shall any State deprive any person of ... **property,** without due process;
  **B.** 4th Clause, "nor deny to any person within its jurisdiction the **equal protection of the laws.**

7. **Washitaw Ismaili Moslems** were compelled to attend "religious services" of non-Indigenous [non-Indian] **Muslim** groups. This type of coercion violated the **"establishment clause."** Majority religions were not to be allowed to impose their beliefs on non-adherents. The **"religious coercion"** practiced by the IDOC, under the **Challenged Policy,** was prohibited under the **establishment clause,** which served to protect "religious choice" against government coercion. Whether direct of indirect, IDOC's **"coercion of religious conformity"** was a violation of the **establishment clause;** and the mandatory attendance, required by **Washitaw Muurs** under the **Challenged Policy,** at another's "religious services" and "religious instructions" violated the **establishment clause.**

8. Plaintiff asserts that **IDOC Director** and **Supervisory Officers,** as well as prison **Guards,** "conspired" to violate the Plaintiff's "federally protected rights" guaranteed under the United States Constitution. The Defendants failed to establish minimum standards for inclusion for all religious groups who desire to have "religious services" and practice their traditional religion, particularly prison inmates who are members of the **Indigenous Washitaw Nation of Muurs,** who practice their religion under the **Moorish Science Temple of America.** The purpose for this **"conspiracy"** was to deprive prison inmates who were **Washitaw Muurs,** and who are members of the **Washitaw Nation of Muurs,** of their "federally protected rights" guaranteed under the United States Constitution. The **"conspiracy"** consisted of the deprivation of the **"free exercise of religion"** and the **"equal protection of the laws"** rights.

9. Each Defendant conspired among themselves to deprive the **Plaintiff** of his rights. The Conspirators committed acts in furtherance of the **conspiracy** which included:  **1.)** the denial of an **"administrative hearing"** pertaining to **"religious services;" 3.)** IDOC failure to allow the wearing of the traditional indigenous headdress: **"dreadlocks"** or the **"Red Fez;"** and  **4.)** the ongoing **"retaliation"** against the **Plaintiff.**

10. Plaintiff alleged that he was discriminated against because of his **"national origin"** ["**nationality**] and **"religion;"** and because  Illinois was required to acknowledge Plaintiff's **"religin"** because the **Moorish Science Temple of America** was recognized by Illinois.

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS                CHICAGO EASTERN DIVISION

11. The **"equal protection of the laws"** clause was violated when their was **"no accommodation"** for religious service. Plaintiff was denied access to religious materials; and was not allowed to wear his traditional indigenous/religous garment, sacred medallions or prayer beads. Such an attire was regarded as an intricate part of the **Ismaili Islamic Faith.** Most more, Plaintiff was not allowed to participate in the sacred yearly cremonies.

### Standard Of Review

On several occassions both the **Warden** and **Chaplain** at Stateville were given **"requests"** for **"religious service;"** and on every occasion, the **Plaintiff** was directed to attend **"religious services"** of a **"non-Indigenous"** Muslim group in violation of the **"Establishment Clause."** For over a period of ten (10) years, **"requests"** were denied; and inmates who are **Washitaw Muurs** were denied the privileges that were granted to other religious groups. Attendance for **"religious services"** were denied the **Washitaw Muurs** under the **Moorish Science Temple of America**, but were affirmed for other religious groups. Because **IDOC** officers failed to act to prevent the **"deprivation,"** their actions contributed to the violation of **Plaintiff's** rights.

### Summary Argument

**Plaintiff's** Motion for Injunctive Relief should be granted on the grounds that **Defendants** deprived Plaintiff of his federally protected rights:  1.) **"free exercise of religion,"**  2.) **"equal protection of the laws"** and  3.) **"establish-ment clause."**

### Prayer For Relief

**Plaintiff** prays that the Court enters a Judgment against the **Defendants** for **Injuctive Relief**, requiring the **IDOC** to permit the **Washitaw Muurs** to have **"religious services;"** and requiring United States District Court to compel the performance of **Illinois Department of Corrections** to act in accordance with **Illinois State** law and **United States**.

| A list of **Holidays** of Ismaili Islam: | **Celebration Dates** |
|---|---|
| 1. Washitaw Prophet of Islam: **Noble Drew Ali I**, Founder | **January 8** |
| 2. Washitaw Prophet of Islam: **Noble Drew Ali II**, Reincarnate | **August 7** |
| 3. Washitaw Prophet of Islam: **Allah El**, Nazarene Reincarnate | **June 20** |
| 4. Washitaw Prophet of Islam: aka the **Delaware Prophet Neolin** | |
| 5. Arabic  Prophet of Islam: **Mohammed I**, the Founder of Islam | **Ramadan** |
| 6. Turkish  Prophet of Islam: **Mohammad II**, the Reincarnate Prophet | |
| 7. Ismaili  Prophet of Islam: **Mohammed ibn Ismaili**, the Reincarnate Prophet | |
| 8. Washitaw Empress: **Verdiacee Tiara El-Bey**, Political Leader: **Washitaw Sheikdom** | |

S/ *Rickey Robinson-El* 6/© *UCC 1-207, UCC 1-103.6*

~~Signature of Plaintiff~~ (Without Recourse)
~~Appearing pro se: 28 U.S.C. § 1654(a)~~

**Rickey Robinson-El #K-82958**
**STATEVILLE CORRECTIONAL CENTER**
Rt53, P.O. Box 112
**Joliet, Illinois [60434-0112]**

Rickey Robinson-El
#K82958
B-227

_Exhibit A_

November 6, 2007

Chaplain Adamson,

I have finally received the documentation that you request is required, and I am formally addressing your request regarding section 425.60.

1.) Written verification that other committed persons belong to that faith and are interested in attending such religious activities.

"The MUURS under the 1926 charter are representatives of the original Moorish Science Temple of America; we are not a splinter group of MUURS as claimed by members of your chaplainry. We are the authentic MUURS, born of the organic Washitaw Nation of Muurs. Therefore all members of the Moorish Science Temple regardless of the faction of which they have been taught are MUURS, thus I am a sheik/Teacher to propogate this fact to all Muurs. (See Exhibits A-1, A-2, & A-3)"

2.) The names, addresses, and telephone numbers of the outside leaders of the faith.

"
Though this administration has been in correspondence with Ravanna Bey in the past: His name & address can be obtained in the upper right hand corner of exhibit A-1, and on the bottom of exhibit A-2."

3.) Copies of the by-laws, chapters, or articles of incorporation, to the extent available.

"Most if not all are the same as has been provided by the Moorish Science Temple in the past. You can confirm & clarify by contacting Ravanna Bey."

4.) Written verification of the religion's practices, requirements, historical origins, size of membership population, organization hierarchy and structure, role of religious personnel, and dietary restrictions.

"To this effect I basically laid it all out to you and McCann in my 5 page requesat for recognition/space and time. I am enclosing more information, any more that is needed you should contact Ravanna Bey. (See Exhibits A-1 thru 21 as well as the 8 pages of Application of for recognition of exemption)"

5.) The time place and nature of any religious activities to be conducted and the identity of the religious program volunteer who will conduct the requested religious activities as well as their address, telephone number, and credentials; and

"Again the time, place and nature that has not been provided in my five page Request for Recognition can be worked out with clarity should you contact Ravanna Bey. What is for certain, having to have a religious volunteer is where we bump heads with the policy, whereas we are willing to allow a chaplain to sit in while we conduct our services according to the confirmation of Ravanna Bey.

EXHIBIT A-1

Wednesday May 30, 2006

TO: Roger E. Walker, Director
Illinois Department of Corrections
P.O. Box 19277
Springfield, Illinois 62794-9277

Rod Blagojevich, Governor
C/o Illinois Dept. of Corrections
207 Statehouse
Springfield, Illinois 62706-0000

Lisa Madigan
Illinois Attorney General
500 South Second Street
Springfield, Illinois 62706

FROM: Ravanna Sanders-Bey
Moorish Science Temple
U.S.A. P. O. Box 0318
Chicago, Illinois 60621

Re: Request for Meeting Space for the Moorish Science Temple of America
Ismaili Islam, Reincarnate Temple of Chicago
Washitaw Nation of Muurs

Incorporated in the State of Illinois in 1926, this Temple is the oldest and original Moorish Science Temple. This Temple is the only Temple registered with the United States government [EIN: 56-2473981]: Interior, Commerce, Justice and State Departments. It is a **Religious Corporation** registered with the Secretary of State, State of Illinois [Tax Exemption No.: E 9939-0647-1, Illinois Department of Revenue]. The **Moorish Science Temple of America** is the "religious" component of the **Washitaw Nation of Muurs**: an Indigenous Nation first Acknowledged by **Spain** in 1797 and then by the **United States** in 1802 [U.S. Land Grant 923]. The Nation's religious status is protected under **Article III of the Louisiana Cession Treaty** [8 Stat. 200 (1803)]. IRS: Exception 17053-290-74400-4 [Certified Mail 7003 3110 0000 4219 7846] Illinois Tax Exemption E 9939-0647-01.

| PROTESTANTISM | CATHOLICISM | CONFUCIANISM | BUDDHISM | HINDUISM | JUDAISM | ISLAM | ZOROASTRIANISM |
|---|---|---|---|---|---|---|---|
| Lutheran | Eastern Orthodox | Daoism/Taoism | Tibetan | India/Hindu | Orthodox | Sunni | Persia/Iranian National |
| Anabaptist | Roman Catholic | | Japanese | | Talmudic | Shi'a | Shiite Islam Twelve's |
| Mennonite | Anglican Catholic | | | | Falashas | Ismaili=Sevener's | |
| Amish | Byzantine Catholic | | | | Reform | Sufi | |
| Calvinist | Greek Orthodox | | | | Conservative | Baba'i/Babism | |
| Presbyterian | Russian Orthodox | | | | Traditional | Ahmadiyyat | |
| Reformed | Romanian Orthodox | | | | Lubavitch Chabad | Sikhism/Sikhs | |
| Anglican | Ukrainian Orthodox | | | | | | |
| Puritan | Armenian Apostolic | | | | | | |
| Methodist | Seventh Day Adventist | | | | | | |
| Episcopal | Jehovah Witnesses | | | | | | |
| Baptist | Pentecostal | | | | | | |
| Quakers | African Episcopal Methodist [AME] | | | | | | |



All Christians, Protestants and Catholics are Not the same; and likewise, all Jews and Moslems are Not alike. **Ismaili Islam**, the sacred way of like of the **Muurs**, is Not the same as Sunni or Shiite Islam. The world view of one is Not one and the same as the other. Sunni is Not Shiite, and **Ismaili** is Not Sunni Nor Shiite. Note the conflict [war] between Iraq and Iran [1979-1989], and the Civil War between Sunni and Shiite in Iraq today.

Therefore, if their are several groups of **Muurs** [as their maybe Arabs, Turks, Persians, or Afghani], it follows that one group may not practice the same form of Islam as the other, in fact this is the case. **It is our request that** Ismaili Islamic adherents are allowed to meet among themselves and practice their own form of **Islam**. **All Muurs do Not** practice the same form of Islam. Ismaili, also known as "Sevener's," is **Moorish Islam**.

The **Muurs** under the 1926 Charter are representatives of the original **Moorish Science Temple of America**; for we are Not a "Splinter Group" of **Muurs** as claimed by members of your Chaplaincy. **We are the Authentic Muurs**, born of the organic **Washitaw Nation of Muurs**. We would be grateful and most applicative if the Illinois Department of Corrections would grant our Temple space to have our religious service and study meetings.

SUBSCRIBED, SEALED AND AFFIRMED

In Witness whereof, I have hereunto set my hand and caused the Seal of the Moorish Science Temple of America to be affixed, this 30th Day of May in the Year 2006.

Sheik Ravanna Sanders-Bey: Moorish Science Temple of America
Witness The Hand And Seal



# Jamal al-Din al-Afghani

| | | | |
|---|---|---|---|
| Timothy Turner-Drew Ali | [January 8th 1886–1929 July 20th] | Noble Drew Ali | Prophet and Founder |
| John Givens El | [December 6th 1904–1945 October 21st] | Noble Drew Ali | Reincarnate Prophet |
| Ira Johnson El | [June 18th 1879–1949 December 5th] | Brother Nazarene | Reincarnate Temple |
| Sister Eva Ali El | [April 11th 1912–2005 October 14th] | Queen Mother Eva | Reincarnate Temple |
| Prince Mohammed Ali El | [born March 13th 1941] | Son and Heir | Reincarnate Temple |

## MOORISH SCIENCE TEMPLE OF AMERICA
### REINCARNATE TEMPLE OF CHICAGO



1. **T. Compton Bey** Teacher 1929–1934
   [died 1934]
2. **Brother Ross El** Teacher 1934–1949
   [died 1955]
3. **Guy Montgomery El** Teacher 1949–1958
   [b. 1889–1977 d.]
4. **Samuel Nance Bey** Teacher 1958–1964
   [died 1969]
5. **William Woods El** Teacher 1964–1972
   [b. 1898–1979 d.]
6. **Claudas Watson El** Teacher 1972–1983
   [b. 1939–1983 d.]
7. **Prince David Ali El** Teacher 1983–1996
   [b. 1942–1996 d.]
8. **Mohammed Ali El** Teacher 1996–1999
   [b. 1932–1999 d.]







Ravanna Sanders Bey



"Prophet Noble Drew Ali Reincarnate Founder of the Moorish Science Temple of America Aug. 1934"

**Thursday, July 05, 2007**

9-A Sis Marylyn McClinton El Teacher 1999–
[b. November 17, 1926]
9-B Sister Starlet Watson El Teacher Chicago
[b. 1957-0000 d.]
9-C Brother Currie Watson El Teacher Chicago
[b. 1971-0000 d.]
9-D Bro. Adel McClinton El Teacher Chicago
9-E Brother Emanuel El Teacher Chicago
9-F Bro. Jason Keith Taylor El Teacher Statesville
9-G Bro Aaron Pinkston El-Bey Teacher Lawrence
9-H Bro. Rickey Robenson-El Teacher Statesville
10-A Sister Orissa McClinton El Teacher Chicago
10-B Bro. Carman McClinton El Teacher Chicago
— Derrick Cabbil–Bey, Michigan Grand Sheik/Imam
— Bakare McFarland-Bey, Illinois Grand Sheik/Imam

10-H Johnny H. Alexander Teacher, Chippew
Kincheloe, Michigan Republic [49784]
10-G Alfred Earl Owens–El Teacher, Straits
Kincheloe, Michigan Republic [49785]
10-F Kenneth Hardin–El Teacher, Deerfield
Ionia, Michigan Republic [48846]
10-E Richard Dyer–Bey Teacher, Grand Mufti/Khan
Standish, Michigan Republic [48658]
10-D Derrick Cabbil–Bey Teacher, Grand Sheik / Imam
Manistee, Michigan Republic [49660–9200]
10-C Brother Joseph Garrett Bey, Chicago Teacher
— Adel McClinton El 2nd Grand Sheik / Imam
— El Seti Anu Ali El Supreme Grand Khan/Amir
— Omar S. Sanders Bey Illinois Grand Mufti/Khan
— Richard Dyer–Bey Michigan Grand Mufti/Khan
— Ravanna M. S. Bey Supreme Grand Sheik/Imam

# EMPIRE MAURETANIA AL MAGHRIB

## BIOGRAPHY

## ISMAILI ISLAM

**Nasr, Seyyed Hossen**
"Theology, Philosophy, and Spirituality." **Chapter 22.** In: Islamic Spirituality.
New York: Crossroad Publishing Company, 1991: Pp 395–446

**Farhad Daftary**, Editor
Ismaili in Medieval Muslim Societies: A Historical Introduction to an Islamic Community.
[Ismaili Heritage Series, Vol. 12] Holtzbrinck Publishers,
London: I. B. Tauris and Company, 2006.

**Yoginder Sikand**
"Shi ism . . . Indian Ismailis." In: Muslim World. Vol. 93, Issue 1, 2003, Pp 99–115.

**W. Ivanow**
"A Forgotten Sect of the Ismailis." In: Journal of the Royal Asiatic Society [JRAS], 1937.
Ismaili Tradition Concerning the Rise of the Fatimids. London: 1942.
Brief Survey of the Evolution of Ismailism. Leiden: E. J. Brill. 1952.
Studies in early Persian Ismailism. 2nd Ed. Bombay. 1953.
The Alleged Founder of Ismailism. 2nd Ed. Bombay. 1957.

**Bernard Lewis**
"An Ismaili Interpretation of the Fall of Adam." In: Bulletin of the School of Oriental
Studies [of London]. Vol. 9, Issue 3, 1938: Pp 691–704.
The Origins of Ismailism: A Study of the Historical Background of the Fatimid Caliphate.
Cambridge, Mass.: Harvard University Press. [Reprint of the 1940 Edition], 1975.

| A. J. Wensinck | Walker, Paul E. | Early Philosophical Shiism: Yhe Ismaili Neoplatonism |
| The Muslim Creed. | 1993 | of Abu Ya'qub al-Sijistani. Cambridge University Press. |

**Aurhor "Un-Named"**
"The Divine Kingship of the Aga Khan: A Study of Theocracy in East Africa" [Ismaili Islam]
In: Southwestern Journal of Anthropology. Vol. 14 (Winter 1958) Issue 4, Pp 454–472.

**David Hollenberg**
"An Early Ismaili Torah Interpretation . . . Fatimid Mission." In: Religion. Vol. 33 (April
2003) Issue 2, Pp 127–145.

**Robert J. Bocock**
"The Ismailis in Tanzania: A Weberian Analysis." In: The British Journal of Sociology.
Vol. 22 (December 1971) Issue 4. Pp 365–380.

**Nasr, Seyyed Hossein**
Ismaili Contributions to Islamic Culture. Tehran: 1977.

| Stern, S. M. | Nasr, Seyyed Hossein "Kalam" Pp 231. In: |
| Studies in Early Ismailis. Jerusalem: | 1987 Encyclopedia of Religion. Vol. 8. |



THE ALLEGED DESCENT OF THE FĀTIMID CALIPHS FROM THE
PROPHET MOHAMMAD

MOHAMMAD

I. 'ALĪ = FĀTIMA

The Seven Imāms of the Ismā'īlī Shī'a

2. Hasan

3. Hoseyn
4. 'Alī Zeyn-el-'Ābidīn
5. Mohammad el-Bākir
6. G'a'far es-Sādik

7. ISMĀ'ĪL.
or 7. *Mohammad*

7. Mūsā el-Kazam
8. 'Alī er-Ridā
9. Mohammad el-G'awād
10. 'Alī el-Hādī
11. Hasan el-'Askarī
12. MOHAMMAD EL-MUNTAZAR

The Twelve Imāms of the Imāmī Shī'a

*Ismā'īl*

The Concealed Imāms of the Ismā'īlīs

*Mohammad*
*Ahmad*
*'Abdallāh*
*Ahmad*
*Hoseyn*
*'Abdallāh*

FĀTIMID CALIPHS

I. El-Mahdī 909—934

II. El-Kāïm 934—946

III. El-Mansūr 945—953

IV. El-Mo'izz 953—975

V. El-'Azīz 975—996

VI. El-Hākim 996—1021

VII. Ez-Zāhir 1021—1036

VIII. El-Mustansir 1036—94

IX. El-Musta'lī 1094—1101    *Mohammad    El-Mustafā*
                                            *Nizār*

X. El-Āmir 1101—1131    XI. El-Hāfiz 1131—1149

XII. Ez-Zāfir 1149—1154

XIII. El-Fāïz 1154—1160

XIV. El-'Ādid 1160—1171




### The Moorish Science Temple Of America
### Reincarnate Temple Of Chicago
### Washitaw Nation Of Muurs

1. January 8th, 1886. Holiday of Prophet Noble Drew Ali, (1886-1929). Founder of the Canaanite Temple and later The Moorish Science Temple of America 1913 A.D. Newark, N.J.

2. January 14th, 1932. Holiday. Birthday of Brother Mohammed Ali El, (1932-1999), Moorish Spiritual Leader.

3. March 13th, 1941. Holiday. Birthday of Brother Prince Ali Mohammed El, (1941- ).

4. April 11th, 1912. Holiday. Birthday of Sister Eva Ali El, **Queen Mother** (1911-2005).

5. May 4th, 1927. Holiday. Birthday, **Empress Verdiacee "Tiari" Washitaw-Tunica Goston El-Bey.**

6. May 14th, 1925. Holy Feast Day. Brother Prophet Noble Drew Ali Reincarnated arrived in Chicago, Illinois.

7. June 7th, 570-632 A.D. Observance Day. Birthday of Prophet Mohammed 1st. Arabian Prophet Founder of the uniting of Islam in Arabia.

8. June 17th, 1928. Observance Day. Prophet Noble Drew Ali led the parade in Chicago, Ill. marking the Moorish Calendar.

9. June 18th, 1880. Holiday. Birthday of Brother Ira Johnson Bey **(Allah-El),** (1879-1949). The Nazarene.

10. June 20, 1797. Holiday. **The Crown of Washitaw.** U.S. Land Grant No. 923; Plan No. 1518; Register No. 3, April 12, 1802.

11. July 20th, 1929. Observance Day. Prophet Noble Drew Ali passed in Chicago, Illinois.

12. August 7th, 1929. Greatest Holiday of them all. Prophet Noble Drew Ali reincarnated back into one of his disciples. Brother Prophet Noble Drew Ali Reincarnated.

13. August 17th, 1929. Observance Day. Birthday of Marcus Garvey, (1887-1940). Forerunner of Prophet Noble Drew Ali, the Founder of the Moorish Science Temple of America.

14. September 19th, 1929. Holiday. Prophet Noble Drew Ali publicly announced his reincarnation at Pythians Hall, 3737 State Street, Chicago, Illinois. "I am back," said the Reincarnated Prophet.

15. October 7th, 1942. Holiday. Birthday of brother Prince Davis Ali El (1942-1996). Little Brother.

16. October 14th, 2005. Observance Day. Sister Eva Ali El, passed in Chicago, Illinois.

17. October 21, 1945. Observance Day. Brother Prophet Noble Drew Ali Reincarnated pulled the old ancient Canaanite trick again. Steeped out of the form at 447 East 40th St., Chicago, Illinois.

18. December 5th, 1949. Observance Day. Brother Allah-El **(The Nazarene)** passed in Menard, Ill. He also pulled the old ancient Canaanite trick.

19. December 6th, 1904. Holiday. Birthday of Brother Prophet Noble Drew Ali Reincarnated (1904-1945).

20. December 19th, 1925. Observance Day. The Star and Crescent appeared in the heavens. Allah's sign to man that His Noble and Divine Prophet Drew Ali was in North America teaching ISLAM. "Islam hangs low in the western sky."

Exhibit A-0



Muhammad Rashid Rida
[b. 1865 – 1935 d.]

Jamal al-Din al-Afghani
[b. 1838 – 1897 d.]

Muhammad Abdul Al-Sheikh
[b. 1849 – 1905 d.]

ker T. Washington
[b. 1856 – 1915 .d]

Aziz Ali Al-Misri Bey
[b. 1878 – 1965 d.]

Leon Richelieu–El
[b. 1870 – 1964 d.]

Duse Mohammed Ali
[b. 1866 – 1945 d.]

Arnold Josiah Ford–El
[b. 1890 – 1950 b.]

[Indigenous Washitaw Nation of Muurs]

Marcus Mosiah Garvey
[b. 1887 – 1940 d.]

Pearl Ali = Timothy Turner, Noble Drew Ali = Mary Lou Foreman Ali
1st Wife                                              2nd Wife

Wentworth A. Matthew–El
[b. 1892 – 1973 d.]

[b. 1886 – 1929 d.]

[Noble Drew Ali, Reincarnate]

[Indigenous Washitaw Nation of Muurs]

Farrad Muhammad Drew Ali
[b. 1879 – 1934 d.]

John Givens Ali El = Eva Ali El
[b. 1904–1945 d.]        [b. 1912-2005 d.]

William Saunders Crowdy
[b. 1847 – 1909 d.]

[Indigenous Washitaw Nation of Muurs]

James Lomax Bey    Ira Johnson Bey
Washitaw Muur        Allah El
                              [b. 1879 – 1949 d.]

Foreman Bey

Paul Robert Pool Bey    Edward Mealy El
Elijah Muhammad          [b. 1887 – 1935 d.]
[b. 1897 – 1975 d.]

Sister D. Mealy El    Charles Kirkmen Bey
[b. 1913 – 1981 d.]    [b. 1883 – 1959 d.]

Frederick Turner El
Washitaw Muur

Sister Eva Ali El
[b. 1912 – 2005 d.]

Malcolm [Little] X
[b. 1925 – 1965 d.]

R. German Bey
[b. 1913 – 1985 d.]

F. Nelson Bey

[Indigenous Washitaw Nation of Muurs]

[Indigenous Washitaw Nation of Muurs]

Richardson Dingle–El    Prince M. Ali El
                                      [b. March 13, 1941]

J. Blakely Bey    Verdiacee Washitaw Tunica Goston El-Bey
                          Empress of the Washitaw Nation of Muurs
                          [born: May 4, 1927, Ouachita Parish, Louisiana]

Timothy Dingle–El    John Given El's Son
                                  Reincarnate Temple

Sister Louise Dingle–El    National System

R. Love El

R. Jones Bey    El-Seti Anu Ali-El, Ravanna S. Bey [TRUSTEE
                          Washitaw Moorish Land Grant [U.S. No. 923, 1802
                          Washitaw Moorish Land Grant]

NORTH AMERICAN CONFEDERATION OF MUURS UNITED UNDER THE INDIGENOUS LAND GRANT

# CERTIFICATE OF AUTHORITY

## MOORISH SCIENCE TEMPLE OF AMERICA



**January 11 , 1999**

**Re: Emperial Appointment**

This is give official notice of the appointment of Dr. Ravanna Bey as Minister of Education & Research for the Empire Washitaw de Dugdahmoundyah. We are encouraged about his past efforts of wanting to find the "Truth" and to get this information to the people. We are looking forward to him being a catalyst for others to have the same motivation to find out their true history. Thank you Dr. Bey and congratulations.

Ravanna Sanders-Bey, Washitaw Ambassador-At-Large
Washitaw Minister of Education and Research
C/o Post Office Box 21318
[via: u.s.A. postal-zone 60621-0318]

**Love ,Peace Truth, Freedom and Justice**



*Verdiacee "Tiari" Washitaw-Turner Goston El-Bey: Empress*
Her Highness Verdiacee "Tiari" Washitaw-Turner Goston El-Bey: Empress
Uaxashaktun~Uaxactun~Wa~Six~

Helen McLaughlin
Secretariat
International Year
of the
World's Indigenous People
July 1993

# INTERNATIONAL JURISDICTION AND
# EXTRATERRITORIALITY

U.S. Land Grant No. 925 [Certificate: June 14, 1797; File No. 1896; Register No. 3, April 23, 1895]
A CESTUI QUE TRUST—INDENTURE AGREEMENT BETWEEN SOVEREIGN PRIVATE PARTIES

c/o P.O. Box 21318, Chicago, Washitaw Province. Via: u.s.A. postal zone: 60621-0318

Her Highness Verdiacee "Tiari" Washitaw-Turner Goston El-Bey: Empress
UAXASHAKTUN ~UAXACTUN ~WST ~SIT



UNITED NATIONS

CENTRE FOR HUMAN RIGHTS
CH 1211 GENEVE 10 · SWITZERLAND
TEL (41) 22 917 1234/ 907 1234
FAX (41) 22 917 0123



INTERNATIONAL YEAR 1993

# Office of the United Nations High Commissioner for Human Rights
## (OHCHR)
### OHCHR-UNOG
### 8-14 Avenue de la Paix
### 1211 Geneva 10, Switzerland
### Telephone Number (41-22) 917-9000

TO ORGANIZATIONS THAT HAVE SENT IN SUBMISSIONS FOR GRANTS FOR PROJECTS FROM THE VOLUNTARY FUND FOR THE INTERNATIONAL YEAR OF THE WORLD'S INDIGENOUS PEOPLE

**THIS REFERS TO PROJECTS REGISTERED SINCE 1 MARCH 1993**

Thank you for your submission seeking a grant from the Voluntary Fund for the International Year of the World's Indigenous People.

Your project has been registered as Project Number **215/93**

We expect to hold the next meeting to consider projects in late August 1993.

Helen McLaughlin
Secretariat
International Year
of the
World's Indigenous People
July 1993

# INTERNATIONAL JURISDICTION AND EXTRATERRITORIALITY

The Visigoth kingdom in the region that is now Spain and Portugal was invaded by Muslims in 711. By 756, the territory had been annexed to Islam and the Muslim kingdom of Córdoba established. Around 1000, Christians left in the northern territories began a 500-year crusade to regain Spain for Christendom. Their campaign is known as the *Reconquista* (Reconquest).



Northern limit of Muslim lands c. 750 ----
Christian lands c. 900
Muslim lands c. 900

NAVARRE
FRANKISH EMPIRE
ASTURIA
LEÓN
Barcelona
SPANISH MARCH
EMIRATE OF CÓRDOBA
Toledo
Balearic Islands
Córdoba
Mediterranean Sea

750–1000



0   100   200 miles
0   150   300 km

Christian lands c. 1100
Christian additions c. 1270
Muslim lands up to c. 1492
Land battle ⊗

NAVARRE
LEÓN
CASTILE
KINGDOM OF LEÓN AND CASTILE
PORTUGAL
ARAGON
Toledo
Barcelona
CATALONIA
Valencia
Balearic Islands
GRANADA
Mediterranean Sea

1100–1492

## EVENTS

**750**

**By 756** Arab and Berber Muslims (Omayyad dynasty) conquer Spain from Visigoths

**800**

**795** Frankish king Charlemagne establishes Spanish March to defend his Empire from Muslims

**By 812** Charlemagne expands Spanish March to include Barcelona

**900**

**978 Almansor**, ruler of Christian kingdom of Léon, conquers Muslim provinces weakened by civil war

**1000**

**1029** Castile, Navarre, and Aragón become separate but allied Christian kingdoms

**1037 Ferdinand I** the Great of Castile unites Castile and León

**1085 Conquest of Toledo.** Castilian general Rodrigo Díaz de Vivar (known as El Cid), leads Christians in defeat of Muslims (Almoravid dynasty)

**1100**

**1139 Alfonso I** establishes Christian Kingdom of Portugal and expands his kingdom southward

**1200**

**1212 Battle of Las Navas de Tolosa.** Muslims (Almohad dynasty) defeated decisively by Castilian forces. Collapse of Muslim Almohad state follows

**1238** Aragón takes Valencia from Muslims

**1300**

**1217–1252 Ferdinand III** the Saint of Castile conquers Córdoba (1236) and all remaining Muslim lands in southern Spain, except Granada

**1400**

**1492 Isabella** of Castile and **Ferdinand II** of Aragón defeat Muslims in Granada. End of Reconquest

**1500**



Muslim lands, ninth and tenth centuries

Frankish strongholds

Dār al-Islām
Umayyad raids
Aghlabid raids

the Fāṭimid caliphate,
909–1171

First Crusade 1096–99
Third Crusade 1189–92

Ṣalāḥ al-Dīn's Empire 1171–93

Omayyads 766–1031
Idrisids (Shi'ite Idrisids) 789–926
Aghlabids 801–909
Tulunids 868–905

NORTH AFRICA AND EGYPT UNDER THE FATIMIDS

EGYPT AND SYRIA UNDER THE MAMLUKS, 1250 TO 1517

EGYPT

Beys at the head of Mamluk house-holds. After 1805 a hereditary royal family of Albanian origin.

MOROCCO

Sharifian empire under the 'Alawi-s (1672 to the present)

M. Al-Sharif

*Morocco: the 'Alawi dynasty*

M. Muhammad

M. al-Rashid 1666–72

M. Isma'il 1672–1727

M. Ahmad 1727–8

M. 'Abd al-Malik

M. 'Abd Allah 1728–57

M. Muhammad

M. 'Ali

THE BARBARY REGENCIES

| Tripoli | Tunisia | Algeria |
|---|---|---|
| Qaramanli dynasty (1711–1836) | Dynasty of the Husayni Beys (1705–1957) | Turkish appointed Beys until the French invasion (1830) |
| A hereditary ruling family, recognized by the Ottoman authorities. The Kulughli-s were an important group up-holding Qaramanli | A growingly independent dynasty ruling over a well-knit national community. | A military regime maintaining close links with Turkey |

S. Muhammad 1757–90

M. Yazid 1780–2

M. Hisham

M. Sulayman 1792–1822

M. 'Abd al-Rahman 1822–59

S. Muhammad 1859–73

M. Hasan 1873–94

# OTHER PROFESSIONAL EXPERIENCE

Cook County Highway Department
Richard J Daley Civic Center
50 West Washinging Blvd.
Chicago, Illinois 60602
    Draftsman, 1968-1973
    Summers

Central States Pension Fund
Mid-West Teamster's Union
8553 West Bryn Mawr
Chicago, Illinois 60656
Special Liaison, 1973-1976
Full-Time

Empire Washitaw de Dugdahmoundyah
UN Indigenous Nation #215-93
c/o Post Office Box 1509
Columbia, Washitaw Proper
via, U.S.A. Postal Zone 71418
    Special Appointment
    Secretary (January 11, 1999)
    Education and Research

Moorish Science Temple
Quintuple-A, International
c/o Post Office Box 21318
Chicago, Washitaw Provence
via U.S.A. Pz 60640
Special Appointment
Secretary (February 14, 1982)
Reincarnate Temple , Chicago

## ACADEMIC STUDIES:

Chicago State Univerity
Corrections and Criminal Justice
95th Street at Dr. M.L. King Drive
Chicago, Illinois 60628
    1987 Masters of Science
    Corrections and Criminal Justice

Garrett Evangelical Theological Seminary
Northwestern University, School of Theology
2121 Sheridan Road
Evenston, Illinois 60201
    1987 Candidacy, Masters of Theological
    Studies and American History

Loyola University of Chicago
Anthropology/Sociology Department
6522 North Sheridan Road
Chicago, Illinois 60626
    1982 Bachelor of Science
    Anthropology/Sociology

City College of Chicago, Truman College
Social science Department
1145 West Wilson Avenue
Chicago, Illinois 60640
    1980 Associate of Arts and Science
    High School Teaching, Social Studies

International Institute for Mesopotamian
Area Studies, Near Eastern History
Malibu, California 90265
    1983-1985 Independent Study
    Near Eastern History

Center for Middle Eastern History
University of Chicago
Chicago, Illinois 60637
    1982-1983 Graduate Study
    Middle Eastern History

University of Chicago
The Oriental Institute
Chicago, Illinois 60637
    1976-1978 Independent Studies
    Nile Valley Area Studies

University of Illinois
School of Engineering
Champaign-Urbana, Illinois 61820
    1968-1970 Undergraduate Studies
    Architectual Engineeering

La Salle University
418 South Plymouth Court
Chicago, Illinios 60604
    1968 Diploma
    Architectural Drafting

State of Illinois, County of Cook
State Teacher Certification Board
Certification: number 142 8609
Current type 39

(EXHIBIT 12)

# LA SALLE EXTENSION UNIVERSITY

A Correspondence Institution – Founded in 1908

The Board of Directors have awarded to

## Ravanna M. Bey

this DIPLOMA in

## Complete Architectural Drafting

in recognition of the satisfactory completion of the required course of study

In testimony whereof the seal of the University and
the signatures of its duly authorized officers
are hereunto affixed

Given at Chicago, Illinois, on this 10th day of May 1968



Educational Director

For the Board of Directors



UNITED NATIONS

CENTRE FOR HUMAN RIGHTS
CH-1211 GENEVE 10  SWITZERLAND
TEL (41) 22 917 1234/ 907 1234
FAX (41) 22 917 0123



INTERNATIONAL YEAR 1993

(41 22) 917-1234
902-1234

Fax  917-0123

# Washita Nation

TO ORGANIZATIONS THAT HAVE SENT IN SUBMISSIONS FOR GRANTS FOR
PROJECTS FROM THE VOLUNTARY FUND FOR THE INTERNATIONAL YEAR OF
THE WORLD'S INDIGENOUS PEOPLE

## THIS REFERS TO PROJECTS REGISTERED SINCE 1 MARCH 1993

Thank you for your submission seeking a grant from the Voluntary
Fund for the International Year of the World's Indigenous People.

Your project has been registered as Project Number 215 /93.

We expect to hold the next meeting to consider projects in late
August 1993.

Helen McLaughlin
Secretariat
International Year
of the
World's Indigenous People
July 1993



Noble Drew Ali 1886 A.D. - 1929 A.D.

(EXHIBIT A-14)



"Prophet Noble Drew Ali Reincarnated" Founder of the Moorish Science Temple of America Aug. 1934

Exhibit A-15



Prophet Noble Drew Ali Reincarnated Founder of the Moorish Science Temple of America Aug. 1936

# Prophet Noble Drew Ali (Reincarnated)
## (Dec. 6, 1904 - Oct. 21, 1945)

Prophet Noble Drew Ali, Reincarnated was born December 6, 1904 in Sumter, South Carolina to John and Sally Givens. At the age of 20 years, he moved to Chicago, Illinois and became an auto mechanic where he united into the Moorish Holy Temple of Science and became a member of the Adept Chambers.

On August 7, 1929, the spirit of the Founder, Prophet Noble Drew Ali, reincarnated in the form of John Givens El to be later known as Prophet Noble Drew Ali, Reincarnated. On September 19, 1929, Prophet Noble Drew Ali, Reincarnated made this truth known at Pythians Hall.

Prophet Noble Drew Ali, Reincarnated taught from his residence at 447 E. 40th Street until October 21, 1945 at which time he passed out of his form.

Many visitors came from the Temples to visit and be counseled by him, as well as to seek advice on every aspect of life.



(Exhit A-17)

Reincarnate Temple of Chicago, Moorish Science Temple of America, Inc.

# MUURS OF NORTH AMERICA: PROPHET NOBLE DREW ALI

**Austin, Allan D.,** Editor
**1984**    African Muslims in Antebellum America: A Sourcebook.
             New York: Garland.

**Berger, Morroe**
**1964**    "the Black Muslims." In:
             Horizon. (January 6, 1964) Pp. 49–64.

**Beynon, Erdmann Doanne**
**1938**    "the Voodoo Cult Among Negro Migrants in Detroit." In:
             American Journal of Sociology. **Vol. 43** (May **1938**) No. 6. **Pp. 894-907.**

**Bousquet, G. H.**
**1935**    "Moslem Religious Influence in the United States.   In:
             Moslem World. (January 1935) Vol. 32. Pp. 40–44.
**1935**    "A Moorish Catechism." In:
             Moslem World. (January 1935) Vol. 32. Pp. 55–59.

**Boutemps, Aran and Jack Conroy**
**1965**    Any Place But Here.
             Garden City, New York: Doubleday.          New York: Hill and Wang, **1966.**
**1945**    They Seek a City.
             New York: Doubleday, Doran and Company, Inc..

**Blyden, Edward Wilmot**
**1888**    Christianity, Islam and the Negro Race.
             Edinburgh, Scotland: Edinburgh University Press [a Reprint in 1967]

**Calverley, Edwin E.**
**1965**    "Negro Muslims in Hartford." In:
             Muslim World. Vol. 55 (October 1965) Pp. 340–345.

**Chicago Defender**   [An African–American News Paper in Chicago]
    1928    June    30    "Moorish Leaders' is Postmaster's Quest"
    1928    July    14    "Moorish Leader Makes Plans for Conclave"
    1928    Oct.    20    "Hold Session of Moorish Science Body" Vol. XXIX, No. 25.
    1928    Dec.    01
    1929    Jan.    19    "Moorish Leader Attends Inauguration of Governor" Part I, Pp. 7.
    1929    Jan.    05    "Moors to Celebrate Birthday of Founder" Saturday.
    1929    March   16    "Death of 'Claude Greene' "
    1929    March   23
    1929    May     04
    1929    July    20
    1929    August  03    **"Most Noble Drew Ali is Laid to Rest"**
                          [Lincoln Cemetery, 123 Street & Kedzie]
    1929    Sept.   28    "Disband Moorish Cult" Vol. XXV, No. 22.

# CONSTITUTIONAL MONARCHY: EMPIRE WASHITAW DE DUGDYAHMOUNDYAH

**EMPRESS: THE CROWN = CALIPHATE, CHIEF REPRESENTATIVE OF GOD**

**PROPHET: THE MAHDI = GOD'S INTERVENTION AT INTERVALS: 2012**

## CABINET: COUNCIL OF MINISTERS
Independent Order of Succession

| | | |
|---|---|---|
| Premier: Vizier | = Sultanate | Chief Executive Officer |
| Secretary General | = Sheikdom | Chief Legislative Officer |
| Foreign Minister | = Beylic | Chief International Officer |
| Treasury Minister | = Pasha | Chief Financial Officer |
| Attorney General | = Khanate | Chief Law Enforcement Officer |

### PARLIAMENTARY = SYSTEM OF LEGISLATION        [LAW MAKING BODY]

**SECRETARIAT:**           **ROYAL SHEIKDOM**
Secretary General:        Supreme Grand Sheik          Chief Legislative Officer
                          Professional Advisers
                          Legal Counselors

Upper House:              Board of Grand Sheiks        Regional Moorish Temples
                          National Committees

Lower House:              Council of Local Sheiks      Local Moorish Temples
                          Local Committees

### JUDICIARY = SYSTEM OF JUSTICE        [LAW INTERPRETATION BODY]

Supreme Grand Qadi: Chief of Five Justices    [National Court]
Grand Qadi: Chief of Three Judges    [Regional Court]
Qadi: Constable/Magistrate    [Local Sheriff]

### EXECUTIVE = SYSTEM OF CORRECTIONS        [LAW ENFORCEMENT BODY]

**ATTORNEY GENERAL:**        **ROYAL KHANATE**
Attorney General:                            Chief Law Enforcement Officer

Supreme Grand Mufti: National Chief of Police
Grand Mufti: Regional Chief of Police
Mufti: Local Chief of Police

VIENNA CONVENTION ON CONSULAR RELATIONS [VCCR]        VIENNA CONVENTION ON DIPLOMATIC RELATIONS [VCDR]
El Seti  Anu  Ali El                                                                      Ravanna Sanders Bey

(EXhibit - A-19)

ALI'S SACRED IMAMATE: EMPIRE WASHITAW DE DUGDYAHMOUNDYAH

EMPRESS: THE CROWN = CALIPHATE, CHIEF REPRESENTATIVE OF GOD

PROPHET: THE MAHDI = GOD'S INTERVENTION AT INTERVALS: 2012

# SANHEDRIN: COLLAGE OF ELDERS = GRAND SHEIKS: IMAMS

Independent Order of Succession



First       Grand Sheik = New York City   North East    Region

**Second  Grand Sheik = Chicago         Mid-West      Region**

Third      Grand Sheik = Los Angeles     West Coast    Region

Fourth    Grand Sheik = Atlanta         South East    Region

Fifth      Grand Sheik = Huston         South West    Region

Supreme Grand Sheik = New Orleans          International

National Grand Sheik = Washington D C       National

Verdiacee Tiari El-Bey
Emperial Crown

## SECRETARIAT: ROYAL SHEIKDOM: SACRED IMAMATE

Secretary General:   International, Supreme Grand Sheik
                     Washitaw Ambassador-at-Large




SADDUCEES:        Board of Grand Sheiks/Imams
Congress          Washitaw Moorish Imamate

PHARISEES:        Council of Local Sheiks/Ulama
Assembly          Washitaw Moorish Ulama

Int'l Grand Sheik
Ravanna Sanders
Bey, Ambassador

Illinois Grand Sheik
Bakare McFarland-Bey

## JUDICIARY:  GUARDIANS OF SALAFIYA

Supreme Grand Qadi: Chief of Five Justices      Deputy International Grand Sheik/Imam
Master Grand Qadi: Chief of Three Judges        Deputy International Grand Mufti/Khan
Grand Qadi: Constable/Magistrate                State Chair, Council of Local Ulama
Qadi:Local Justice of the Peace                 Local Chair, Council of Local Ulama

## ROYAL KHANATE: HOUSE OF WASHITAW, SACRED SALAFIYA

Attorney General:    International, Supreme Grand Mufti/Khan
                     Washitaw Counsel General-at-Large

Supreme Grand Mufti/Khan:  Chief Law Enforcement Officer
Master Grand Mufti/Khan:   Deputy Chief Enforcement Officer
Grand Mufti/Khan:          State Law Enforcement Officer
Mufti/Khan:  Local Chief of Police/Security

Amir El Seti Amu
Int'l Grand Mufti
Counsel General

## IMPERIAL EMIRATE: ADMIRALTY





**Emir/Admiral: Commander-in-Chief, Amir**
Joint Chief of Staff: Chairman

( Exhibit  A-20 )

*Exhibit A-21*

## EMPERIAL EMPIRE WASHITAW de DUGDAHMOUNDYAH

The Washitaw Nation of Muurs are an Indigenous Peoples of North America. The Ouachita, otherwise known as the Olmec, had been originally associated with the Washitaw. Accordingly, the Washitaw had been the primary group of a more general population of Indigenous Peoples identified in history as Amurru: "The Muurs."

Known to the Spanish and the French, the Washitaw have come to be known to the English as an Adena-Hopewellian people identified with Punic Iberian affinity maintaining an Andalusian-Carthaginian heritage. As such, the Washitaw have been associated with the Eastern Algonquian Native Americans, having acquired an ancient Egyptian, as well as Punic script and vocabulary, as they have appeared in the epigraphic record of North America.

The Imperial House of de Bourbon, since the Treaties of Utrecht (1713), has recognized the Washitaw Nation of Muurs as Masters of the Whole of North America. The Spanish and the French de Bourbons became the Protectorate of the Washitaw west of the Imperial Demarcation Line.

The end of the French and Indian War against the British had marked the point when the Emperial Empress of the Washitaw had been recognized as the Sovereign of all North America by the de Bourbon French and Spanish Imperial Houses. Ayimarieeyah was to become the heir to the throne and Empress of the Empire Washitaw de Dugdahmoundyah. She would be eldest daughter of the reigning Empress.

Meanwhile the eldest son of Louis XVI becomes heir to the French Crown and later Louisiana Dauphin. The young heir to the French throne LOUIS XVII, would become wed to the young heiress to the Washitaw-Tunica Throne, Ayimarieeyah. The Emperial/Imperial marriage would become official in 1795, pursuant to the conveyance of Spanish Land Grants bestowed upon the young heir, LOUIS XVII, and his young wife and heiress, AYIMARIEEYAH. These two would also receive the Imperial Spanish Land Grant of 1763.

In the year before the end of the French and Indian War (1762), the French de Bourbon transferred the Imperial Protectorate and legal-political jurisdiction of the Louisiana to the Spanish de Bourbon, pursuant to the Treaty of San Il-deFonso of 1762. The Spanish in turn conveyed to the French the Imperial Spanish Land Grant of 1762.

The Louisiana became the personal and private property of the French Crown. French ownership of the Louisiana was re-affirmed, pursuant to the Treaty of San Il-deFonso of 1796. Moreover, in 1795, given the marriage between LOUIS XVII and AYIMARIEEYAH, the Imperial Spanish Land Grant of 1762 became their personal and private property.

As recipient of both the 1762 and 1795 Spanish Land Grants, LOUIS XVII become known as the MARQUIS de MAISON ROUGE: OWNER of LOUISIANA and the FLORIDAES.

On two historical occasions: the first, after the french and Indian War (1763); and the second, after the American Revolutionary War (1783): The Imperial Demarcation Line of 1713, as well as the 31st parallel, had been recognized, acknowledging both Louisiana and the Floridaes. The Demarcation Line and 31st parallel had been honored by the Spanish, the French and the British, pursuant to the treaties of Utrecht (1713), the Treaty of Paris of 1763 and the Treaty of Paris of 1783.

Moreover, the French were recognized as the Protectorate of the Empire Washitaw de Dugdahmoundyah (Louisiana and the Floridaes). Even more, the Treaty of San Il-deFonso of 1762 acknowledged the transfer of Louisiana from the French to the Spanish; but the Louisiana was returned tot he French Crown, pursuant to the Imperial Spanish Land Grant of (1762). However, although the British Royal Proclamation of 1763 would honor the Demarcation Line of 1713, the British would not recognize the Imperial Spanish Land Grant to the French Imperial Crown.

Meanwhile, the british would become the Protectorate of the Washitaw Nation of Muurs pursuant to the British Royal Proclamation of 1763. Nonetheless, the British would not honor the Franco-Washitaw claim to the Louisiana East of the Mississippi River ending with the Imperial Demarcation Line of 1713.

However, the British would recognize the Spanish-Washitaw claim to the Louisiana West of the Mississippi River pursuant to the treaty of Parish of 1783, as well as the Pinckney Treaty of San Lorenzo of 1795, which recognized both the Mississippi River and the 31st parallel as boundaries for Spanish Louisiana and the Spanish Floridaes. The British would recognize the Spanish de bourbon as the Protectorate of the Washitaw Nation of Muurs domicile in Louisiana and the Floridaes.

The protection of Washitaw sovereignty had been affirmed by both the Treaties of Paris of 1763 and the Treaty of Paris 1783, when the United States of America emerged as the sole military force in opposition to Washitaw sovereignty.

In violation of the 1783 Treaty of Paris, given the Battle of Fallen Timbers (1794) and subsequent treaty of Greenville (1795), the United States of America dishonored the Imperial Demarcation Line of 1713 and the British Royal Proclamation of 1763. Later, in 1789, the United States of America incorporated to become the United States.

The United States government assumed military control over North America east of the Mississippi River pursuant to the Treaty of Paris of (1783) and U.S. Incorporation of 1789. The former British Quebec-Louisiana (1774-1789) became U.S. Northwest Territory north of the Ohio River; while the Louisiana south of the Ohio River became U.S. Southwest Territory. See U.S. Southwest and U.S. Northwest Ordinances of the Corporate U.S. government.

Meanwhile, the Treaty of San Lorenzo (1795), also known as the Pinckney Treaty re-established the 31st parallel as the southern boundary of the United States of America, acknowledging the Spanish Floridaes and the Spanish Louisiana west of the Mississippi River. The Spanish

de Bourbon would now serve as the Protectorate of the lands and sovereignty of the Washitaw Nation of Muurs.

Given the "Secret Treaty" of San Il-deFonso of 1800, the de Bourbon Charles IV, King of Spain, seceded to the French Imperor, Napoleon I Bonaparte, the seaport city of New Orleans ONLY. The whole of Spanish Louisiana was not conveyed or transferred to Napoleon I. So when Napoleon seceded the Port City of New Orleans to U.S. President Thomas Jefferson as the so-called Louisiana Purchase treaty of 1803, the whole of Louisiana west of the Mississippi River was NOT included. This fact has been secure in the original documents: The Secret Treaty of San Il-deFonso of October 1, 1800. See also the Secret treat of San Il-deFonso of 1762, for the Imperial Spanish Land Grant conveyed to the French crown in the person of LOUIS XVI.

Meanwhile, given the death of both the heir to the French Crown, LOUIS XVII, and the heiress to the Washitaw Throne, AYIMARIEEYAH, the Titles of Louisiana Dauphin and Regent MARQUIS de MAISON ROUGE were conveyed to the next-in-line to the Imperial French Crown, Louis Francis Joseph de Bourbon, Prince de Conti (1734-1814) the son of Louis Francis de Bourbon, Prince de Conti (1717-1776).

Louis XVII and Ayimarieeyah had been wed in 1795; and now their daughter ANNIAMAREE, was to be wed to Joseph de Bourbon, Prince de Conti. A second daughter of Louis XVII and Ayimarieeyah, LULIA DANIEL, was to be wed to the French Nobleman, Louis Boulingny Garrison. As the 2nd MARQUIS DE MAISON ROUGE, Joseph de Bourbon became the recipient of both the Imperial Spanish Land Grant of 1762 and Spanish Land Grant of Monroe, Louisiana. With the death of Joseph de Bourbon in 1814, his eldest son HENRY JOSEPH TURNER inherited the Maison Rouge estate.

Mahalia Garrison, the eldest daughter of Louis Boulingny and Lulia Daniel became the next Empress of the Washitaw. Meanwhile, HENRY JOSEPH TURNER the eldest son of the 2nd MARQUIS de MAISON ROUGE, Louis Francois Joseph de Bourbon, Prince de Conti and Anniamaree, the Empress of the Tunica-Washitaw.

HENRY JOSEPH TURNER became the recipient of the 1762 and 1795 Imperial Spanish Land Grants: the 3rd MARQUIS de MAISON ROUGE.

Mahalia Garrison married William "Bill" Kimms-Badger and from this union will come their eldest son: Isham Washitaw (Washington). HENRY JOSEPH TURNER (d. 1844) married Sarah Tunica; and from this union will come their eldest son: JOSEPH HENRY TURNER: the 4TH MARQUIS DE MAISON ROUGE.

Isham Washington will marry Delphia Kimms-Badger (1850-1967); and from this union will come their eldest son: Fredderx Houston Washington. JOSEPH HENRY TURNER (whose sister is Eliza Turner, the mother of the Prophet Noble Drew Ali) will marry Matilda; and from this union will come the eldest daughter: Annie Frankee Turner.

Fredderx Houston Washington, Regent of the Empire Washitaw de Dugdahmoundyah will marry Annie Frankee Turner, the recipient of the

1762 and 1795 Spanish Land Grants and the heir of the Henry Joseph Turner estate. The eldest daughter of Fredderx and Frankee is the current Emperial Empress of the Washitaw: Verdiacee "Tiara" Washington. Verdiacee is married to John Goston, the son of Corrella Turner. Corrella is the daughter of Corrella is the daughter of Eliza Turner. Eliza is the mother of the Prophet Noble Drew Ail. Corrella and Drew Ali are brother and sister. Eliza is the daughter of Sarah Tunica and Henry Joseph Turner (d. 1844). John Goston had been the 6th MARQUIS de MAISON ROUGE after Noble Drew Ali, who had been the 5th MARQUIS de MAISON ROUGE.

A direct descendant of LOUIS XVII and AYIMARIEEYAH, Verdiacee "Tiara" (b. May 4, 1927) is the sovereign. The U.S. Supreme Court case nos. 31 & 191 of 1848, United States v. Henry Turner's Heirs, affirms the estate of the Washitaw: 68,883 acres of land constituting the northern half of the present state of Louisiana. The land is the personal and private property of the Empress, heir to the 1795 Spanish Land Grant Maison Rouge. The land now serves as the capital area (Washitaw Proper), of a much larger land claim.

In the context of International Law the Washitaw has established itself as a Sovereign Independent Nation (United Nations, NIS-21/593) apart from the corporate Union of 1781 and the corporate United States of 1787. The land claim of the Washitaw has been affirmed by the Spanish and French, as well as the British, pursuant to Spanish Land Grants of 1762 and 1795.

In the context of U.S. Federal law the land of the Washitaw has been defined as "Indian Country" and the people regarded as "Indians". Both the people and their land have been placed under the authority of the United States government via the Bureau of Indian Affairs within the Department of Interior, which is governed by both Executive and Congressional Plenary Powers. As a result, the United States has assumed the "trust responsibility" for the Washitaw Nation of Muurs via Spanish Land Grant of Henry Turner.

Indigenous Peoples, such as the Washitaw Nation of Muurs, owe no allegiance to any of the fifty states neither of the Union nor to the United States. While Washitaw Muurs are domicile, they are not resident in any state of the United States. Washitaw Muurs are not Native American nationals nor are they state or fourtheenth Amendment U.S. citizens. The Indigenous Washitaw Muurs are a "separate people" of sovereign status. They are, in accordance with Federal and International laws, non-resident aliens with respect to any of the fifty states and the United States. However, if the lands of Indigenous Peoples do not comprise foreign nations and the peoples of those lands are dependent on Federal and international laws, then there arises the duty of protection.

## Diversity of Citizenship Jurisdiction

Since the Judiciary Act of 1789, "diversity jurisdiction has been bestowed statutorily on the Federal court, (1 Stat 78); however, Justice Brandeis made it clear that the unconstitutional assumption of the

federal power (hence, Supremacy Clause) had been made not by Congress but by the Court.  Brandeis continues in Erie R. Co v. Tompkins (304 U.S. 79-80-1939):

> ...we do not hold unconstitutional (section) 34 of the Federal Judiciary Act of 1789...we merely declare that in applying the doctrine this court and the lower courts have invaded rights which in our opinion are reserved by the Constitution to the several states.

Indeed, the U.S. Supreme Court has insisted, since 1939, that: "Except in matters governed by the Federal Constitution of by Acts of Congress, the law to be applied in any case is the laws of the state. Whether the law of the State shall be declared by its Legislature in a statute or by its highest court in a decision is not a matter of Federal concern (Erie ñ 78).

The point is this: Federal judges are to give careful consideration to lower state court decisions.  In diversity of citizenship cases which present conflicts of law problems the court has reiterated that the district court is to apply the law of the state in which it sits,...

> ...so that in a case in State A in which the law of State B is applicable perhaps because a contact was made there or a tort was committed there, the Federal court is to apply State A's conception of State B's law.  See Nolan v. Transocean Air Lines (365 U.S. 293, 1961).

The standard to be applied has been, since the Erie decision "intent," which...

> ...Was to insure that, in all cases where Federal Court is exercising jurisdiction solely because of the diversity of citizenship of the parties, the outcome of the litigation in the Federal Court should be substantially the same, so far as legal rules determine the outcome of the litigation as it would be if tried in a State court.  See Guaranty Trust Co. v. York (326 U.S. (326 U.S. 99, 1945).

Despite Justice Brandeis' assurance in the Erie case that there is not "Federal general common law" in 1939, there is a common law existing today in the Federal courts, even in diversity cases, stemming from the use of the Uniform Commercial codes.  For the purposes of diversity jurisdiction, state citizenship is determined by the concept of domicile.  See Chicago & N.W.R. Co. v. Chile, (117 U.S. 123, 1886). One may be domicile in one's own State and not be a resident of either the United States or any one of the fifty states of America.

FEDERAL PREEMPTION DOCTRINE

The Washitaw Nation of Muurs consider outrageous any idea that justifies strong arm rules such as the doctrine of "discovery," the idea that transmutes Indigenous land ownership (Fee title) into a "right of occupancy: NOT protected by the Fifth Amendment. This line of reasoning, on the part of European colonizers, has given credence to the doctrine of Federal Preemption.

The Federal preemption doctrine holds that the U.S. Constitution delegates regulation of "Indian" affairs to the Federal government rather than to individual states, and Indian Nations do not constitute states. The doctrine dates back to the Albany Plan of the Union (1754), in which Benjamin Franklin described unitary control over "Indian Affairs" so that Indians would not be forced to deal with the government of several different british Colonies. Accordingly, Indigenous Peoples were to become "domestic wards" of the Federal government. They were to become dependent upon the goodwill of the Federal government.

As a result, it has become quite apparent that from the formation of the Union (1787) and the adoption of the Bill of Rights (1791), the protection of Indigenous Peoples, such as the Washitaw Nation of the Muurs, has been responsibility of the Federal government. There was to be NO unwarranted intrusion on the sovereignty of the Indigenous Peoples.

Under the Supremacy Clause Federal law preempts; that is, the law of Treaties and Constitutional Law supersedes inconsistent state law. In preemption cases the courts must determine whether the Federal law was intended to supplant state, not whether congress has the power to do so. As long as Congress has enacted a law under one of its "Enumerated powers," inconsistent state laws are invalid.

As Chief Justice John Marshall noted in Gibbons v. Ogden (1824), if Federal Law permits an action that state law prohibits, the court must disregard the state law. However, when Federal law does not explicitly say that it supersedes state law and there is no obvious conflict, the court follows certain general principles in deciding whether to give federal law preemptive effect. Nonetheless, the court begins with a presumption that "Congress did not intend to displace state laws." See Maryland v. Louisiana (461 U.S. 725, 1981); and New Mexico v. Mescalero Apache Tribe (462 U.S. 324, 1983).

The test for whether Congress intended to preempt state law stems from whether state policy would produce a result inconsistent with the objective of the Federal law. See Rice v. Santa Fe Elevator (331 U.S. 218, 1947). Even if Congress has not intended to fully displace state regulation of a specific area, state law is preempted to the extent it actually conflicts with the Federal law. See Florida Lime & Avocado Growers, Inc. v. Paul (373 U.S. 132, 1963) and Hines v. Davidowitz (312 U.S. 52, 1941).

Even Municipal Ordinances are preempted. See Lafayette v. Louisiana Power & Light Co. (435 U.S. 389, 1978). Even though the Federal Aeronautics Act did not specifically state that it was preempting all local noise rules, the court held that the safety policies of the

Federal law require the Federal aviation Administration to have complete
authority over take-off and landings, leaving nothing for municipalities
to regulate.  See. <u>Burbank, City of v. Lockheed Terminal Inc.</u> (411 U.S.
624, 1973).

## EXECUTIVE AND CONGRESSIONAL PLENARY POWERS

The principle of Execute and Congressional Plenary Powers as it
relates to Indigenous peoples (so-called Indians) gives to Congress
and the President the authority to regulate the affairs of the Indigenous
peoples, such as their right to travel abroad.

Forced from their ancestral home lands by U.S. military forces
and forced to migrate to the urban center, many Washitaw Muurs have
assumed the U.S. and state citizenship.  As a result, there has arisen
the need to expatriate American nationality and to repatriate Washitaw
Nationality, or otherwise be recognized as having a Dual Nationality
via non-resident Alien.  Because at common law one owes perpetual
allegiance to their ancestors and to the land of their birth.

As such, the Washitaw Nation of Muurs are unique people possessing
sovereignty over their own person and land.  The sovereign status of
the Washitaw Nation of Muurs has been diminished by their incorporation
into the United States.  This practice of becoming U.S. and state
citizens has lead to what has been called a "checker board pattern"
of American Moors and Indigenous Muurs of Washitaw Nationality.

The lack of an affirmative declaration as to which nationality
will compel an act of expatriation for these Muurs removed from U.S.
and state jurisdictions.  Emphasis is given to "separateness" and
domicile statue of Indigenous Peoples under United Nation jurisdiction.
<u>Washitaw Muurs retain their sovereignty while relinquishing</u> state and
<u>U.S. citizenship.  The inherent</u> sovereignty <u>of the Washitaw is NOT
incompatible with International and Federal laws.</u>

The Supreme Court has held that Congress holds "unilateral Power"
to exercise legislative control over the affairs of Indigenous Peoples,
but the executive branch retains the power to regulate the affairs of
Indigenous Peoples.  That is, Congress or the Executive branch may enact
limits on Indigenous Peoples' "Sovereignty" without the consent of
Indigenous Peoples.  In that regard, Congress has enacted laws
authorizing the Bureau of Indian Affairs to administer restrictions
on the affairs of Indigenous Peoples that, among other activities,
controls their right to travel abroad.

Congressional legislation and Executive regulations define the
conditions under which Indigenous Peoples may travel abroad among other
matters.  Thus, the Supreme Court has upheld the "Plenary Power" of
Congress and the President.

## POLITICAL QUESTIONS AND THE COMITY PRINCIPLE

While the traditional home land of the Washitaw had been all of
the Louisiana east of the Demarcation Line (1713), the northern half

of the present day Louisiana is acknowledged as the home land of the Washitaw. Although the Washitaw are afforded Federal and International political protection, it has been extremely difficult to get legal protection. The lands of the Washitaw are held in Trust status while the people are given the right to occupy their own land.

The political question doctrine holds that certain actions of Congress and the executive branch are held to be political rather than legal; and that such actions are not questionable under judicial review. The presumption is that both Congress and the Executive branch have "plenary powers" to legislate and regulate affairs of Indigenous Peoples.

As a result, Indigenous Peoples of the Washitaw carry dual identity: One Federal and the other international (tribal or indigenous). The Washitaw are a nation within a Nation; and consequently, they fall under both Federal and international jurisdictions. Hence, the political question doctrine.

Comity is the principle of restraint that steers courts away from cases that might interfere with the authority of other jurisdictions. Federal court "abstention" is the most common modern example of the "comity" principle. After hearing the argument for Washitaw sovereignty on behalf of their heirs of HENRY JOSEPH TURNER? the U.S. Supreme Court of 1848 steered away from the political issue of Spanish Land Grants. As Justice Hugo L. Black noted in Younger v. Harris, (401 U.S. 37, 1971): Comity is

> ...a proper respect for state functions, a recognition of the fact that the entire community is made up of a Union of separate State governments and a continuance of the belief that the National Government will fare best if the States and their institutions are left free to perform their separate functions in their separate ways.

A case within the jurisdiction of the U.S. Supreme Court presented by heir of Henry Joseph Turner against the United States was found with standing, but presenting all the qualifications making it a "controversy". The 1848 court refused to adjudicate. In Marbury v. Madison (1 Cir., 5 U.S. 137, 170, 1803) the court maintained

> The province of the Court is solely to decide on the rights of individuals, not to inquire how the executive, or executive officers, perform duties in which they have discretion. Questions in their nature political...can never be made in court.

The President acting under congressional authorization has exclusive and unreviewable power to determine political questions. Thus, the determination by the President whether to recognize the government of a foreign state or who is the ruler of a foreign state

is conclusive.  However, in the absence of a definitive executive action
the court will review the record to determine whether the United States
has accorded the sufficient degree of recognition to allow the court
to take judicial notice of the existence of the state.  This the court
did in 1848, <u>United States v. Henry Turner Heirs</u>.

Political questions are controversies that the U.S. Supreme court
has regarded as non-justiciable and inappropriate for judicial
resolution.  Although the court may have jurisdiction over cases
involving such questions, it has chosen not to decide it, preferring
instead to allow it to be resolved by the "political" branches of
government.

Although "comity" is not specifically mentioned in the
constitution, it is implied under the "Full Faith and Credit Clause."
The courts in one state must recognize the judgments of courts in other
states.  What's more, the "Supremacy Clause" demands that when state
and Federal law conflict, the states must bow to the supremacy of Federal
law and judicial decisions.

> This Constitution, and the laws of the United
> States which shall be made in pursuance thereof;
> and all treaties made, or which shall be made,
> under the authority of the United States, shall
> be the Supreme law of the land.
> (Article VI, Section 1)

In <u>Gibbons v. Ogden</u>, Chief Justice John Marshall has established
that although a state may have the power to pass a certain law, the
law has no legal effect if it has conflicts in some way with a law that
Congress is likewise empowered to enact.  The rule that Federal law
is paramount to state law applies not only to all levels of state law,
including not only legislative enactments but also state constitutions
and judicial opinions.

Federal statues are laws in this sense as are treaties to which
the senate has consented.  State laws that conflict with Federal treaties
or Federal laws implementing those treaties are void <u>Missouri v. Holland</u>,
(252 U.S. 416, 1920).  Regulations promulgated by Federal "Administrative
Agencies" are likewise supreme, and the Court has said that the very
existence of a Federal agency's power to regulate, even though
unexercised, may indicate that the states must refrain from acting.

THE WASHITAW NATION OF MUURS ... having made proof of the genuineness of their U.S. Land Grant #923, ....
Grant under the former Spanish/Moorish Sovereign.  The Supreme Court's construction and application of Property Clause [Article IV,
clause 2] of the Federal Constitution, confers upon Congress the power to dispose of, and make rules and regulations as to, property
the United States [49 L Ed 1239, see 63-C Am Jur 2d, Public Land at section 40].

"No public policy of a state can be allowed to override the positive guarantees of the U.S.
Constitution" [Article IV, section 4; See 16 Am Jur 2d, Constitution Law, at section 70].

# THE MOORISH SCIENCE TEMPLE OF AMERICA
HOME OFFICE OF NOBLE DREW ALI

9 of 9

RAVANNA SANDERS–BEY

**MOORISH SCIENCE TEMPLE OF AMERICA**
**EIN 56–2473981 RELIGIOUS CORPORATION**

*Exhibit    A-22*

# APPLICATION FOR RECOGNITION OF EXEMPTION
# UNDER SECTION 501(c)(3) IRC [FORM 1023]
## EXPLAINATION COMPLIMENT

**PART II**   **ORGANIZING DOCUMENTS**
— Certificate of Incorporation,  Illinois Religious Corporation
— Moorish Holy Temple of Science,  November 29th 1926
— Moorish Science Temple of America,  [name change] August 1st 1928
— Tax Exemption No.:  **E 9939–0647–1**, Illinois Department of Revenue
— IRS EIN Identification Number:  **56–2473891**, Moorish Science Temple

**PART III**   **PURPOSE(S)**
— To propagate the faith of the Holy Prophet of Islam, Mohammed; and to extend the faith through the consecration of missionaries;
— To promote the solidarity of Muurs under Ismaili Islam and encourage the development of an economic and social exchange network; and,
— To improve the quality of life and enhance the social development of the Muurs through the cooperation and integration of all local Moorish Temples and their congregations.

**PART IV**   **NARRATIVE DISCRIPTION**

The infrastructure of the Moorish Science Temple of America is derived from the fraternal lodge system centered around the self–governing Moorish Temple, administered by Moorish Sheiks and Sheikees (priests) who organize volunteer committees that provide the necessary functions of the local temple.

Generally, activity programs are basically aimed at strengthening family values, enhancing family life and providing shared experiences.   Activities stress participation in both internal and external affairs so as to provide leadership training.   Temple membership is open to Muurs as well as non-Muurs.   Temple programs and religious activities vary according to the specific needs and interests of the local temple.   Each temple has its own programs, such as Sunday School, Prayer Services, indoor/outdoor recreation for children/youth, and religious forms.

The Moorish Moslem Community is an integrated system of interacting local and regional temples encompassing every aspect of life, spiritual and material. This system is driven by the Moorish Convention Circuit.   The economic and social life of the Moorish Moslem Community is dependent upon this system. Annual Moorish Conventions reinforce lines of communication; and as such, they function to enhance the exchange network.   During Conventions the Host Temple is obliged to facilitate the ceremonial distribution of gifts, usually in the form of lodging, meals and a verity of other goods and serves.

RAVANNA SANDERS–BEY

MOORISH SCIENCE TEMPLE OF AMERICA
EIN 56–2473981 RELIGIOUS CORPORATION

Local Moorish Temples are autonomous and follow an extreme form of congregational piety. The generosity of its members is anchored in the Moorish Covenant of support for each other. Voluntarism is the rule; and the exchange network is the life–line that provides the recourses required for the survival of the Community.

## PART V     COMPENSATION

Officers and Directors of the Moorish Science Temple of America receive NO salary, wages or fringe benefits. Lodging, meals, travel and/or the use of a vehicle are provided by individual members at their own personal expense. There are No resolutions governing the financial arrangements for compensation, accept that No One is to be paid any money by the Moorish Science Temple of America. This religious corporation assume the "Vow of Poverty," owns No property and does Not engage in commerce. If there is any property in the name of the Moorish Science Temple of America, it is the sole property of Our Lord God and Savior, Allah El. The State of Illinois, or the Moorish Science Temple of America, simply serves as steward of said property; for only Allah has ownership of earthly property. Officers and Directors of the Temple are simply servants of Allah with a commitment to Love, Truth, Peace, Freedom, and Justice.

## PART VI     MEMBERSHIP

Primarily Membership with the Moorish Science Temple are decedents of the Washitaw Nation of Muurs; but there are other Members who have adopted Ismaili Islam and have become Moslems. Muurs and Adopted-Muurs comprise the whole of the Moorish Science Temple of America. The requirements for membership are: **1.**) The Affirmation of the Faith of Mohammed; **2.**) The adoption of the Islamic Creed; and **3.**) The practice of the Five Pillars of Islam. Office holders receive the Title of Sheik or Sheikess. The head of a local temple is called a Sheik. The Supreme Grand Sheik is the head of the National Moorish Science Temple of America located in Chicago, Illinois. The official status of membership is recorded by the National Secretary. The rights and duties of members are expressed in the Pillars of Islam.

## PART VII     HISTORY: MOORISH SCIENCE TEMPLE OF AMERICA

Decedents of the Muurs expelled from Spain resettled among the Washitaw Muurs in North America in the 15th Century. The Muurs were eventually organized by the Holy Prophet Noble Drew Ali in 1913 and incorporated as a religious estate in the State of Illinois in 1926. The name Holy Temple of Science was changed to the Moorish Science Temple of America in 1928. This surviving group of Muurs of the Diaspora were practicing Ismaili and members of this branch of Islam all so known as the Seveners.

RAVANNA SANDERS–BEY                        MOORISH SCIENCE TEMPLE OF AMERICA
                                           EIN 56–2473981 RELIGIOUS CORPORATION

Prophet Noble Drew Ali initiated the revival of Ismaili Islam among the Muurs.   In 1913 he proclaimed to be the Mahdi, the promised Messiah predicted by the Holy Prophet of Islam: Mohammed III.   He proclaimed to be the fulfillment of the prophecies announced by all the great faiths.   Ismaili Islam, as proclaimed by Prophet Noble Drew Ali, may be regarded as a science of divine truths.   Like any other science, Ismaili Islam admits to the necessity of observation and reasoning; it is in consonance with human nature.   Accordingly, the object of life is the complete manifest of divinity.   Every human being has within them the essence of perfect development.

## PART VIII    SPECIFIC ACTIVITIES

### 1.    MARRIAGE AND WEDDING CEREMONY

— Birth Transition Ritual

— Purification / Baptism Ritual

— Naming Ritual

### 2.    MEMBERSHIP AND MATURITY CEREMONY

— Rite of Passage Ritual

— Initiation and pledge of Loyalty Ritual

— Acceptance of the Moorish Covenant with God Ritual

### 3.    ANCESTURAL HOMAGE CEREMONY

— Muur's Foundation Day [ January 8th ]

— Days of Epiphany [ June 19th and August 7th ]

### 4.    COMMEMORATION OF THE ELDERS CEREMONY

— Spirit Possession Ritual

— Karma / Reincarnation Ritual

### 5.    DEATH AND FUNERAL CUSTOMS CEREMONY

— Wake and Funeral Procession

— Burial / Cremation Ritual

— Sanctity of Death Celebration

**RAVANNA SANDERS–BEY**

**MOORISH SCIENCE TEMPLE OF AMERICA**
**EIN 56–2473981 RELIGIOUS CORPORATION**

**PART IX    STATEMENT OF REVENUE AND EXPENSES**

In the economic sphere Ismaili Islam required the widest and most equitable distribution of wealth [necessary resources] while safeguarding private ownership.    The whole of the Moorish Community is regarded as a trust encompassing a series of exchange networks, where the distribution of resources move freely from one member to another, depending their needs.    The lending of money on interest and the levying of taxes are prohibited.    Member participation in the exchange network is obligatory;    for it insures an adequate minimum of necessities of life for its members.

The economic and social underpinnings of the exchange network are private local accommodation and the Moorish Covenant among members:    the reciprocal obligation of support.    Each member pledge to aid and assist one another and promise to abide by certain stipulations during the Moorish Convention.    The Annual Conventions, comprised of the Host Temple and many Guest Temples, drive the exchange network.    In their turn each Guest Temple will host the Convention.    In this way the Convention moves from one major city to another each year.    The Convention circuit is driven by the competitiveness of the Grand Major Temples, each of which are obliged to host their own Convention and assert their superiority.    Emphases is given to the perpetuation of the exchange network.

At the center of each region, identified by the name of a major city, is a Grand Major Temple whose responsibility it is to support the local temples of that region.    The expenses of each temple are assumed by its members, who organize themselves in to a series of volunteer committees that provide for the necessities of the temple.    There are No membership, admission or service fees. Individual members or volunteer committees absorb the cost for all programs, equipment and furnishings.    At this time, the Moorish Science Temple of America has No property in its name.

Grand Major Temples, also known as regional temples, are associated with the National Supreme Grand Major Temple in Chicago, Illinois.    The Moorish Science Temple of America operates within a barter economy: the direct exchange of goods and services.    The barter economy that supports the Moorish movement does not involve the transference of money, accept at a minimum by small scale vendors and local organic vegetable merchants.    There are No fundraising activities, No loans or mortgage.    The Moorish Science Temple of America has absolutely No liability or assets.

**SUBSCRIBED, SEALED AND AFFIRMED**

In Witness whereof, I have hereunto set my hand and caused the seal of the **Moorish Science Temple of America** to be affixed, this    Day of    in the Year    .

*Ravanna Sanders Bey*

President, Sheik Ravanna Sanders–Bey: Moorish Temple of America, Inc.
Witness The Hand And Seal

MOORISH TEMPLE      **SCHEDULE A: CHURCHES**      EIN 56–2473981

## INTRODUCTION:     *Exhibit*     *A- 23*

The Moorish Science Temple of America is a Religious Corporation established in the State of Illinois, and is seeking Incorporation under 26 U.S.C. § 508(c)(1)(A) and (B) with exemption under both 26 U.S.C. § 508(a) and § 501(c)(3).     Recognition of Exemption under 26 U.S.C. § 508(c)(2) and 26 C.F.R. § 1. 508–1(a)(3) apply, using IRS Form 1023 [26 C.F.R. § 1. 508–1(a)(2)(i)] and serving Notice under 26 C.F.R. § 1. 508–1(a)(2).     The original of the Certificate of Incorporation is held in the Office of the Secretary of State for the State of Illinois [26 CF.R. § 1. 508–3].

Organized and operated under the laws of Illinois as a Religious Corporation, the Moorish Science Temple of America was created by State law in accordance with 26 U.S.C. § 501(c)(27)(B)(i)(d), acknowledging an Integrated Auxiliary [26 C.F.R. § 1. 6033–2(h)(2) and § 1. 6033–2 (g)(ii)].

## SCHEDULE A: CHURCHES

**1(a)(b)**     In the tradition of Ismaili Islam the call to prayer are three times a day, rather than five: Morning, Afternoon and Evening prayer.     Muurs are required to participate in the Friday Congregational Prayer.     Friday evening prayer is led by an Imam/Moabite, a prayer leader.     This Prayer is associated with certain rituals observed by the faithful.

**4(a)(b)**     Religious Services are conducted daily: afternoon and evening Prayer.     An average number in attendance are between 25 to 40 on any day accept Friday, when there may be as many as 150 devotees.     Prayer is made facing the East, in the direction of Mecca/Jerusalem, while assuming a specified posture.     Prayer banners, rugs or rosary beads may be used during prayer service.

**5(a)(b)**     In the Chicago Metropolitan Area there are Nine (7) independent Moorish Temples under the jurisdiction of the Chicago Regional Temple, which also functions as Headquarters for the Moorish Science Temple of America and the Supreme Grand Major Temple.     The number in attendance at 2248 West 80th Street, Chicago, is between 25 to 40 members, accept on Friday evenings when the number may be as many as 150.

**7**     There are as many as 300,000 Muurs in North America; most of them are concentrated in major metropolitan areas.

**8(a)**     To become a Moslem, an Adherent need only believe and practice the Five Pillars of Islam which are required of every Moslem: Ismaili Islam as well.

1. The pronouncement of the Confession of faith;
2. The performance of the required Three (rather than five) daily prayer;
3. The required fasting during the Eight (rather than ninth) Month: August;
4. Tribute in the form of community service and participation in the network;
5. The Pilgrimage to the Holy City of Mecca, Or to Monroe, Louisiana: Home of the Indigenous Washitaw Mound at Poverty Point.

MOORISH TEMPLE          SCHEDULE A: CHURCHES          EIN 56–2473981

**2(a)(b)(c)** This group of Moslems subscribe to an esoteric interpretation of the Qur'an; as such, the code of doctrine and discipline of Ismaili Islam is distinctly influence by Gnosticism and Neoplatonism.    Like any other science, Ismaili Islam admits to the necessity of observation and reasoning; it is in consonance with human nature.    Accordingly, the object of life is the complete manifest of divinity.   Every human being has within them the essence of perfect development.

**14** The cardinal doctrine of Ismaili Islam is the unity of the Godhead: a Triune Being.    "There is no god but One, who necessarily is the source of all that is good.    There is none worthy of worship but the One and only God, and Mohammed is His Prophet."    The cardinal doctrine of Ismaili Islam is the unity of the Godhead: a Triune Being.    "There is no god but One, who necessarily is the source of all that is good.    There is none worthy of worship but the One and only God, and Mohammed is His Prophet."    Ismaili Islam requires the belief in all the Great Prophets, including Abraham, Moses, Jesus, Krishna, Buddha, Confucius, Zoroaster as well as other divine Avatars.    Each one are regarded as divinely inspired for the "regeneration" of humanity; that humanity will stay the course toward divinity.    Ismaili Islam requires peace between all religions, and regard the adherents of each as "People of the Book" [Arabic, ahl al-Kitab].

**6** Adherents of Ismaili Islam draw no line of discrimination, but simply maintain that the Holy Prophet Mohammed was also a Great Prophet of God.    Our own age has not been without its own witness to God's inspiration.    While we consider the Holy Prophet Mohammed as the Seal of the Prophets, Our Holy Prophet Noble Drew Ali is regarded as Prophet Mohammed "Reincarnate."    Prophet Noble Drew Ali is our witness.    Although the Holy Qur'an is the sacred Scripture for all Moslems, the Muurs of North America have their own sacred Scripture: The Holy Koran written by our Prophet Noble Drew Ali.    Nonetheless, the Muurs are encouraged to read any of the other sacred Scripture.    Their divined revelation gives guidance for all humanity, providing standards for good conduct. Every kind of injury against our fellow beings are forbidden; for each one of us are enjoined in benevolence and generosity towards one another.

**3** **RELIGIOUS HIERARCHY OR ECCLESLASTICAL GOVERMENT**

The  Moorish Science Temple of America  is  a  Moslem Sheikdom  that subscribes to the authority of the defunct Fatimid Caliphate and that descends from the First Sharifian Sultanate [Saadian, 1554-1660] of Morocco.    The present Moorish Sheikdom hierarchy [ecclesiastical government] consist of the following structure:

**EXECUTIVE: PRESIDENCY**

Supreme Grand Sheik — Head of National Moorish Science Temple
Grand  Sheik          — Head of a Regional Moorish Science Temple
Sheik                 — Head of a Local Moorish Science Temple

**MOORISH TEMPLE**          **SCHEDULE A: CHURCHES**          **EIN 56–2473981**

### JUDICIARY:

Supreme Grand Qadi — Chief Justice among Five Associates [National]
Grand Qadi          — Chief Judge among Three Assistants [Regional]
Qadi          — Constable, Magistrate [Local Sheriff]

### LEGISLATIVE:

Chairman/Governor of the Board of Grand Sheiks/Governors [Upper House]
Director/Mayor of the Counsel of Sheiks/Aldermen          [Lower House]
Administrator/Manager/Sheik of the Local Moorish Temple

### SECURITY: LAW ENFORCEMENT

Supreme Grand Mufti — Head of National Security
Grand Mufti          — Head of Regional Security
Mufti          — Head of Local Security

### SUBSCRIBED, SEALED AND AFFIRMED

In Witness whereof, I have hereunto set my hand and caused
the seal of the **Moorish Science Temple of America, Inc.** to be
affixed, this ⸱   Day of ⸱⸱⸱⸱ in the Year ⸱  ⸱⸱⸱.

*Ravanna Sanders Bey*
_____

President, Sheik Ravanna Sanders–Bey: Moorish Temple of America, Inc.
Witness The Hand And Seal

**MOORISH SCIENCE TEMPLE**　　　**SCHEDULE E**　　　EIN 56–2473981

*Exhibit    A-24*

## ORGANIZATION NOT FILING FORM 1023 WITHIN 27 MONTHS OF FORMATION

**RELIGIOUS PURPOSES ONLY:**

The Moorish Science Temple of America is a Religious Corporation and is not organized for the private gain of any person.   It is organized under the Nonprofit Religious Corporation Law of the State of Illinois in 1926 exclusively for religious **purposes:**

— To propagate the faith of the Holy Prophet of Islam, Mohammed; and to extend the faith through the consecration of missionaries;

— To promote the solidarity of Muurs under Ismaili Islam and encourage the development of an economic and social exchange network; and,

— To improve the quality of life and enhance the social development of the Muurs through the cooperation and integration of all local Moorish Temples and their congregations.

## NO POLITICAL CAMPAIGNING, INFLUENCE LEGISLATION, ETC.

This corporation is organized and operated exclusively for religious purposes   within the meaning of Section 501(c)(3), Internal Revenue Code.

No substantial part of the activities of this corporation shall consist of carrying on propaganda, or otherwise attempting to influence legislation; and the corporation shall not participate or intervene in any political campaign (including the publishing or distribution of statements) on behalf of any candidate for public office.

## DISSOLUTION CLAUSE

The property of this corporation is irrevocably dedicated to religious purposes and no part of the net income or assets of this corporation shall ever inure to the benefit of any director, officer or member thereof or to the benefit of any private person.   Upon the dissolution of the corporation, its assets remaining after payment, or provision for payment of all debts and liabilities of this corporation shall be distributed to a nonprofit fund, foundation or corporation which is organized and operated exclusively for religious purposes and which has established its tax exempt status under Section 501(c)(3), Internal Revenue Code.

## CONFLICT OF INTEREST POLICY

Be advised: This corporation adopts the "Conflict of Interest Policy" from Appendix A and published in the IRS Application for Recognition of Exemption, Package 1023 (Rev. Oct. 2004).

### SUBSCRIBED, SEALED AND AFFIRMED

In Witness whereof, I have hereunto set my hand and caused the seal of the **Moorish Science Temple of America** to be affixed, this ___ Day of April in the Year ____.

*Ravanna Sanders Bey*

President, Sheik Ravanna Sanders–Bey: Moorish Temple of America, Inc.
Witness The Hand And Seal

RAVANNA SANDERS-BEY　　　　　　　　　　　　　　Monday, April 16, 2007

Exhibit B-16

ILLINOIS DEPARTMENT OF CORRECTIONS

**COMMITTED PERSON'S GRIEVANCE**

B-228

| Date: 17 August 2006 | Committed Person Rickey Robinson-El (Please Print) | ID# K82958 |
|---|---|---|

| Present Facility: Stateville Correctional Center | Facility where grievance issue occurred: Stateville Correctional Center |
|---|---|

**NATURE OF GRIEVANCE:**

☐ Personal Property    ☐ Mail Handling    ☐ Restoration of Good Time    ☐ Disability

☐ Staff Conduct    ☐ Dietary    ☐ Medical Treatment    ☒ Other (spec.) Grooming Policy

☐ Transfer Denial by Facility    ☐ Transfer Denial by Transfer Coordinator

Resolved Grievance Office SEP 7 2006

☐ Disciplinary Report: ___/___/___    Date of Report

Facility where issued STA II 1208

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: I am a Washitaw Muur (moorish) American Native to this land.

I participate in my Nation's cultural, social, and religious affairs. One tenet

of my religious faith teaches that locks symbolizes and embodies the strength

a person acquires during his spiritual journey to overcome and conquer one's

~~a person acquires during his spiritual journey to overcome and conquer his~~

lower nature which is native to the physical world. In keeping with my re-

religion/spirituality, I maintain my hair/dreadlocks like a Lion in Zion

because I believe that cutting my hair will cost me my strength and allow the

lower nature to conquer & condemn me to the physical world for all eternity.

Due to Warden's and other administrators having the discretion to re-

quire a committed person to abide by an individual grooming policy, absent ⟶

Relief Requested: That my rights be upheld by permitting a religious exception to

Warden's Bulletin:02.60" and the discretion to IDOC's Grooming Policy

held by Warden's etc, not limited to transfer's & Writs.

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| _Rickey Robinson-El_ without Recourse UCC 1-207 ; 1-103,6 | K82958 | 8 / 17 / 06 |
|---|---|---|
| Committed Person's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

| Date Received: 8 / 22 / 06 | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: It is true that the Individual Grooming Policy (Warden's Bulletin # 02-60)

does not take religious affiliation into account. This is a ~~maximum-security-facility-and~~

~~security will always be a priority. However, as things are done~~ concerning this policy it

appears that only minority offenders are targeted especially those with locks. This

needs to be addressed.

| L. Dennis | _Dennis_ | 8 / 27 / 06 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

| Date Received: ___/___/___ | Is this determined to be of an emergency nature? | ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner. |
|---|---|---|

| | ___/___/___ |
|---|---|
| Chief Administrative Officer's Signature | Date |

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE** (Continued)

any security risk or conspiratorial security risk I grieve that my rights will be violated and I will suffer irreparable injury if my hair is cut! I wish to protect my right to exercise my religious belief.

It is at the Warden's & Administrators discretion to require an inmate to abide by an "individual grooming policy based on what they deem to be a security risk. IDOC fails to discuss whether it considers religious exception to policy.

Illinois Department of Corrections enforcing grooming policy requiring me to cut my hair, notwithstanding that I show no signs of or give the presumption of a security risk, I move to prevent IDOC and it's agents from compelling a false interest in security that does not exist.

It has always been IDOC's requirement to forcefully remove dreadlocks upon writs & Transfers with no respect to one's religious rights secured by the constitution. This raises a concern, juxtaposed with my informed knowledge by a reliable source in confidence; that with the new Warden & Deputy Director, the order has come down to the tactical team that from here on out, committed person's with dreadlocks when asked to take them down (knowing it is an order that one with locks are not able to comply with), forcefully remove them when they do not comply.

The grooming policy of Illinois Department of Corrections (IDOC) as interpreted by it's administration, requiring inmates to cut their dreadlocks, without a religious exception, imposes substantial burden on my Native/Indigenous American religious practice within meaning of "Religious Land Use and Institutionalized Persons Act (RLUIPA).

The loss of first Amendment freedoms, for even minimal periods of time, constitutes irreparable injury. Respectfully, I refuse to adhere to the interpretation to the grooming policy because of my sincere religious belief that I may only cut my hair upon the completion of my Nazarene vowel (elevation to a certain spiritual level) or the abandonment of said vowel (my spiritual journey) IDOC's refusal to permit a religious exception, violates my religious freedom. With respect to IDOC's policy I have always and will submit to the shakedown of my hair.

NOTICE TO AGENT IS NOTICE TO PRINCIPAL, NOTICE TO PRINCIPAL IS NOTICE TO AGENT

*Rickey Robinson-El (without Recourse)*
*UCC 1-207 ? UCC-1 103.6*
*17 August 2006*

Exhibit B-2

May 16, 2002

WARDEN'S BULLETIN #: ___02-60___

TO:        ALL STAFF

RE:        **INDIVIDUAL GROOMING POLICY**

Department Rule 502B allows for the imposition of an individual grooming policy when an inmate's hairstyle (including facial hair) creates a security risk or health or sanitation problem. In accordance with this rule, an individual grooming requirement may be imposed on those inmates who continuously change their appearance and thereby interfere with the orderly function of the facility or on inmates who maintain their hair (including facial hair) in the following manner:

- hairstyles that may signify with security threat groups, including but not limited to initials, symbols, multiple parts, hair disproportionately longer in one area than another (excluding natural baldness);
- hair that poses a health or sanitation problem;
- hairstyles that create a risk that contraband hidden in the hair cannot be detected or that impede the searches for contraband or that pose a risk that contraband hidden in the hair may injure and employee searching him.

Those inmates who maintain their hair in any of the above manners and who refuse to comply with an order to either undo the hairstyle or to submit to a haircut may be subject to disciplinary action and, if necessary, forcibly changing the hairstyle.

Kenneth R. Briley, Warden
Stateville Correctional Center

Exhibit B-3

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO COMMITTED PERSON'S GRIEVANCE**

| Grievance Officer's Report | | |
|---|---|---|

Date Received: September 7, 2006       Date of Review: September 7, 2006       Grievance # (optional): 1208

Committed Person: Rickey Robinson       ID#: K82958

**Nature of Grievance:** Other-Grooming Policy

**Facts Reviewed:** Grievant alleges that because he is a Washitaw Muur (Moorish) American native to this land, his faith includes locks. Grievant states he wishes to exercise his right to religious beliefs.

Counselor states it is true that the individual grooming policy (Warden's Bulletin # 02-60) does not take religious affiliation into account. This is a maximum security facility and security will always be a priority. However, as things are done concerning this policy, it appears that only minority offenders are targeted especially those with locks. This needs to be addressed.

**Recommendation:** This Grievance Office does not concur with counselor response, as the hairdo named "locks" is not limited to and being worn by only minorities. Due to the safety and security and including sanitation of institution, dreadlocks are not permitted regardless of sex, religion, race, or ethnicity. Grievance is denied.

Ami Workman
_____                    _____
Print Grievance Officer's Name                         Grievance Officer's Signature
**(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response | | |
|---|---|---|

Date Received: 9-13-06          ☒ I concur       ☐ I do not concur       ☐ Remand

Comments:

_____                              9-13-06
Chief Administrative Officer's Signature                         Date

| Committed Person's Appeal To The Director | | |
|---|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Rickey Robinson-El without Recourse       K82958       9-18-06
_____                    _____
Committed Person's Signature  DCC 1-207, 1-105.6        ID#                    Date

*Exhibit B-4*



**Rod R. Blagojevich**
Governor

**Illinois**
**Department of**
**Corrections**

**Roger E. Walker Jr.**
Director

1301 Concordia Court / P.O. Box 19277/ Springfield, IL 62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

January 2, 2007

Rickey Robinson
Register No. K82958
Stateville Correctional Center

Dear Mr. Robinson:

This is in response to your grievance received on September 20, 2006, regarding security (grooming, regarding hair styles unable to be searched), which was alleged to have occurred at Stateville Correctional Center. This office has determined the issue will be addressed without a formal hearing.

The Grievance officer's report, 1208, and subsequent recommendation dated September 7, 2006 and approval by the Chief Administrative Officer on September 13, 2006 have been reviewed.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. It is, therefore, recommended the grievance be denied.

FOR THE BOARD: _____
Melody J. Ford
Administrative Review Board
Office of Inmate Issues

CONCURRED: _____
Roger E. Walker Jr.
Director

cc:    Warden Terry McCann, Stateville Correctional Center
       Rickey Robinson, Register No. K82958
       Chron. File

Exhibit B-5

Rickey Robinson El
Resident #K82958
c/o: P.O. Box 112
Joliet, Washitaw Province
Illinois Republic
[Via: u.s.A. Postal Zone 60434-0112]

20 September 2006

Roger E. Walker Jr. – Director
Illinois Department of Corrections
P.O. Box 19277
Springfield, Illinois
Via: u.s.A. postal zone 62794-9277

Dear Mr. Walker,

    I come in peace with this letter as I serve you legal notice that I am an indigenous individual currently held at Stateville Correctional Center and due to the broad and vague grooming policy that is currently in place 'Warden McCann' refuses to consider a religious exception. Mr Walker if Warden McCann authorizes his employees to forcfully remove (cut) my hair do understand that my hair is private property under **Copyright of trade-mark/trade-name** <u>RICKY ROBINSON-EL,</u> and is filed with the UCC Division/Secretary of State Illinois Republic or soon to be filed.

    All rights reserved regarding common-law copyright of trade-name/trade-marks **RICKY ROBINSON EL,** as well as any and all derivatives and variations in the spelling of any of said trade-names/trade-marks, not excluding "**Ricky Robinson El,**" Common Law Copyright **1970,** 2006 respectively, by **Ricky Robinson El.** Written consent and acknowledgment of **Ricky Robinson El** as signified by the signature of **Ricky Robinson,** is known as the "Secured Party" and "Holder In Due Course." The Secured Party neither grants, nor implies, nor otherwise gives consent for any unauthorized use of any of **RICKY ROBINSON EL,** and all such unauthorized use is strictly prohibited.

    I do not and will not give the consent for the unauthorization to cut my property (hair). I ask that you offer your authority to assert a religious exception to the cutting of dreadlocks or temporarily place a hold on the removal until this matter is resolved in court. I also ask that during this period of restraint (shall you decide to issue such order) you also restrain your officials/agents/employees/administrators from use of any and all retaliatory practices. I do understand that shall any committed person try to conceal anything in their hair or

lacks in the keeping of their hygiene this order shall not apply!

I am enclosing a copy of Grievance Officer's Report, My grievance and Warden's Bulletin 02-60 that you may understand my position better. I am also attaching a 3-page measure that I prepared for you June 9th of 2006. Last but not least a 1-page document is also enclosed, on the front- Certificate Of Title, Declaration And Acceptance Of Title & Pledge Of Allegiance. On the back- Declaration Of Nationality etc.

**NOTICE TO PRINCIPAL IS NOTICE TO AGENT, NOTICE TO AGENT IS NOTICE TO PRINCIPAL.**

With explicit reservation of all Human, Indigenous and Other Rights; Without Prejudice and With Honour: UCC 1-207 & 1-103.6,

_Rickey Robinson El_ Indigenous Washitaw citizen

Resident #K82958
c/o: Post Office Box 112
Joliet, Illinois Republic
[Via: u.s.A. postal zone 60434-0112]

**Certificate and Asseveration:** Status of signer is that of Indigenous People and is not a United States "resident" or "citizen." Therefore, the signer is an exempt foreign individual as noted in the instructions above. The signer is competent and have personal knowledge of the foregoing; therefore the signer states the foregoing to be **true and correct to the best of his knowledge.**

We, the undersigned, witness this day that the one known to us be the signatory did personally appear before us in __WILL__ county and upon affirmation did execute and affix the above signature and seal hereto.

_signature_  9/20/06 , Natural Private Citizen.

_Jason Taylor El_ 9/20/06 Natural Private Citizen.

I, Rickey Robinson-El, state that I served a copy of this Letter/Notice to which this affidavit is attached upon IDOC Director Roger Walker by enclosing the same ia a unsealed envelope plainly addressed on page one of this document by depositing said envelope in the hands of prison official designated for United States Mail at Stateville Correctional Center, Joliet, Illinois, on this _21st_ day of _September_ 2006.

_Rickey Robinson El_
Rickey Robinson El, Without Recourse
UCC 1-207 & 1-103.6

*Exhibit B-6*

## Empire Washitaw de Dugdahmoundyah

### Indigenous Peoples Nation, U.N. No. 215/93

Date: Thursday June 9,2006

To: <s>Roger.E.Walker.Jr.</s> **Roger E. Walker Jr. - Director**
Illinois Department of Corrections

P.O. Box 19277

Springfield, Illinois

Via: u.s.A. postal zone 62794-9277

Empire Washitaw de Dugdahmoundyah


To whom it may concern:

   I, Rickey Robinson-El, declare that I am a free and sovereign individual of this land of the ancient mound builders, known by its indigenous name Empire Washitaw de Dugdahmoundyah. I willingly and knowingly exercise my right to a nationality as a member of the indigenous Emperial Washitaw Nation of the Empire Washitaw de Dugdahmoundyah. I further reserve all of the fundamental freedoms and God-given rights of every human being upon this earth. Any and all, past and present political affiliations implied by operation of law or otherwise with foreign entities are hereby, now and forever, dissolved and revoked. Signed and witnesses this ninth day of JUNE,2006.

   Per: UNITED NTIONS COMMISSIONER FOR HUMAN RIGHTS United Nations Declaration On The Rights Of Indigenous Peoples, Sub-Commission Resolution 1994/45

   "Part 1, Article 5 Every indigenous individual has the right to a nationality".

   "Part ii, Article 9 Indigenous peoples and individuals have the right to belong to an indigenous community or nation, in accordance with the traditions and customs of the community or nation concerned. No disadvantage of any kind may arise from the exercise of such a right".

   Our sovereignty is through Our hereditary Empresses.

   The Empire Washitaw de Dugdahmoundyah has a fully functional Government.

   "Part V, Article 19 Indigenous peoples have the right to participate fully, if they so choose, at all levels of decision-making in matters which may affect their rights, lives and destinies through representatives chosen by themselves in accordance with their own procedures, as well as to maintain and develop their own indigenous decision-making institutions".

   "Part V, Article 20 Indigenous peoples have the right to participate fully, if they so choose, through procedures determined by them, in devising legislative and administrative measures that may affect them".

"Part V, Article 21 Indigenous peoples have the right to maintain and develop their political, economic and social systems, to be secure in the enjoyment of their own means of subsistence and development, and to engage freely in all their traditional and other economic activities. Indigenous peoples who have been deprived of their means of subsistence and development are entitled to just and fair compensation."

"Part VII, Article 31 Indigenous peoples, as a specific form of exercising their right to self determination, have the right to autonomy or self-government in matters related to their internal and local affairs, including culture, religion, education, information, media, health, housing, employment, social welfare, economic activities, land and resources management, enviroment and entry by non-members, as well as ways and means for financing these autonomous functions."

"Part VII, Article 32 Indigenous peoples have the collective right to determine their own citizenship in accordance with their customs and traditions. Indigenous citizenship does not impair the right of indigenous individuals to obtain citizenship of the States in which they live."

"Part VII, Article 33 Indigenous peoples have the right to promote, develop and maintain their institutional structures and their distinctive juridical customs, traditions, procedures and practices, in accordance with internationally recognized human rights standards."

"Part VII, Article 36 Indigenous peoples have the right to the recognition, observance and enforcement of treaties, agreements and other constructive arrangements concluded with States or their successors, according to their original spirit and intent, and to have States honour and respect such treaties, agreements and other constructive arrangements. Conflicts and disputes which cannot otherwise be settled should be submitted to competent international bodies agreed to by all parties concerned."

"Part VIII, Article 37 States shall take effective and appropiate measures, in consultation with the indigenous peoples concerned, to give full effect to the provisions of this Declaration. The rights herein shall be adopted and included in national legislation in such manner that indigenous peoples can avail themselves of such rights in practice."

We as indigenous people are <u>Non Tax Payers</u> and <u>Non Taxpayers</u> to any government foreign to Our own and or any foreign corporation. We have Our own transportation Rights and Laws. We have Absolute Titles to Our conveyances and other personal and private property. We provide living birth records for all Our indigenous people.

## <u>Please do not confuse the Washitaw Nation with other pseudo entities</u>!

We are not here to overthrow any other Government or corporate entity.
We are not here to establish any cults, nor any religious institution.
We are not a corporation.
We are not here to harbor any unmoral characters.
We are not here to hide or conceal any fugitives.
~~We are not here to escape any lawful responsibilities.~~
We are not offering Diplomatic Immunity to the Law.
We are not offering Limited Liability options.

The Emperial Washitaw Nation is a Nation governed by its own Laws. We exist and are governed by Our own Sovereign Government. The Empire Washitaw de Dugdahmoundyah has its own Court system for Indigenous People; and we accept no judgement from any other nation or corporation without due process of Our Emperial Courts. We fly Our own Emperial National Flag.

We give credence to Our Creator, Our Empress and to all others under the Emperial Seal of Love, which is strengthened by Truth, Peace, Freedom and Justice. For the record, let it be known that, even as Our Empire has been here for over 11,500 years, so I do now in this year of Our Empress of Empire Washitaw de Dugdahmoundyah, I re-affirm My Sovereign Emperial Washitaw Nation and Our beingness as an indigenous Washitaw citizen.

> With explicit reservation of all human, Indigenous and Other Rights; Without Prejudice and With Honour: UCC-1207 and
>
> UCC-1403.6
>
> /s/ _Rickey Robinson-El_ : indigenous Washitaw citizen
>
> 8707 South Colfax avenue
>
> Chicago, Illinois Republic
>
> [Via: u.s.A. postal zone 60617-2434]
>
> Empire Washitaw de Dugdahmoundyah

We, the undersigned indigenous individuals and residents of Empire Washitaw de Dugdahmoundyah do hereby witness the above signature of one of our own, so signed in Joliet, Illinois Republic, Empire Washitaw de Dugdahmoundyah.

_Israel Ruiz_ 9/12/06 , indigenous individual

_Jason Keeler El_ 9/12/06 indigenous individual

_Jeffery Carmichael Bey_ 9/12/06 , indigenous individual

*Exhibit B-17*

## PROOF/CERTIFICATE OF SERVICE

To: Administrative Review Board

P.O. Box 19277

Springfield, Illinois

62794-9277


PLEASE TAKE NOTICE that on September 18,2006,I have placed the documents listed below in the institutional mail at Stateville Correctional Center, properly addressed to the party listed above for mailing through the United States Postal Service: Grievance Officer's Report #1208, Grievance (#1208),and an attached Warden's Bulletin (# 02-60).

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 9/18/2006

/s/ *Hickey Robinson-El*

NAME: *Hickey Robinson El*

IDOC#: *K82958*

Stateville Correctional Center

P.O. BOX 112

Joliet, Illinois 60434-0112

*Exhibit B-8*



**Illinois**
**Department of**
## Corrections

**Rod R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

1301 Concordia Court / P.O. Box 19277/ Springfield, IL 62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

January 25, 2007

Rickey Robinson
Register No. ~~K89268~~ *K82958*
Stateville Correctional Center

Dear Mr. Robinson:

This is in response to your grievance received on September 26, 2006, regarding conditions (grooming policy, security procedures do not allow dredlocks that can not be searched), which was alleged to have occurred at Stateville Correctional Center. This office has determined the issue will be addressed without a formal hearing.

The Grievance officer's report, 1208, and subsequent recommendation dated September 7, 2006 and approval by the Chief Administrative Officer on September 13, 2006 have been reviewed.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. It is, therefore, recommended the grievance be denied.

FOR THE BOARD: _____

Melody J. Ford
Administrative Review Board
Office of Inmate Issues

CONCURRED: _____

Roger E. Walker Jr.
Director

cc:    Warden Terry McCann, Stateville Correctional Center
       Rickey Robinson, Register No. K89258
       Chron. File

**OFFENDER'S GRIEVANCE**

| Date: 11 July 2007 | Offender (Please Print): Rickey Robinson-El Jr | ID#: K82958 |
|---|---|---|
| Present Facility: Stateville C.C. | Facility where grievance issue occurred: Stateville C.C. | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report _____ / _____ / _____  Date of Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [x] Other (specify) Religious/discrimine Discrimination

AUG 08 2007  RTA: C927  Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: As a means of exhausting my Administrative Remedies, I, Rickey Robinson-El Jr, bring forth Redress via Grievance for the Civil Rights violations occurring on myself and others similarly situated in Stateville Correctional Center; Prisons throughout the Illinois State who are members of the Washitaw Nation of Muurs. The violations focused on in this grievance is met by "discrimination supported by state action" enforced by State officials and employees "under color of State law"; "deprivation of rights", "free exercise of religion", "equal protection of the laws" among other constitutional →

Relief Requested: Grievant; a member and Representative of the Washitaw Nation of Muurs, Request recognition of Ismaili Islam - Beliefs; practices not limited to meeting space; time.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self

| Rickey Robinson-El Jr  Offender's Signature  Without Recourse | K82958  ID# | 7 / 11 / 2007  Date |
|---|---|---|

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 7 / 12 / 07

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277 Springfield, IL 62794-9277

Response: On 8/2/07, Chaplain Adamson responded to this grievance by reiterating the Administrative Directive — Committed persons requesting religious activities of the type not offered by the Department shall submit a written request to the facility chaplain and shall be required, if requested by the facility chaplain or the Religious Practice Advisory Board, to submit the following information:

| C. Dennis  Print Counselor's Name | _____ Winans _____  Counselor's Signature | 8 / 7 / 07  Date of Response |
|---|---|---|

---

**EMERGENCY REVIEW**

Date Received: _____ / _____ / _____

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated Offender should submit this grievance in the normal manner

_____  Chief Administrative Officer's Signature

_____ / _____ / _____  Date

Violations per I.D.O.C Policy Directive.

On June 14, 2007 a letter requesting "Recognition of Ismaili Islam - Beliefs & Practices, particularly "meeting space for religious services", was prepared by myself and mailed to the "Chief Administrative Officer" with a copy mailed to "Senior Chaplain "George Adamson". Their silence were established as a Dishonor/Denial of my Offer/Request. (See attached copy of letter)

Grievant Rickey Robinson El and Jason Taylor El, and all Others similarly situated, are, and were, at all material times, citizens of the Washitaw Nation of Muurs, a foreign state, and are residents thereof. As "U.S. Non-citizen nationals" of an Indigenous/Indian nation, Grievant is "domicile" in the Illinois Republic (Article IV, section 4, of the U.S. Constitution); but at no material times were Grievant a citizen or resident of the State of Illinois [an artificial entity] or the United States, Inc.

Civil right laws are held to apply to "state actions" because the actions of the State's departments stem from the State's "delegation of authority". It is the State itself that creates the power of the "actor" [IDOC officers and Employees] in the name of the department [IDOC]; and this fact is that which provides the remedy for redressing the abuses of authority by the State's departments or their employees. The entire function of the Illinois Department of Corrections [IDOC] is subject to the constitutional duties owed to its prison inmates. When a forum is not open to a particular group of inmates, such as the forum for the "exercise of religion," then the IDOC administrative process is malfunctioning; and therefore, the district court must intervene. When there is hostility toward the "religion" and/or "nationality" of a particular group of inmates, to which the Grievant belong, discrimination occurs; and when the administration denies "equal protection of the laws," it practices discrimination as well.

With the above stated, it is my hopes that on some level or another Grievant is provided remedy by reform to I.D.O.C. Policy Directive, that it may discontinue to deny "equal protection of laws" & practices of discrimination.

( Exhibit C-2 )

From: Brother Rickey Robinson-El                    Date: June 14, 2007
#K82958, B-227

  To: Terry L. McCann, Warden
      George Adamson, Chaplain
      Stateville Correctional Center


RE: Recognition of Ismaili Islam - Beliefs & Practices
    Per...I.D.O.C. Policy Directive.

Islam! (Greetings of Peace)

       On behalf of the Moorish Science Temple of America, Inc., Reincarnate
Temple System, I, present to you an official Request for Recognition of
Ismaili Islam belief and practices. In addition, We request space and time,
for Our group to Pray, Worship and conduct Religious services for greater
Spiritual enlightenment and guidance.


ARTICLE I
Ismaili Islam - ORIGIN

       We are the Sab'iya ["Sevener's"], followers of the First Seven Imams,
decendents of Ali and Fatima, a daughter of the Prophet Muhammad [d. 572 A.D.]
We are the representatives of the Ismaili ["Sevener's"] branch of Sha'Islam,
decendants of:

1.)  The Fatimid Dynasty of Egypt and North Africa [909 - 1171],
2.)  The Almoravids [1056-1147], Almohads [1130-1269], & Marinids [1196-1549]
     of Morocco, as well as
3.)  The Sheriff Dynasty [1511-1927] of Morocco, and
4.)  The Washitaw/Delaware Dynasty(ies) [1511-1683-1778/1797 - present] of
     North America.

       Decendants of the Muurs expelled from Spain resettled among the Washitaw
Muurs in North America in the 15th Century. The Muurs were eventually organized
by the holy Prophet Noble Drew Ali in 1913, and incorporated as a religious
estate in the State of Illinois in 1926. The surviving group of Muurs/Moors of
the Diaspora were practicing Ismaili and members of this branch of Islam, is
also known as the Seveners. Prophet Noble Drew Ali initiated the revival of
Ismaili Islam among the Muurs/Moors. In 1913 he proclaimed to be the Mahdi,
the promised Messiah predicted by the Holy Prophet of Islam: Mohammed III. He
proclaimed to be the fulfillment of the prophecies announced by the great
faiths. Adherents of Ismaili Islam so subscribe to an esoteric interpretation
of the Qur'an; as such, the code of doctrine and discipline of Ismaili Islam
is distinctly influenced by Gnosticism and Neoplatonism. Like any other science,
Ismaili Islam admits to the necessity of observation and reasoning; it is in
consonance with human nature. Accordingly, the object of life is the complete
manifest of divinity. Every human being has within them the essence of perfect
development.

[1 of 5]

ARTICLE II

BELIEF AND PRACTICE

The cardinal doctrine of Ismaili is the unity of the Goghead; a Triune Being. "There is no god but One, who necessarily is the source of all that is good. There is none worthy but the One and only Great God, and Mohammed is His Prophet." Ismaili Islam requires belief in all the great Prophets, including Abraham, Moses, Jesus, Krishna, Buddha, Confucious, Zoroaster as well as other divine Avatars. Each one are regarded as divinely inspired for the "regeneration" of humanity; that humanity will stay the course toward divinity. Ismaili Islam requires peace between all religions, and regard the adherents of each as "People of the Book" [Arabic, ahl al-Kitab].

Adherents of Ismaili Islam draw no lines of discrimination, but simply maintain that the Holy Prophet Mohammed was also a Great Prophet of God. Our own age has not been without its own witness to God's inspiration. While we consider the Holy Prophet Mohammed as the Seal of the Prophets, Our Holy Prophet Noble Drew Ali is regarded as Prophet Mohammed "Reincarnated". Prophet Noble Drew Ali is our witness. Although the Holy Qur'an is the sacred Scripture for all Moslems, the Muurs of North America have our own sacred Scripture: The Holy Koran written by our Prophet Noble Drew Ali. Nontheless, the Muurs are encouraged to read any of the other sacred Scripture. Their divine revelation gives guidance for all humanity, providing standards for good conduct. Every kind of injury against our fellow beings are forbidden; for each one of us are enjoined in benevolence and generosity towards one another.

ARTICLE III

CUSTOM:

We Moslems, believe and practice the Five Pillars of Islam which are required of every Moslem: Ismaili Islam as well.

[1]  The pronouncement of the Confession of faith;
[2]  The performance of the required Three (rather than five) daily prayers;
[3]  The required fasting during the Eighth (rather than ninth) Month: August;
[4]  Tribute in the form of community service and participation in the network
[5]  The Pilgrimage to the Holy City of Mecca, Or to Monroe, Louisiana: Home of the Indigenous Washitaw Mound at Poverty Point.

In the tradition of Ismaili Islam the call to prayer are three times a day: Morning, Afternoon and Evening prayer. Muurs are required to participate in the Friday Congretional Prayer. Friday evening prayer is led by an Imam/Moabite, a prayer leader. This is associated with certain rituals observed by the faithful.

Our articles of "Faith and Recognition" are:

Prayer banners, rugs or rosary beads may be used during prayer service.

One Red or Black fez for men
One fez bag for men
One turban for women (no longer than 9"x10")
One Blue 1" lapel pin
One White or Blue Allah, Circle, Seven charm to be worn around the neck.
One Certificate Declaration of Nationality

In the practice of Ismaili/Moorish Islam, adherents:

(1) Adhere to the Five Pillars of Islam.

(2) Heed to the clean, pure and lawful diet as prescribed by the true and divine founders of the first religious creed, for the redemption and salvation of mankind on earth. The body is sacred and deserving of clean, pure and lawful foods, such as: "Fish, vegetables, rice, beans, nuts, fresh fruit, and items made from soy and rice milk."

(3) Reverently adorn sacred emblems such as the Fezes worn by Our Brother's, and the Turban's by Our Sister's, keeping all Moslems mindful of the Ever Present Eternal Great God, Allah. ⬛ We wear the "Crescent and Star" button/pin, and the "Allah, Circle, Seven" charm around Our neck and near to Our heart, giving Honor's to Our Great Mother ELOHIM, who has created everything that ever was or is, in heaven and on earth. By One Divine Act She filled the universe with manifest, Stars, Planets and all forms of life.

## ARTICLE IV

### AUTHORITY

The Moorish Temple of Science, organized in the year of 1925, and was legally incorporated as a civic organization under the laws of the State of Illinois, November 29th, 1926...Certificate #10580. The name Moorish Temple of Science was changed to the Moorish Science Temple of America, May 2nd, 1928, and this change was recorded and filed on May 21st, 1928, in accordance with the legal requirements of the Secretary of the State of Illinois.

Since the work of the Moorish Science Temple of America was largely religious, the organization was legally changed to a religious organization on July 20th, 1928. An Affidavit to this effect has been properly filed in the Cook County Recorder's office of Illinois [Affidavit #10105905].

The Moorish Science Temple of America, Reincarnate Temple System, is the original Moorish Science Temple, deriving Supreme Power and Authority From the Prophet and Chief Magistrate Noble Drew Ali, Certificate #10580, Conferred; Nov.29, 1926, 1927, 1928, Chicago, Illinois. Illinois Tax Exemption -- E 9939-0647-01; IRS: Exeception # 17053-290-74400-4; Moorish Science Temple; EIN #56-2473981. Louisiana Treaty of 1803 [8 Stat. 200, Article III] -- NORTH AMERICAN CONFEDERATION OF MOORS UNITED UNDER THE LAND GRANT -- Spanish Certificate; June 20, 1797 [Plan No. 1518, Register No. 3, April 12, 1802 U.S. Land Grant No. 923]. [refer to U.S. Constitution, Article IV, Section. 1].

ARTICLE V

STRUCTURE:

Yielding explicitly to Divine Law. It is by the word of God-Allah thru His true and Divine Prophet, Noble Drew Ali, Mohammed III, that His laws be strictly preserved by all members of all the Temples of the Moorish Science Temple of America. [MHK - Ch. XLVII, #13]. Act. #6, of our Divine Constitution and By-Laws mandate: "...We are teaching our people their nationality and their Divine Creed..."

The Reincarnate Temple, is a Temple, the original Moorish Science Temple of America, in absolute obedience to the purpose for which the Moorish Science Temple of America, is founded... "To uplift fallen humanity." In the promotion and fulfillment of the great purpose of the Moorish Divine National Movement, it is imperative "Two eminent elements" are established --

[1]  An Independent Nation with a functioning government, and;
[2]  A Home of Worship.

With us, the Eminent elements are established in the names of:

[1]  "Empire Washitaw de Dugdyahmoundyah -- Washitaw Nation of Muurs/Moors; and,
[2]  The Moorish Science Temple of America, Reincarnate Temple System -- Ismaili Islam.

The Moorish Science Temple of America, Reincarnate Temple is the "religious" component of the Washitaw Nation of Muurs. The two are United in One. Embodied in a Monarchy Structure under the Divine Principles: Love, Truth, Peace, Freedom and Justice.

ARTICLE VI

REPRESENTATIVES:

[1]  Brother Ravanna Sanders-Bey, is the Supreme Grand Sheik/Imam -- National Leader for the Moorish Science Temple of America, Reincarnate Temple System; and Permanent Representative, Ambassador-At-Large for the Washitaw Nation of Muurs.

[2]  Brother El Seti Anu Ali El, is the Supreme Grand Mufti/Khan -- National protector for the Moorish Science Temple of America, Reincarnate Temple System; and the Empire Washitaw de Dugdyahmoundyah -- Washitaw Nation of Muurs.

[3]  Brother Claudis McClinton El, is the Mid-West Regional Grand Sheik/Imam for the Moorish Science Temple of America, Reincarnate Temple System.

[4]  By National Appointment, Brother Rickey Robinson-El, is a Sheik in Illinois vested with Primary Authority inclusive to Illinois geographical area at Stateville Correctional Center, along with Brother Jason Taylor-El.

There are Several Sheiks and Grand Sheiks in Illinois. The Illinois Grand Sheiks, is Appointed as MANAGING TRUSTEE OF THE illinois TEMPLE (Reincarnate Temple of Illinois).

Each of the Local (City & or Facility) Temple's throughout Illinois is headed by a "TEACHER" for the guidance of Our Local Temple membership.

Currently, We have many followers located at facilities throughout the State.

I, now conclude, and Pray all necessary requirements for "Recognition" are fulfilled. Peace!

Respectfully,

Brother Rickey Robinson-El
c/o #K82958 B-227

Service via U.S.P.S. operating within Washitaw de Dugdyahmoundyah Registered Return Receipt

No. 7005-3110-0002-7556-2495

From: Rickey Robinson-El
Resident #K82958
Stateville Correctional Center
C/O: P. O. Box 112
Joliet, Illinois Republic
Via: u.s.a. Postal Zone 60434
Empire Washitaw Dugdyahmoundyah

To: Terry L. McCann, Warden
Stateville Correctional Center
C/O: P.O. Box 112
Joliet, Illinois Republic
Via: u.s.a. Postal Zone 60434
Empire Washitaw de Dugdyahmondyah

CC: R.Robinson-El, Petitioner
T.McCann, Warden
G.Adamson, Chaplain

(Note: As I, Rickey Robinson-El, wish to Exhaust my Private Administrative Remedy and dispose of this matter as soon as possible, by having your response to either deny or accept the above REQUEST, it is imperative that I have your response within ten (10) days from the postmark of this REQUEST. Should you fail to respond you will have established the fact that you DISHONOR the REQUEST and therefore in Default upon your silence, with the opportunity to cure your fault. Thank you for your prompt attention to this matter.

                                                    Sincerely,

Without Prejudice

*Rickey Robinson-El*

...........Secured Party Creditor
Pursuant to UCC 1-103.6 & 1-207

[5 of 5]

(Exhibit C-3)

1) Written verification that other committed persons belong to that faith and are interested in attending such religious activities.

2) The names, addresses, and telephone numbers of the outside leaders of the faith

3) Copies of the by-laws, chapters, or articles of incorporation, to the extent available

4) Written verification of the religion's practices, requirements, historical origins, size of membership population, organization hierarchy and structure, role of religious personnel, dietary restictions

5) The time, place, and nature of any religious activities to be conducted and the identity of the religious program volunteer who will conduct the requested religious activities as well as their address, telephone number, and credentials; and

6) The documentation required under Section 425.60

Chaplain Adamson states: "As the facility chaplain and member of the Religious Practice Advisory Board, do hereby request the above." _ F C R

L. Dewmps                    Dunn    8/7/07

RESPONSE TO COMMITTED PERSON'S GRIEVANCE

| Grievance Officer's Report | | |
|---|---|---|

**Date Received:** August 8, 2007 _____    **Date of Review:** August 8, 2007 _____    **Grievance #** (optional) 0927 _____

**ID#:** KS2958 _____

**Committed Person:** Ricky Robinson _____

**Nature of Grievance:** Other-Religious-Indigenous Discrimination

**Facts Reviewed:** Grievant alleges that he and other inmates are members of Washtaw Nation Of Moors and there is currently no allowance for them to practice their religion. Grievant states when a forum is not open to a particular group of inmates then the IDOC administrative process is malfunctioning.

Counselor Response. (CONDENSED): On 8-2-07, Chaplain Adamson responded to this grievance by reiterating the AD-Committed persons requesting religious activities not currently offered by the Department shall submit a written request to the facility Chaplain and submit all pertinent information pertaining to the religion (as stated in counselor's response attached to grievance).

Upon further review from Grievance Office, finds that this office concurs with the counselors response and adds that in reading the synopsis by grievant of the pertinent information needed for submitting the written request, noticed that there were no resources included (copies of the material also help) as to where the grievant received the information (what books or documents used to verify the faith). This office also noticed there was no included phone numbers and addresses of outside leaders of the faith which would be pertinent for finding out more information and for Chaplain to ask questions. It would behoove the grievant to make sure the information is complete and to supply the resources to the Chaplain.

**Recommendation:** Grievance is resolved.

Ami Workman _____    Print Grievance Officer's Name    Grievance Officer's Signature

(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|

**Date Received:** 8-13-07    ☑ I concur    ☐ I do not concur    ☐ Remand

**Comments**

Chief Administrative Officer's Signature    8-13-07    Date

| Committed Person's Appeal To The Director | | |
|---|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Committed Person's Signature    ID#    Date

ILLINOIS DEPARTMENT OF CORRECTIONS
COMMITTED PERSON'S GRIEVANCE

| Date: 18 August 2006 | Committed Person: Rickey Robinson-El (Please Print) | ID# K83953 |

| Present Facility: Stateville Correctional Center | Facility where grievance issue occurred: Stateville Correctional |

**ATURE OF GRIEVANCE:**

☐ Personal Property   ☐ Mail Handling   ☐ Restoration of Good Time   ☐ Disability
☐ Staff Conduct   ☐ Dietary   ☐ Medical Treatment   ☒ Other: Violation of rights.
☐ Transfer Denial by Facility   ☐ Transfer Denial by Transfer Coordinator

☐ Disciplinary Report _____
                          Date of Report          Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

omplete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody involuntary, administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** I Rickey Robinson-El, declare that I am a free and sovereign

individual of this land of the ancient mound builders, known by its ancient

indigenous name Empire Washitaw de Dugdyahmoundyah. I willingly and knowingly

exercise my right to a nationality as a member of the indigenous Emperial

Washitaw Nation, Washitaw de Dugdyahmoundyah. I further reserve all of the

fundamental freedoms and God-given rights of every real live human being

upon this earth. Any and all, past and present, political affiliations implied

by operation of law or otherwise with foreign entities are hereby, now and

forever, dissolved and revoked.

One of the requirements needed for recording with the Washitaw Nation of

**Relief Requested:** That I be permitted to have my photo taken with my fez (sacred

headdress) on to complete my enrollment.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self

_____    _____    _____
Committed Person's Signature          ID#        Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 8 / 21 / 06    ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.C. Box 19277, Springfield, IL 62794-9277

**Response:** IDOC Legal Counsel Jane Bularzik states that it is in her opinion that IDOC does not have to take any photo nor have to facilitate arrangements for this inmate to obtain any photo of him in the fez for any passport or commercial filings. As an inmate with a life sentence, he has no need for a passport since he is not legitimately able to travel. He has no commercial business, any business and correspondingly no need for any employer identification number. Finally, since IDOC does not allow an inmate to act in an authority position, including as a teacher, or a religious trustee of a religious organization, there is no need to facilitate his obtaining any documents for such purposes.

L. Dennis                    _____    11. 16. 06
Print Counselor's Name        Counselor's Signature        Date of Response

---

**EMERGENCY REVIEW**

Date Received: ___ / ___ / ___    Is this determined to be of an emergency nature?

☐ Yes; expedite emergency grievance
☐ No, an emergency is not substantiated. Committed person should submit this grievance in the normal manner

_____
Chief Administrative Officer's Signature          Date

Distribution: Master File, Committed Person          DOC 0046 (Rev. 12/2001)

**Muurs**[Division of Enrollment and Nationalization] is:

> A passport **type** photograph with "white" back-drop, upper
> shoulder and head with "red" Fez.

This can be easily obtained by way of computer shall this institution take my

photo with my Fez on.

Moors are recognized by the Fez & Turban! To complete my Declaration on

the National level a photo with me wearing my Fez is required (see the attached

instruments front & back). For this institution to reject the wearing of my

sacred headgear on the photo in it's system,violates my religious first Amend-

ment rights as well as hinders/violates my right to a Nationality. According

to the United Nations Declaration on the Rights of Indigenous Peoples. Sub-

Commission on the Promotion and Protection of Human Rights Resolution 1994/45:

Part I, Article 5 Every indigenous individual has the right to a Nation-

ality.

Part VII, Article 32 indigenous individuals have the collective right to

determine their own citizenship in accordance with their customs and

traditions. Indigenous citizenship does not impair the right of indigenous

individuals to obtain citizenship of the States [Republics] in which

they live.

Part VIII, Article 37 States shall take effective and appropiate measures

in consultation with the indigenous peoples concerned, to give full

effect to the provisions of this Declaration. The rights herein shall be

adopted and included in national legislation in such manner that indi-

genous people can avail themselves of such rights in practice.

NOTICE TO AGENT IS NOTICE TO PRINCIPLE, NOTICE TO PRINCIPLE IS NOTICE TO AGENT

Exhibit D-2





The headgear worn in the photographs, the **Turban** and the **Fez**, are the official headdress of the Muurs of the Americas. They are the traditional headdress worn by holy men and women of Moorish descent. The white **Turban and Fez** are worn by Indigenous Peoples of the **Washitaw Nation of Muurs,** but were made red because of the blood lost during the **French and Indian Wars,** while defending the **Washitaw Crown** against European colonizers. The **Turban** or **Fez,** crimson in color, signifies the rank of **Sheikees** or **Sheik.** These headdresses are symbols of land aristocracy indicating allodial land ownership via the **Imperial Crown of Washitaw** [U.S. Land Grant No.: 923-1802/U.N. I.O.P. No.: 215/93].

The **Turban** and **Fez** are the most ancient and sacred of all headdress, signifying a gesture of respect to **Allah,** the Creator of the Universe. The sacred headdresses are worn by pious Muurs who acknowledge **Allah's** constant presence in life and death. They are the **"Righteous Ones"** [Hebrew: **Zaldikim**]. Worn by **Amurru** of ancient times, the **Turban and Fez** were extremely popular during the reign of **Moulay Idriss,** Sultan of the **Moorish Empire** [Spain and Northwest Africa]. The **Fez** had been so popular in the **Moroccan** city of **Fez,** that city became the **Capital City** of the **Moorish Empire** in 808 AD. The **Fez** is the warrior-scholar **Crown** of the **Amurru,** the Muurs of **Phoenicia** and **Carthage.**

El-Seti Anu Ali-El                    Page 1 of 2                    Ravanna Sanders Bey





Brother Ravanna Sanders Bey
Secretary General, Ambassador
Supreme Grand Sheik, Int'L
New Orleans, Louisiana

Brother Derrick Cabbil Bey
Michigan Grand Sheik/Imam
Michigan Jurisdiction
Carson City, Michigan

Brother El Seti Anu Ali El, liaison to the Empress
Attorney General and Counsel General-at-Large
Supreme Grand Mufti/Khan, International
New Orleans, Louisiana Republic, Washitaw





Brother Richard Dyer Bey
Michigan Grand Mufti/Khan
Michigan Jurisdiction
Muskegon Heights, Mich.







Brother Bakare Dwight Bey
Illinois Grand Sheik/Imam
Illinois Region Jurisdiction
Chicago, Illinois







Brother Claudis Adel M. El
Second Grand Sheik/Imam
Mid-West Region Jurisdiction
Chicago, Illinois

Brother Arno Sutton Bey
Probation Status
Acting Local Sheik
Marensco, Michigan







Brother Omar Sanders Bey
Illinois Grand Mufti/Khan
Illinois State Jurisdiction

Exhibit D-3

**Salvation**

# Moorish Science Temple of America
### PROPHET NOBLE DREW ALI


**Unity**

**ISLAM Amurru !**                                    **HOTEP Amu !**

The following Documents for "Your Self" as well as for "Others" are needed for

recording with the **Washitaw Nation of Muurs**, <u>Division of Enrollment and Nationalization</u>.

1.  "Passport" (type) photograph with "white" back-drop: Upper shoulder and head with "red" Fez (Only) [Sisters: "red" Turban (Only)].

2.  The actual document (Copy):
    Financial Statement —1 on file and returned (to you) with "number" affixed.
    Two-Page Document

3.  The actual document (Copy):
    *Illinois* Department of State "Secured Party" Letter received with "number" affixed.
    Two-Page Document

4.  The actual document (Copy):
    <u>EIN Letter</u> received with number affixed.

5.  **General Identification Information**
    **A. Home Location** (Address)
       Street Number
       City, State Republic
       [Via: u.s.A. postal zone 00000-0000]
    **C. Live Birth** (D.O.B. 00-month-year)
       State of Birth
       County of Birth
       **Height** 0' 0"
       **Weight** 000 lb

    **B. Name** [Washitaw Muur Name (Bey/El)]
       **Resident** (or Apt.) **Number 000000**
       **Mailing Location**
          Street Address/P.O. Box Number
          City, State Republic (Washitaw)
          [Via: u.s.A. postal zone 00000-0000]
    **D. SSN** [Copy of Document (front & rear)]
    **E. Passport Number** (Copy of Document)
       [Or, U.S. State Dept. Registration Number]
    **F. State, Drivers License or, ID Number**
    **G. State & original County Birth Certificates**

### Indigenous Washitaw Moorish American: U.S. 923/1802 & U.N. IPO 215/93
### U.S. NON-CITIZEN AMERICAN NATIONAL AND NON-RESIDENT ALIEN
### UNITED STATES LAWS AFFIRMING  RIGHT TO CITIZENSHIP AND NATIONALITY

15 Stat. 223-224 (1868), R.S. § 1999, 8 U.S.C. § 800 (1940); **United States v Cruikshank**, <u>92 U.S. 542</u> (1875). **American/U.S.A. National** 54 Stat. 1137, Section 101(a)(3)&(38), Section 101(a)(21)-(22). [PL 94-241; 90 Stat. 263, at Section 3; 100 Stat. 843, August 27, 1986]. **The Nationality Act of 1940**, 8 U.S.C. Section 1101(21): [U.S. Non-Citizen] 8 U.S.C. 1452(b)(1)(2) & 8 U.S.C. 1502(a), Section 1452(a)(b)&(c); PL 99-396, 16(c). 26 C.F.R. § 7701(11), 39 F.R.52 (March 14, 1974); 26 C.F.R. § 301.6109(a); 26 U.S.C. § 3402 (n) – 1, 26 C.F.R. § 31.3402(n)-1, 26 C.F.R. § 3402(f)(2)-1, 26 C.F.R. § 1. 1441-3. [Non-Resident Alien] [8 Stat. 200, Article III (1803)] Empire Washitaw de Dugdyahmoundyah

**Illinois Tax Exemption  E 9939–0647–01**          **Moorish Science Temple of America  EIN  56 – 2473981**
**IRS: Exception**                                  **In-Care-Of:  Washitaw Nation of Muurs**
                                                    **P.O. Box 0318, Chicago, Illinois [60621-0318]**

LOVE ——— TRUTH ——— PEACE ——— FREEDOM ——— JUSTICE

**EMPIRE WASHITAW de DUGDAHMOUNDYAH**
**Washitaw Empress, Verdiacee Tiari Washitaw-Tunica Goston El-Bey**

| Grievance Officer's Report |
|---|

Date Received: November 17, 2006 ___ Date of Review: November 17, 2006 ___ Grievance # (optional): 1444

Committed Person: Rusky Robinson _____ ID#: K82958

Nature of Grievance: Religion matter

Facts Reviewed: Grievant alleges he should be able to take a photo with a "fez" on to complete his enrollment to th Washitaw Nation of Muurs.

Counselor Response: IDOC Legal Counsel states that it is legals' opinion that IDOC does not have to take any photo nor have to facilitate arrangements for this inmate to obtain any photo of him in the fez for any passport or commercial filings. As an inmate with a life sentence, he has need for a passport since he is not legitimately able to travel. He has no approval to operate any business and, correspondingly no need for any N, employee identification number. Finally, since IDOC does not allow an inmate to act in an authority position, including as a teacher or a managing trustee of a religious organization, there is no need to facilitate his obtaining any documents for such purposes.

This Grievance Officer reviewed grievance and finds IDOC legal opinion has been given.

Recommendation: Grievance denied.

Tammy Garcia
_____
Print Grievance Officer's Name                          Grievance Officer's Signature
(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

Date Received: 11-28-06    ☑ I concur    ☐ I do not concur    ☐ Remand

Comments:

_____                          11-28-06
Chief Administrative Officer's Signature                    Date

| Committed Person's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Rusky Robinson -El  without Recourse via 1-1036     occ 1-207  K82958     12-12-06
_____
Committed Person's Signature                              ID#              Date

{ Placed in stateville institutional }
{ mail 12-12-06 to be mailed via }
{ U.S. post office. }

Distribution: Master File, Committed Person                 Page 1         DOC 0047 (Eff. 10/2001)

( Exhibit D-5)



**Rod R. Blagojevich**
Governor

**Illinois**
**Department of**
**Corrections**

**Roger E. Walker Jr.**
Director

1301 Concordia Court / P.O. Box 19277/ Springfield, IL 62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

March 14, 2007

Rickey Robinson
Register No. K82958
Stateville Correctional Center

Dear Mr. Robinson:

This is in response to your grievance received on December 18, 2006, regarding religion (requests a picture wearing religious attire), which was alleged to have occurred at Stateville Correctional Center. This office has determined the issue will be addressed without a formal hearing.

The Grievance officer's report and subsequent recommendation dated November 17, 2006 and approval by the Chief Administrative Officer on November 28, 2006 have been reviewed.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. It is, therefore, recommended the grievance be denied.

FOR THE BOARD: _____
Melody J. Ford
Administrative Review Board
Office of Inmate Issues

CONCURRED: _____
Roger E. Walker Jr.
Director

cc:   Warden Terry McCann, Stateville Correctional Center
      Rickey Robinson, Register No. K82958
      Chron. File

**OFFENDER'S GRIEVANCE**

Date: 27 oct 2006    Offender: (Please Print) Rickey Robinson-El    ID#: K82458

Present Facility: Stateville C.C.    Facility where grievance issue occurred: Stateville C.C.

NATURE OF GRIEVANCE:

☐ Personal Property        ☐ Mail Handling        ☐ Restoration of Good Time    ☐ Disability
☐ Staff Conduct            ☐ Dietary              ☐ Medical Treatment          ☐ HIPAA
☐ Transfer Denial by Facility  ☐ Transfer Denial by Transfer Coordinator      ☑ Other (specify): Ramadan Denial

☐ Disciplinary Report: _____ / _____ / _____
                        Date of Report          Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
Administrative Officer.

Brief Summary of Grievance: I brother Rickey Robinson-El is a Sheik (a certified

teacher) of the Moorish Science Temple (Reincarnate) (See atta-

ched certificate of Authority), and I grieve that as a Moorish

American Moslem(Muur), a practitioner of Islam I am being denied

to participate in Ramadan.

All christians, protestants and catholics are Not the same; and likewise,

all Jews and Moslems (Muslims) are Not alike. Ismaili Islam, the sacred way of

the Muurs, is Not the same as Sunni or Shiite Islam. The World view of one is

Not one and the same as the other. Sunni is Not Shiite, and Ismaili is Not

Sunni nor Shiite. Note the conflict [war] between Iraq and Iran [1979-1989].

Relief Requested: I request for monetary damages: Compensatory damages per inflicting

Employee/Subrogate, and punitive damages.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____    _____    _____ / _____ / _____
Offender's Signature         ID#            Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 10 / 30 / 06    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: When Chaplain Adamson responded to this grievance he did so by attaching the

other which was formulated 10 years ago. Please review.

_____
L. Dennis
Print Counselor's Name        Counselor's Signature        11 / 06 / 06
                                                         Date of Response

---

**EMERGENCY REVIEW**

Date Received: _____    Is this determined to be of an emergency nature?    ☐ Yes, expedite emergency grievance
                                                                                      ☐ No, an emergency is not substantiated.
                                                                                      Offender should submit this grievance
                                                                                      in the normal manner.

_____    _____ / _____ / _____
Chief Administrative Officer's Signature        Date

and the Civil War between Sunni and Shiite in Iraq today.

Therefore, if their are several groups of Muurs [as their maybe Arabs, Turks, Persians, or Afghani], it follows that one group may not practice the same form of Islam as the other. In fact this is the case. All Muurs do not practice the same form of Islam, Ismaili, also known as "Sevener's," is Moorish Islam.

The Muurs under the 1926 charter are representatives of the original Moorish Science Temple of America; for we are not a "Splinter Group" of Muurs as claimed by chaplainry members of Stateville Correctional Center via Illinois Department of Corrections. Chaplain Peterson (a Catholic) has openly made it clear to me that Muurs will not be able to participate in Ramadan. It is his belief due to his ignorance of the Moorish practices that Muurs do not Ramadan. And due to his belief and others alike of the chaplainry and admini-stration we the Muurs are not allowed to Ramadan per the orders of the Warden.

In order to gain the authority as a "sheik" to teach I had to put forth many years of study with adept Muurs on the outside. It is a fact that our Holy Prophet "Noble Drew Ali" brought us Ismaili Islam and set the stage for us to revise certain olden practices such as Ramadan. We are Moslems (muslims) and thus are bounded to honoring the faith of Mohammed. It is my right, and Muurs alike, to practice my/our religion as I/we understand it -- "Freedom of Religion, First Amendment Right."

Due to the denial of my first Amendment right, many of days during the period of ramadan I have suffered harshly. When we Ramadan we are not to eat until the sun goes down, many of these nights I had nothing to eat because my name was not allowed to be on the Ramadan list ( a list of those approved by the administration to get a meal when the sun goes down) because I am not recognized on file as either Al-Islam or Nation Of Islam. The little food I had obtained from the Commissary I split with other Muurs that share in my suffering, and because of this the food runs out in a day or two. I have suffered Injuries of migraine headaches, starvation, hunger, weight-loss, lack of nutrition, anxiety & depression due to this continuous persecution - "Discrimination of my religious/spiritual belief. Grievant seeks monetary damages!

_Aubrey Robinson - B!_   _without Because_
_sec 1-207_
_DCC 1-103.6_

( Exhibit E-3 )

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Jim Edgar**
Governor

**Odie Washington**
Director

Joliet Correctional Center / P.O. Box 515 / 1125 Collins St. / Joliet, Il. 60432 / Telephone: (815) 727-6141
TDD:(800) 526-0844

July 25, 1996

Ms. Angela Coumas
Assistant Attorney General
I.D.O.C. Unit
100 W. Randolph St., 13th Floor
Chicago, Il. 60601

Re: <u>Saunders - El v. Tsoulos</u>   96 C 915

The denial of inmate Saunders participation in Ramadan was based on
the instruction of the Moorish Science Temple of America religious
authority, Clifford Warner Bey. He had stated to me when the issue
arose concerning Ramadan participation that those subscribing to
the beliefs of MSTA do not participate in the fast. Inmate
Saunders was informed of this by C.W. Bey when he visited the
institution on 3 January 1996.

Attached to this statement is a notarized letter dated March 28,
1996 by Clifford Warner Bey stating that "we (MSTA) honor the Holy
Koran of Mecca and Prophet Mohammed but we do not teach or adhere
to the five pillars of Islam." Per the attached booklet entitled
"Islam - A Brief Guide" produced by Islamic Publications
International, the fourth pillar of Islam is fasting. This
publication states "It is obligatory for every adult Muslim to
observe a total fast from dawn to sunset throughout the month of
Ramadan." Since this is a pillar of Islam and MSTA followers "do
not adhere to the five pillars of Islam," MSTA followers would not
participate in the Ramadan fast.

It is a basic tenet of Islam that the fast of Ramadan is to be
observed by those who follow the teachings of the Prophet Mohammed
per the Holy Koran (Chp. 2 verse 183-187).

This writer was responding to inmate Saunders based on his
information and knowledge that Muslims do not accept non-Muslims
participating in Ramadan nor do MSTA subscribers follow the Ramadan
fast.

Inmate Saunders is not a documented, recognized religious authority
on either Islam or MSTA. The recognized authority concerning MSTA
is Clifford Warner Bey, both by the Department of Corrections and
by the MSTA.

James Tsoulos, Senior Chaplain

(Exhibit E-4)

[Grievant's Response]

**Date**
**Received:** 11 / 8 / 06

**Response:** As explained in this grievance, "all Muurs do Not practice the same form of Islam!" Clifford Warner Bey is indeed a recognized authority for the MSTA, just as Ravanna Sanders Bey is recognized authority for the (Reincarnate Moorish Science Temple). Though Clifford Warner Bey and his branch of Muurs do not recognize or adhere to the fourth pillar of Islam, many of us of other branches do! According to a judgment from the Illinois Supreme Court, one has the right to practice his religion as he/she understnds it, not as someone else say's it should be understood. This is why now today one is able to obtain a vegan diet without the approval of an outside clergy member and without being a Hebrew Israelite. The same shall stand for myself and others alike who do not get their authority from Clifford Warner Bey even if we must get this judgement from the supreme court or Northern District Court! **(Notice to Principle is Notice to Agent, Notice to Agent is Notice to Principle.)**

_Ricket Robinson-El_          _Ricky Robinson-El_          · _11/8/06_
**Print Grievant's Name**          **Grievant's Signature**          **Date of Response**

**NOTE:** Moorish Science Temple of America - Ismaili Islam, Reincarnate Temple of Chicago - Washitaw Nation of Muurs: Incorporated in the State of Illinois in 1926, this Temple is the oldest and original **Moorish Science Temple.** This Temple is the only Temple registered with the **United States** government [EIN: 56-2473981]: Interior, Commerce, Justice and State Departments. It is a **Religious Corporation** registered with the Secretary of State, State of Illinois [Tax Exemption No.: **E 9939-0647-1**, Illinois Department of Revenue]. The **Moorish Science Temple of America** is the "religious" component of the **Washitaw Nation of Muurs:** an **Indigenous Nation** first Acknowledged by **Spain** in 1797 and then by the **United States** in 1802 [U.S. Land Grant 923]. The Nation's religious status is protected under **Article III** of the **Louisiana Cession Treaty** [8 Stat.200(1803)]. **IRS: Exception** 17053-290-74400-4 [Certified Mail 7003 3110 0000 4219 7846] **Illinois Tax Exemption** E 9939-0647-01.

RESPONSE TO COMMITTED PERSON'S GRIEVANCE

| Grievance Officer's Report |
| --- |

Date Received: November 17, 2006          Date of Review: November 17, 2006          Grievance # (optional): 1445

Committed Person: Ricky Robinson          ID#: K82958

Nature of Grievance: Religion matter / ramadan refusal

Facts Reviewed: Grievant alleges he should be able to participate in Ramadan as his chapter of his religion choses to participate.

Counselor Response: Senior Chaplain Adamson responded to this grievance with a letter dated 7-25-1996.

This Grievance Officer reviewed grievance and finds Senior Chaplain Adamson did review this grievance and is an authority on religious matters. a summary of the letter states the religion in which grievant is enrolled does not observe Ramadan. This officer does not possess the authority to override the Senior Chaplains knowledge of religious matter.

Recommendation: Grievance denied.

Tammy Garcia
Print Grievance Officer's Name          Grievance Officer's Signature
(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
| --- |

Date Received: 11-28-06     ☒ I concur     ☐ I do not concur     ☐ Remand

Comments:

W. McCann
Chief Administrative Officer's Signature          11-28-06
Date

| Committed Person's Appeal To The Director |
| --- |

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Ricky Robinson - GI without Response Dec. 1-2007 11/05-6     K82958          12-12-06
Committed Person's Signature          ID#          Date

Placed in Stateville's institutional mail 12-12-06



*Exhibit E-6*

**Rod R. Blagojevich**
Governor

# Illinois
### Department of
# Corrections

**Roger E. Walker Jr.**
Director

1301 Concordia Court / P.O. Box 19277/ Springfield, IL 62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

March 14, 2007

Rickey Robinson
Register No. K82958
Stateville Correctional Center

Dear Mr. Robinson:

This is in response to your grievance received on December 18, 2006, regarding religion (requests to attend Ramadan, although it is not observed in his religious choice), which was alleged to have occurred at Stateville Correctional Center. This office has determined the issue will be addressed without a formal hearing.

The Grievance officer's report and subsequent recommendation dated November 17, 2006 and approval by the Chief Administrative Officer on November 28, 2006 have been reviewed.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. It is, therefore, recommended the grievance be denied.

FOR THE BOARD:  _____

Melody J. Ford
Administrative Review Board
Office of Inmate Issues

CONCURRED:  _____

Roger E. Walker Jr.
Director

cc:  Warden Terry McCann, Stateville Correctional Center
Rickey Robinson, Register No. K82958
Chron. File

# WARDEN'S BULLETIN NO. 2007-109

September 6, 2007

*Exhibit E-7*

TO:      ALL STAFF & OFFENDERS

RE:      **FAST OF RAMADAN**

Those who adhere to the tenets of Al-Islam (Muslim) will begin the observance of *RAMADAN*. *RAMADAN* is a time period during which Muslims throughout the world abstain from food and all liquids from dawn until sunset.

For 2007, *RAMADAN* will begin on Wednesday, September 12th, after sunset and conclude at sunset on Thursday, October 11th or Friday, October 12th, depending on the sighting of the moon. During this time period, morning meals must be provided to participants no later than 5:00 a.m. daily and partake of the dinner meal no earlier than sunset. All Muslims will eat in their cells as well as complete prayer in their cells after the morning meal.

Any inmate who has a religious designation of Al-Islam or Nation of Islam will be allowed to participate. No changes of religious designation to Al-Islam or Nation of Islam will be considered until the conclusion of *RAMADAN*.

No pork or pork by-products are to be served to inmates observing *RAMADAN*, per the dietary requirements of their faith. On Friday, October 12th or Saturday, October 13th, depending on the sighting of the moon, the EID feast will commence in the theater building beginning at 9:00 a.m.

Contact Chaplain Adamson at extension 5536 regarding any questions or issues that might arise during this time period.

Terry L. McCann, Warden
Stateville Correctional Center

TLM:ga

Bulletin
Staff & Offenders
STA/NRC/MSU
District 1



**Illinois Department of Revenue**

Office of Local Government Services
Sales Tax Exemption Section, 3-520
101 W. Jefferson Street
Springfield, Illinois 62702
217 782-8881



December 31, 2004

MOORISH SCIENCE TEMPLE OF AMERICA INC
REINCARNATE TMEPLE 1
USA PO BOX 21318
CHICAGO IL  60621-0318

We have received your recent letter; and based on the information you furnished, we believe

MOORISH SCIENCE TEMPLE OF AMERICA INC
of
CHICAGO, IL

is organized and operated exclusively for  religious  purposes.

Consequently, sales of any kind to this organization are exempt from the Retailers' Occupation Tax, the Service Occupation Tax (both state and local), the Use Tax, and the Service Service Use Tax in Illinois.

We have issued your organization the following tax exemption identification number: E9939-0647-01.  To claim the exemption, you must provide this number to your suppliers when purchasing tangible personal property for organizational use.  This exemption may not be used by individual members of the organization to make purchases for their individual use.

This exemption will expire on   January 1, 2010, unless you apply to the Illinois Department of Revenue for renewal at least three months prior to the expiration date.

Office of Local Government Services
Illinois Department of Revenue

STS-49 (R-2/98)
IL-492-3456
11-0000071

10105905

STATE OF ILLINOIS }
COOK COUNTY } SS. NO.
FILED FOR RECORD

1926 AUG 1　PM 2 52

AND RECORDED IN
BOOK　　　PAGE
RECORDER

BOOK 521
PAGE 579

CORPORATIONS.—Religious.—Affidavit of Organization.　　Form No. 608　　Printed and sold by the Chicago Legal Forms Co.

## State of Illinois, }

**County of** COOK }

*I,* NOBIE DREW ALLI,

*do solemnly swear that at a meeting of the members of the* MOORISH SCIENCE TEMPLE

OF AMERICA *held at* Chicago

*in the County of* COOK *and State of Illinois, on the* 20th

*day of* JULY *A. D. 19 26, for that purpose, the following persons were*

~~elected~~ appointed *President* SHEIKS

*according to the rules and usages of such*

MOORISH SCIENCE TEMPLE OF AMERICA

NOBLE DREW ALLI, HEALY EL, HALL BEY, LOVETT BEY, AND FOREMAN BEY.

The Moorish Science Temple of America deriving its power and authority

from the Great Koran of Mohammed to propagate the faith and extend the

learning and truth of the Great Prophet of Alli in America. To anoint

appoint and consecrate missionaries of the prophet and to establish the

faith of Mohammed in America.

*And said* MOORISH SCIENCE TEMPLE OF AMERICA *adopted as its*

*corporate name, the following* MOORISH SCIENCE TEMPLE OF AMERICA

*And At said meeting, this affiant acted as* Presiding officer

Drew Ali

*Subscribed and Sworn to Before me,* }
*this* 20th *day of* }
*A. D. 19 26* }

Roberta M. Connell
Notary Public

Hurd's Rev. Stat., Chap. 32, § 56.　　*Or appointed.　　† Or Wardens, vestrymen, or whatever name they may adopt.

Exhibit F-2

Exhibit F-3



Certificate Number 1958

# STATE OF ILLINOIS
## OFFICE OF SECRETARY OF STATE

# To all to whom these Presents Shall Come, Greeting:

**Whereas,** a CERTIFICATE, duly signed and acknowledged, has been filed in the Office of the Secretary of State, on the 29th day of November A.D. 19__ for the organization of the

### MOORISH TEMPLE OF SCIENCE

under, and in accordance with the provisions of "AN ACT CONCERNING CORPORATIONS" approved April 18, 1872, and in force July 1, 1872, and all acts amendatory thereof, a copy of which certificate is hereto attached;

**Now Therefore,** I, Louis L. Emmerson, Secretary of State of the State of Illinois, by virtue of the powers and duties vested in me by law, do hereby certify that the said

### MOORISH TEMPLE OF SCIENCE

is a legally organized Corporation under the laws of this State.

**In Testimony Whereof,** I hereto set my hand and cause to be affixed the Great Seal of the State of Illinois, at the City of Springfield, this 29th day of November A.D. 19__ and of the Independence of the United States the one hundred and 51st.

Louis L. Emmerson

SECRETARY OF STATE

Exhibit F-4

# EMPIRE WASHITAW de DUGDAMOUNDYAH

in re: "OUR AUTHORITY": PAGE 579*State of Illinois, Cook County
ss No. 10105905

Filed for Record

CORPORATION --- Religious --- Affidavit of Organization
Form No. 1099
STATE OF ILLINOIS
County of COOK

ss
1928 AUG. 1 PM 252
AND RECORDED IN
BOOK                    PAGE
I, NOBLE DREW ALI,.........................Recorder
Salomes Jasconowskic

MOORISH SCIENCE TEMPLE OF AMERICA.....................held

at.......Chicago.......in the County of COOK.......

and State of Illinois, on the.......20th.......day of

.......July.......A.D. 1928, for that purpose, the fol-

lowing persons were appointed.......SHIEKS......................

.....................according to the rules and usages of such

### MOORISH SCIENCE TEMPLE OF AMERICA
do solemnly swear that at the meeting of the members of the NOBLE
DREW ALI, MEALY EL, SMALL BEY, LOVETT BEY AND FOREMAN BEY.   The
Moorish  Science  Temple  of  America  deriving  its  power  and
authority from the Great Koran of Mohammed to propogate the faith
and extend the learning and truth of the Great Prophet of ALI in
America.   To appoint and consecrate missionaries of the prophet
and to establish the faith of Mohammed in America.

And said MOORISH SCIENCE TEMPLE OF AMERICA adopted as its
corporate name, the following MOORISH SCIENCE TEMPLE OF AMERICA..

And at said meeting, this affiant acted as Presiding officer
Subscribed and Sworn to Before me.

...............20th..............................day of

..........July....................A.D. 1928.......

Drew Ali.........................
Roberta W. Counull
Notary Public

c/o P.O. Box 21318, Chicago, Washitaw Province, Via: u.s.A. postal zone 60621-0318
*    EMPERIAL HEADQUARTERS,WASHITAW PROPER    *

STATE OF ILLINOIS,

County of ....Cook.... ss.

I hereby certify that at a ....Special.... meeting of the members of the

....Moorish Temple of Science.... Chicago, Illinois

held on ....the 2nd.... day of ....May.... A.D. 1928, at ....8.... o'clock ....P.M., pursuant to the rules of said corporation, the following resolution was adopted, in accordance with the By-laws of said corporation:

....................................................

....on the 2nd. day of May 1928, for the purpose of changing the

name of the said corporation, hereby make application to the

Secretary of State of Illinois, to change the name of the Moorish

Temple of Science to The Moorish Science Temple of America.

Whitehead Bey

SECRETARY.

STATE OF ILLINOIS,

....of ....Cook.... ss.

....Drew Ali.... being duly sworn declares on oath that I am

President of the corporation mentioned in the foregoing certificate, and that the statements herein contained are in substance and in fact.

In Witness whereof, I have hereunto set my hand and caused the seal of said Corporation to be affixed, this............

day of............ A.D. 192....

Drew Ali

PRESIDENT.

(Corporate Seal Here)

....cribed and sworn to before me this ....19.... day of ....may....

Claude D. Greene

PROPHET NOBLE DREW ALI.
FOUNDER OF, MOORISH SCIENCE
TEMPLE OF AMERICA 1925
R.D.JONES
photo

Exhibit F-5



# Jamal al-Din al-Afghani

Exhibit F-6 ¾ A-2

| | | | |
|---|---|---|---|
| Timothy Turner-Drew Ali | [January 8th 1886-1929 July 20th] | Noble Drew Ali | Prophet and Founder |
| John Givens El | [December 6th 1884-1935 October 21st] | Noble Drew Ali | Reincarnate Prophet |
| Ira Johnson El | [June 18th 1879-1949 December 5th] | Brother Nazarene | Reincarnate Temple |
| Sister Eva Ali El | [April 11th 1912-2005 October 12th] | Queen Mother Eva | Reincarnate Temple |
| Prince Mohammed Ali El | [born March 13th 1941] | Son and Heir | Reincarnate Temple |

## MOORISH SCIENCE TEMPLE OF AMERICA
### REINCARNATE TEMPLE OF CHICAGO



1. **T. Compton Bey** — Teacher 1929–1934
   [died 1934]
2. **Brother Rease El** — Teacher 1934–1949
   [died 1955]
3. **Guy Montgomery El** — Teacher 1949–1958
   [b. 1889–1971 d.]
4. **Samuel Niece Bey** — Teacher 1958–1964
   [died 1964]
5. **William Woods El** — Teacher 1964–1972
   [b. 1910–1979 d.]
6. **Clinton Watson El** — Teacher 1972–1983
   [b. 1910–1983 d.]
7. **Prince David Ali El** — Teacher 1983–1996
   [b. 1942–1996 d.]
8. **Mohammed Ali El** — Teacher 1996–1999
   [b. 1932–1999 d.]



**Ravanna Sanders Bey**





"Prophet Noble Drew Ali Reincarnated" Founder of the Moors

Thursday, July 05, 2007

9-A  Sister Marylyn McClinton El  Teacher 1999–
    [b. November 17, 1958]
9-B  Sister Starlet Watson El  Teacher Chicago
    [b. 1957-0000 d.]
9-C  Brother Currie Watson El  Teacher Chicago
    [b. 1971-0000 d.]
9-D  Bro. Adel McClinton El  Teacher Chicago
9-E  Brother Emanuel El  Teacher Chicago
9-F  Bro. Jason Keith Taylor El  Teacher Statesville
9-G  Bro. Aaron Pinkston El-Bey  Teacher Lawrence
9-H  Bro. Rickey Roberson–El  Teacher Statesville
10-A  Sister Ozina McClinton El  Teacher Chicago
10-B  Bro. Carman McClinton El  Teacher Chicago
—  Derrick Cabbil–Bey, Michigan Grand Sheik/Imam
—  Bakare McFarland-Bey, Illinois Grand Sheik/Imam

10-H  Johnny H. Alexander  Teacher, Chippew
    Kincheloe,  Michigan Republic [49784]
10-G  Alfred Earl Owens–El  Teacher, Straits
    Kincheloe,  Michigan Republic [49785]
10-F  Kenneth Hardin–El  Teacher, Deerfield
    Ionia, Michigan Republic [48846]
10-E  Richard Dyer–Bey  Teacher, Grand Mufti/Khan
    Standish,  Michigan Republic [48658]
10-D  Derrick Cabbil–Bey  Teacher, Grand Sheik / Imam
    Manistee, Michigan Republic [49660–9200]
10-C  Brother Joseph Garrett Bey, Chicago Teacher
—  Adel McClinton El  2nd Grand Sheik / Imam
—  El Seti Anu Ali El  Supreme Grand Khan/Amir
—  Omar S. Sanders Bey  Illinois Grand Mufti/Khan
—  Richard Dyer–Bey  Michigan Grand Mufti/Khan
—  Ravanna M. S. Bey  Supreme Grand Sheik/Imam

# EMPIRE MAURETANIA AL MAGHRIB

## BIOGRAPHY

## ISMAILI ISLAM

**Nasr, Seyyed Hossen**
"Theology, Philosophy, and Spirituality." **Chapter 22.** In: Islamic Spirituality .
New York: Crossroad Publishing Company, **1991: Pp 395–446**

**Farhad Daftary,** Editor
Ismaili in Medieval Muslim Societies: A Historical Introduction to an Islamic Community .
[**Ismaili Heritage Series, Vol. 12**] Holtzbrinck Publishers,
London: I. B. Tauris and Company, **2006.**

**Yoginder Sikand**
"Shi ism . . . Indian Ismailis." In: Muslim World . Vol. 93, Issue 1, 2003, Pp 99–115.

**W. Ivanow**
"**A Forgotten Sect of the Ismailis.**" In: Journal of the Royal Asiatic Society [JRAS], **1937.**
Ismaili Tradition Concerning the Rise of the Fatimids. London: **1942.**
Brief Survey of the Evolution of Ismailism. Leiden: E. J. Brill. **1952.**
Studies in early Persian Ismailism. 2nd Ed. Bombay. **1953.**
The Alleged Founder of Ismailism. 2nd Ed. Bombay. **1957.**

**Bernard Lewis**
"An Ismaili Interpretation of the Fall of Adam." In: Bulletin of the School of Oriental
Studies [of London]. Vol. 9, Issue 3, 1938: Pp 691–704.
The Origins of Ismailism: A Study of the Historical Background of the Fatimid Caliphate.
Cambridge, Mass.: Harvard University Press. [Reprint of the 1940 Edition], **1975.**

**A. J. Wensinck**          **Walker, Paul E.** Early Philosophical Shiism: Yhe Ismaili Neoplatonism
The Muslim Creed .        **1993**        of Abu Ya'qub al-Sijistani. Cambridge University Press.

**Aurhor "Un-Named"**
"The Divine Kingship of the Aga Khan: A Study of Theocracy in East Africa" [Ismaili Islam]
In: Southwestern Journal of Anthropology. **Vol. 14 (Winter 1958) Issue 4, Pp 454–472.**

**David Hollenberg**
"An Early Ismaili Torah Interpretation . . . Fatimid Mission." In: Religion. **Vol. 33 (April 2003) Issue 2, Pp 127–145.**

**Robert J. Bocock**
"The Ismailis in Tanzania: A Weberian Analysis." In: The British Journal of Sociology.
**Vol. 22 (December 1971) Issue 4. Pp 365–380.**

**Nasr, Seyyed Hossein**
Ismaili Contributions to Islamic Culture. Tehran: **1977.**

**Stern, S. M.**                **Nasr, Seyyed Hossein**   "Kalam" **Pp 231.**   In:
Studies in Early Ismailis. Jerusalem:   **1987**  Encyclopedia of Religion. **Vol. 8.**

Exhibit F-7

# THE HOLY KORAN
## of the
# MOORISH SCIENCE TEMPLE
## OF AMERICA



## Divinely Prepared By The Noble Prophet

# DREW ALI

By the guiding of his Father God, Allah, the great God of
the Universe. To redeem man from his sinful and fallen
stage of humanity, back to the highest plane of life with his
Father God, Allah.

# THE BIOGRAPHY
## OF
# NOBLE DREW ALI
### *The Exhuming Of A Nation*

## SEVEN SEALS PUBLICATIONS
# P.O. BOX 18430
## MEMPHIS, TN 38181-0430
### www.sevensealspublications.com



**Thru Dr. Elihu N. Pleasant-Bey, Swift Angel #1**
**© Seven Seals Publications**

*(2004, Second Edition One-Book Format)*



Exhibit F-8

# CENTER OF WISDOM PRESENTS

*JOSE V. PIMIENTA-BEY, PH.D. AUTHOR OF*
*OTHELLOS CHILCREN IN THE NEW WORLD*
*(Moorish History & Identity in the African American Experience)*

LECTURE AND WORKSHOP

TOPIC: MOORISH SCIENCE

*Understanding the Basic Purpose of Noble Drew Ali's Religio-Political Movement*

Where:
　　Illinois Institute of Technology
　　10 West 35th Street (35th State)
　　6th Floor, Room 6C7
　　Chicago, Illinois
When: Sunday—February 11, 2007　Time: 2:00 – 6:00 PM

Donation: $20.00

Any Questions?
Call: (708) 651-1999


(Exhibit G-11)



# WASHITAW NATION OF MUURS
## MOORISH SCIENCE TEMPLE OF AMERICA


Unity

The Marquis de Maison Rouge, The Baron
de Bastrop, and Colonel Abraham Morhouse——
Three Ouachita Valley Soldiers of Fortune.

The Maison Rouge and Bastrop
Spanish Land "Grants."

### Moorish Science Temple of America
PROPHET NOBLE DREW ALI, FOUNDER



**Noble Drew Ali and the Moorish Gospel** Noble Drew Ali (1886–1929) presented himself as a prophet, or "an Angel of Allah," sent to bring "the everlasting Gospel of ALLAH. Born Timothy Drew in North Carolina, he migrated to Newark, New Jersey, to work as an expressman. According to legend, he made a pilgrimage to North Africa where he studied with Egyptian Islamic scholars and received permission from the King of Morocco to teach Islam in the African American community. Other legends claim that his father was a Moroccan and his mother a Cherokee, who both were initiated into the Modernist Islamist Salafi movement of the famous Jamal al-Afghani during his later visits to the United States in the early 1880s. In 1913, Ali resumed a Moorish identity and established the first Adept Chamber of the Moorish Science Temple of America in Newark. Following the slow but steady growth of his following, new temples were founded in Pittsburgh, Detroit, and some sites in the South before 1925, when Noble Drew Ali moved to Chicago and established a headquarters and what later became the largest Moorish chapter.

The Moorish Science Temple combined the legacy of Marcus Garvey with the notion of Islam as the old-time religion of the black man. Its spokespersons rejected all terms previously used for the African nation in America. In act 6 of the *Divine Constitution*, the Prophet instructs his followers that "they are not Negroes, Colored Folks, Black People or Ethiopians, because these names were given to slaves by slave holders. They should now openly declare their true identity as "Moorish Americans," "descendants of the ancient Moabites," later known as Morrocans. The Moabites were part of the divine "Asiatic nation," the original inhabitants of the earth and progenitors of all nonwhite nations.

The physical part of man was created in the Garden of Eden in the Holy City of Mecca in the land of Canaan. Seeking new land, the Moabites migrated into Africa and received permission from Pharaoh to settle in the northwest, where they founded the great Moroccan empire. Before long the Moorish civilization flourished. Prior to the giant earthquake that created the Atlantic Ocean, the dominion of the Moroccan Empire included all of Africa and extended across Atlantis into present-day

**NOBLE DREW ALI**

# WE ARE THE WASHITAW

**Empire Wahsitaw de Dugahmoundyah**



The Great Moorish
Topica-Washitaw Empress

Verdiacee "Tiari" Washitaw-Turner Goston El-Bey

Exhibit G-2

# WASHITAW NATION OF MUURS
## MOORISH SCIENCE TEMPLE OF AMERICA



VERLIADEE HAMPTON GOSTON, self proclaimed Empress of the Washitaw de Dugdamoundya, said Thursday that she planned to turn them (the government) in to court on photo at too right. Goston displays a genealogy chart which she said certified her as the real leader of the

# THE MOORISH SCIENCE TEMPLE OF AMERICA
## HOME OFFICE OF NOBLE DREW ALI

# ☪ Empire
# Washitaw de Dugdahmoundyah

### PROCLAMATION
It is now herein and hereby proclaimed that:

UCU111/07/02:01:1471:
20.00 CK01
SOSIL 10:58   6079878 PS

H.R. #260, currently under consideration by the 105th congress, cited as the "Guadalupe-Hidalgo Treaty Land Claims Act of January 7, 1997, is disclaimed by the indigenous people of the Washitaw de Dugdahmoundyah because it is Washitaw land and not land belonging to the United States, the united states, or the United States of America and it is foreign land to the proposed bill H.R. # 260 of the 105th congress of the maker. It is owned and claimed by the Washitaw de Dugdahmoundyah since the beginning of time and reclaimed as per the government of Spain claimed and released to the Ancient Ones according to the legal demarcation lines.

The following hereby attached and herein now disallowed and disclaimed; therefore this proposed bill H.R. #260 of the 105th congress is null and void in the Washitaw de Dugdahmoundyah land west of the demarcation line.



THE ADAMS-ONIS
TRANSCONTINENTAL LINE

Scale of Miles
0    100   200   300   400

Exhibit G-3

## Prophet Noble Drew Ali
## (Reincarnated)
### (Dec. 6, 1904 - Oct. 21, 1945)



Prophet Noble Drew Ali, Reincarnated was born December 6, 1904 in Sumter, South Carolina to John and Sally Givens. At the age of 20 years, he moved to Chicago, Illinois and became an auto mechanic where he united into the Moorish Holy Temple of Science and became a member of the Adept Chambers.

On August 7, 1929, the spirit of the Founder, Prophet Noble Drew Ali, reincarnated in the form of John Givens El to be later known as Prophet Noble Drew Ali, Reincarnated. On September 19, 1929, Prophet Noble Drew Ali, Reincarnated made this truth known at Pythians Hall.

Prophet Noble Drew Ali, Reincarnated taught from his residence at 447 E. 40th Street until October 21, 1945 at which time he passed out of his form.

Many visitors came from the Temples to visit and be counseled by him, as well as to seek advice on every aspect of life.



Exhibit G-4 & A-17



"Prophet Noble Drew
Ali Reincarnated-
Founder of the Moorish
Science Temple of
America Aug. 1934

Exhibit G-5 ⅟₂ A-15



## Prophet Noble Drew Ali (Reincarnated)
### (Dec. 6, 1904 - Oct. 21, 1945)

Prophet Noble Drew Ali, Reincarnated was born December 6, 1904 in Sumter, South Carolina to John and Sally Givens. At the age of 20 years, he moved to Chicago, Illinois and became an auto mechanic where he united into the Moorish Holy Temple of Science and became a member of the Adept Chambers.

On August 7, 1929, the spirit of the Founder, Prophet Noble Drew Ali, reincarnated in the form of John Givens El to be later known as Prophet Noble Drew Ali, Reincarnated. On September 19, 1929, Prophet Noble Drew Ali, Reincarnated made this truth known at Pythians Hall.

Prophet Noble Drew Ali, Reincarnated taught from his residence at 447 E. 40th Street until October 21, 1945 at which time he passed out of his form.

Many visitors came from the Temples to visit and be counseled by him, as well as to seek advice on every aspect of life.



# The Moorish Science Temple Of America
## Reincarnate Temple Of Chicago
## Washitaw Nation Of Muurs



1. January 8th, 1886. Holiday of Prophet Noble Drew Ali, (1886-1929). Founder of the Canaanite Temple and later The Moorish Science Temple of America 1913 A.D. Newark, N.J.

2. January 14th, 1932. Holiday. Birthday of Brother Mohammed Ali El, (1932-1999), Moorish Spiritual Leader.

3. March 13th, 1941. Holiday. Birthday of Brother Prince Ali Mohammed El, (1941- ).

4. April 11th, 1912. Holiday. Birthday of Sister Eva Ali El, **Queen Mother** (1911-2005).

5. May 4th, 1927. Holiday. Birthday, **Empress Verdiacee "Tiari" Washitaw-Tunica Goston El-Bey.**

6. May 14th, 1925. Holy Feast Day. Brother Prophet Noble Drew Ali Reincarnated arrived in Chicago, Illinois.

7. June 7th, 570-632 A.D. Observance Day. Birthday of Prophet Mohammed 1st. Arabian Prophet Founder of the uniting of Islam in Arabia.

8. June 17th, 1928. Observance Day. Prophet Noble Drew Ali led the parade in Chicago, Ill. marking the Moorish Calendar.

9. June 18th, 1880. Holiday. Birthday of Brother Ira Johnson Bey **(Allah-El)**, (1879-1949). The Nazarene.

10. June 20, 1797. Holiday. **The Crown of Washitaw.** U.S. Land Grant No. 923; Plan No. 1518; Register No. 3, April 12, 1802.

11. July 20th, 1929. Observance Day. Prophet Noble Drew Ali passed in Chicago, Illinois.

12. August 7th, 1929. Greatest Holiday of them all. Prophet Noble Drew Ali reincarnated back into one of his disciples. Brother Prophet Noble Drew Ali Reincarnated.

13. August 17th, 1929. Observance Day. Birthday of Marcus Garvey, (1887-1940). Forerunner of Prophet Noble Drew Ali, the Founder of the Moorish Science Temple of America.

14. September 19th, 1929. Holiday. Prophet Noble Drew Ali publicly announced his reincarnation at Pythians Hall, 3737 State Street, Chicago, Illinois. **"I am back,"** said the Reincarnated Prophet.

15. October 7th, 1942. Holiday. Birthday of brother Prince Davis Ali El (1942-1996). Little Brother.

16. October 14th, 2005. Observance Day. Sister Eva Ali El, passed in Chicago, Illinois.

17. October 21, 1945. Observance Day. Brother Prophet Noble Drew Ali Reincarnated pulled the old ancient Canaanite trick again. Steeped out of the form at 447 East 40th St., Chicago, Illinois.

18. December 5th, 1949. Observance Day. Brother Allah-El **(The Nazarene)** passed in Menard, Ill. He also pulled the old ancient Canaanite trick.

19. December 6th, 1904. Holiday. Birthday of Brother Prophet Noble Drew Ali Reincarnated (1904-1945).

20. December 19th, 1925. Observance Day. The Star and Crescent appeared in the heavens. Allah's sign to man that His Noble and Divine Prophet Drew Ali was in North America teaching **ISLAM. "Islam hangs low in the western sky."**

Revised By: Sheik Richard Dear Bey 2006 Michigan          Created By: Master/Supreme. Grand Sheik. Brother Claudis Watson El [1939-1982] 1975© Chicago

Exhibit  G-6  ⅔  A-5





In Celebration of the Life

Queen Mother Sister Eva Ali El

Principles: Love, Truth, Peace, Freedom and Justice
God · Allah
Religion–Islam
Faith–Mohammedan
Nationality–Moorish American
Holy Day–Friday





**[ b. 1912 – 2005 d.]**

## Death Is No Enemy To Humanity

The calls of death are always for the best,
For we are solving problems there as well as here;
And one is sure to find herself where she can
Solve her problems best. There is a holy ministry in death.

It is marked by a moment of transition,
From that of temporality to that of immortality.
When the earthly task of the Spirit is done,
There remains still another to be done:
The task of the Spirit on the plane of Soul.
Yes ! We loved her; but Allah loved her best.

The Family of **Sister Elnora Garrett Bey** (b.1904–1972 d.):  We are most grateful to have lived in the presence of our **Great Queen Mother Sister Eva Ali El** (b.1912–2005 d.):    The Wife of Our **Reincarnate Prophet, John Givens Ali El, Noble Drew Ali II.**   We sincerely thank you **Sister Eva Ali El** and offer our deep gratitude for your love and demonstration of strength;  and We shall continue, as a nation of **Muurs**, to be just as strong as you; and we will practice the love ... you have shown the **Muurs**.    May our Father God, Allah, bless us all. (Amen)

**Moorish Science Temple Of America, Inc.**
**Reincarnate Temple Of Chicago**
C/o P.O. Box 21318, Chicago, Illinois Republic [60621 – 0318]

*SECOND ANNUAL*

# NATIONAL CONVENTION

## OF THE

# Moorish Science Temple

# of America

## September 15 to 20, 1929



*— Held in the —*

## PYTHIAN TEMPLE

**3737 So. State Street**

**CHICAGO, ILL.**

Exhibit G-7

SUNDAY, SEPTEMBER 15, 1929

8:00 P. M.

Formal opening of the Convention by
BROTHER T. THOMPSON - El
Grand Governor of Philadelphia, Pa.

Roll Call of Delegates

Address .......... Brother T. Thompson - El

Song

Presentation of Permanent Chairman

Brother E. Mealy - El .......... Supreme Grand Sheik

Introduction of Grand Governors and
Supreme Grand Business Manager

Announcement of the Convention Program

Brother E. Mealy - El

Call for New Members

Adjournment

MONDAY NIGHT, SEPTEMBER 16, 1929

8:00 P. M.

Opening of the Convention by

Brother E. Mealy - El .......... Supreme Grand Sheik

Presentation of Credentials by Delegates

Address .......... Brother W. Smith - Bey
Grand Governor, Detroit, Michigan

Song

Address .......... Brother Kirkman - Bey
Supreme Grand Adviser, Temple No. 1
Chicago, Illinois

Song

Adjournment

TUESDAY, SEPTEMBER 17, 1929

8:00 P. M.

Opening of the Convention by

Brother E. Mealy - El .......... Supreme Grand Sheik

Report of Grand Governors and Report of Supreme
Grand Business Manager

Address .......... Brother Pollard - Bey
Grand Governor, Newark, N. J.

Song

Adjournment

WEDNESDAY, SEPTEMBER 18, 1929

8:00 P. M.

Opening of the Convention

Brother E. Mealy - El .......... Supreme Grand Sheik

Song

Address .......... Brother T. Crunby - Bey
Grand Governor, Pittsburgh, Pa.

Song

Address .......... Brother Aaron Payne - El
Supreme Grand Business Manager

Adjournment

THURSDAY, SEPTEMBER 19, 1929

1:00 P. M., PICTURES OF CONVENTION
, In front of Pythian Temple

8:00 P. M.

OPEN FORUM

Brother E. Mealy - El .......... Chairman

Statement .......... Brother Middleton - El
Lt. of Police, Chicago, Ill.

Song

Address .......... Dr. George Cleveland Hall

Song

Adjournment

FRIDAY, SEPTEMBER 20, 1929

8:00 P. M.

Final Meeting of Convention

Reading of General Laws and General Instructions given

10:00 P. M.

MOORISH GRAND BALL

(Admission only by tickets)



Exhibit  G-8

## PROOF/CERTIFICATE OF SERVICE

To: Lisa Madigan
    Illinois Attorney General
    Office of the Attorney General
    500 South Second Street
    Springfield, Illinois [62706-0000]


PLEASE TAKE NOTICE that on February 7, 2008, I Rickey Robinson-El
have placed the documents listed below in the institutional mail
at Stateville Correctional Center, properly addressed to the
party listed above for mailing through the United States Postal
Service. Documents herein attached:

       1. Motion To Proceed Second Amended Complaint - 4 Pages
       2. Exhibits A thru G: Exhibit A - 38 Pages
                             Exhibit B - 11 Pages
                             Exhibit C -  9 Pages
                             Exhibit D -  7 Pages
                             Exhibit E -  8 Pages
                             Exhibit F -  8 Pages
                             Exhibit G -  8 Pages


Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I
Rickey Robinson-El declare, under penalty of perjury, that I am
the named party serving the **Motion/Documents** above, and that the
information contained therein is true and correct to the best of
my knowledge.

Date: February 7, 2008.       /s/ *Rickey Robinson-El*
                                 NAME: *Rickey Robinson-El*
                                 IDOC#: *K-82958*
                                 STATEVILLE CORRECTIONAL CENTER
                                 RT.53, P.O. BOX 112
                                 Joliet, Illinois [60434-0112]