# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | VIRGINIA M. KENDALL | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6412 | **DATE** | February 15, 2008 |
| **CASE TITLE** | Rickey Robinson-EL (K-82958) v. State of Illinois, et al. | | |

**DOCKET ENTRY TEXT:**

The Court construes Plaintiff's letter [11], received 2/4/08, as a motion for extension of time to submit an amended complaint. The Court grants the motion, and gives Plaintiff until 3/13/08 to submit his amended complaint. Plaintiff is directed NOT to send any further motions or letters directly to the judge. All future papers concerning this action must be filed with the Clerk of Court in care of the Prisoner Correspondent. The Clerk is directed to send Plaintiff a copy of Instructions for Submitting Documents, a copy of the amended civil rights complaint form, and instructions for filing.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CLH |
|---|---|---|