# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | VIRGINIA M. KENDALL | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6412 | **DATE** | February 29, 2008 |
| **CASE TITLE** | Rickey Robinson-EL (K-82958) v. State of Illinois, et al. | | |

**DOCKET ENTRY TEXT:**

The Court denies Plaintiff's motion to file second amended complaint [12] because Plaintiff did not use the forms required under Local Rule 81.1 of this Court and did not follow the instructions the Court gave in its order of 1/4/08. In its order of 2/15/08, the Court directed the Clerk to send the proper forms to Plaintiff and gave Plaintiff until 3/13/08 to submit an amended complaint. The date of 3/13/08 for Plaintiff to submit a third amended complaint to stand.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CLH |
|---|---|---|