07 C 6412

PROOF/CERTIFICATE OF SERVICE

**FILED**

To: Clerk's Office
U.S. District Court
Prisoner Correspondence
219 South Dearborn Street
Chicago, Illinois [60604]

APR - 4 2008
Apr 4, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Originally I Rickey Robinson-El filed this Amended Complaint on March 10, 2008 with 2 copies and sent a additional copy to the lawyer (Lisa Madigan) representing all 9 defendants. This Clerk's office responded that I did not file a sufficient amount of copies as I were to file a copy for each defendant with the Original and 2 copies not including the copy required to be served to Lisa Madigan (Illinois Attorney General).

PLEASE TAKE NOTICE that on this day of March 31, 2008, I Rickey Robinson-El, in compliance with this clerk's office request, have placed the 9 copies for each defendant in the institutional mail at Stateville Correctional Center, properly addressed to the Office listed above for mailing through the United States Postal Service. That is, 9 copies total enclosed in 5 manilla envelopes.

Pursuant to 28 U.S.C 1746, 18 U.S.C. 1621 or 735 ILCS 5/1-109, I Rickey Robinson-El declare, under penalty of perjury, that I am the named party mailing the copies of AMENDED COMPLAINT No. 07 C 6412 as specified above.
Date: March 31, 2008.

/s/ Rickey Robinson-El
Name: Rickey Robinson-El
IDOC No: K-82958
STATEVILLE CORRECTIONAL CENTER
P.O. Box 112
Joliet, Illinois (60434-0112)