

07 CV 6412

Rickey Robinson-El
#k82958
c/o: P.O. Box 112
Joliet, Illinois [60434]

FILED
APR - 7 2008
Apr 7, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

2 April 2008

Clerk Of The United States
District Court
Prisoner Correspondence
219 South Dearborn Street
Chicago, Illinois [60604]

Clerk's Office,
   I filed my second Amended Complaint March 10th, this office responded March 25,2008 that I filed the original and two service copies and that I needed to file 9 copies for each defendant, if it were my request to have the certified copy desk to photocopy the needed copies I would have to pay the cost of $336.00.
   I could not afford the cost so I was able to get the 9 copies with help of the institution and mailed them to this office March 31, 2008.
   On this day April 2,2008 I have discovered that there is copy errors to (3) three exhibits; "B-1, D-1 & E-1." I have the (9) nine copies for each (3) three exhibits and an extra (2) two copies for the two service copies that was filed with the original March 10,2008. It is my request to know how do I procede with correcting those errors i.e., do I send the above
      error free exhibit's to this office? Please Respond!
                                Sincerely,
                                Rickey Robinson-El

07 CV 6412