# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | VIRGINIA M. KENDALL | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6412 | **DATE** | April 14, 2008 |
| **CASE TITLE** | Rickey Robinson-EL (K-82958) v. State of Illinois, et al. | | |

**DOCKET ENTRY TEXT:**

The Court construes Plaintiff's letter [17] as a motion to amend complaint and holds it in abeyance. The Clerk is directed to return to Plaintiff his third amended complaint [15], the judge's copy, and all service copies. Plaintiff is given 30 days from the date of this order to submit his fourth amended complaint.

■ [For further details see text below.]　　　　　　　　　　　　　　　　　　　　　　　　Docketing to mail notices.

## STATEMENT

　　　Plaintiff submitted his third amended complaint and nine copies on March 13, 2008. On April 7, 2008, Plaintiff wrote the Clerk stating that he had discovered some copy errors to several of the exhibits. He wanted to know if he should send these error-free exhibits to the Clerk's office. Neither the Court nor the Clerk have the resources to take apart Plaintiff's complaint and the copies and insert the correct exhibits. Moreover, Plaintiff knows which exhibits should go where and which ones should be removed. The Court therefore directs the Clerk to return Plaintiff's third amended complaint and all the copies. Plaintiff should put the complaint and the copies together in the proper order and return them to the Clerk of the Court within 30 days of the date of this order.

　　　The Court also notes that Plaintiff did not list in the caption on the cover of the amended complaint all the defendants he wants to sue. If a defendant in the original complaint is not named as a defendant on the cover of the amended complaint, the Court will treat that defendant as dropped from the suit. Therefore, Plaintiff must make sure to list all his defendants in the caption on the first page of the complaint. He can easily do this by printing the names of the additional defendants to the right of the defendants he has already listed. He should do this for each copy.

| | Courtroom Deputy Initials: | CLH |
|---|---|---|