File Date: Apr 22, 2008

Case No: 07cv6412

ATTACHMENT # 1

EXHIBIT

TAB (DESCRIPTION)



# Moorish Science Temple of America

PROPHET NOBLE DREW ALI




**ISLAM Amurru !** **HOTEP Amu !**

The following Documents for "Your Self" as well as for "Others" are needed for recording with the **Washitaw Nation of Muurs**, Division of Enrollment and Nationalization.

1. "Passport" (type) photograph with "white" back-drop: Upper shoulder and head with "red" Fez (Only) [Sisters: "red" Turban (Only)].

2. The actual document (Copy):
   Financial Statement — 1 on file and returned (to you) with "number" affixed.
   Two-Page Document

3. The actual document (Copy):
   Illinois ~~Michigan~~ Department of State "Secured Party" Letter received with "number" affixed.
   Two-Page Document

4. The actual document (Copy):
   EIN Letter received with number affixed.

5. **General Identification Information**
   **A. Home Location** (Address)
   Street Number
   City, State Republic
   [Via: u.s.A. postal zone 00000-0000]
   **B. Name** [Washitaw Muur Name (Bey/El)]
   **Resident** (or Apt.) **Number 000000**
   **Mailing Location**
   Street Address/P.O. Box Number
   City, State Republic (Washitaw)
   [Via: u.s.A. postal zone 00000-0000]
   **C. Live Birth** (D.O.B. 00-month-year)
   State of Birth
   County of Birth
   **Height** 0' 0"
   **Weight** 000 lb
   **D. SSN** [Copy of Document (front & rear)]
   **E. Passport Number** (Copy of Document)
   [Or, U.S. State Dept. Registration Number]
   **F. State, Drivers License or, ID Number**
   **G. State & original County Birth Certificates**

Exhibit D-3

**Indigenous Washitaw Moorish American: U.S. 923/1802 & U.N. IPO 215/93**
**U.S. NON-CITIZEN AMERICAN NATIONAL AND NON-RESIDENT ALIEN**
**UNITED STATES LAWS AFFIRMING RIGHT TO CITIZENSHIP AND NATIONALITY**

15 Stat. 223-224 (1868), R.S § 1999, 8 U.S.C. § 800 (1940); **United States v Cruikshank,** 92 U.S. 542 (1875). **American/U.S.A. National** 54 Stat. 1137, Section 101(a)(3)&(38), Section 101(a)(21)-(22). [PL 94-241; 90 Stat. 263, at Section 3; 100 Stat. 843, August 27, 1986]. **The Nationality Act of 1940,** 8 U.S.C. Section 1101(21): **[U.S. Non-Citizen]** 8 U.S.C. 1452(b)(1)(2) & 8 U.S.C. 1502(a), Section 1452(a)(b)&(c); PL 99-396, 16(c). 26 C.F.R. § 7701(11), 39 F.R.52 (March 14, 1974); 26 C.F.R. § 301.6109(a); 26 U.S.C. § 3402 (n) – 1, 26 C.F.R. § 31.3402(n)-1, 26 C.F.R. § 3402(f)(2)-1, 26 C.F.R. § 1. 1441–3. **[Non-Resident Alien] [8 Stat. 200, Article III (1803)] Empire Washitaw de Dugdyahmoundyah**

**Illinois Tax Exemption E 9939–0647–01**
**IRS: Exception**

**Moorish Science Temple of America EIN 56 – 2473981**
**In-Care-Of: Washitaw Nation of Muurs**
**P.O. Box 0318, Chicago, Illinois [60621-0318]**

LOVE — TRUTH — PEACE — FREEDOM — JUSTICE

EMPIRE WASHITAW de DUGDAHMOUNDYAH
Washitaw Empress, Verdiacee Tiari Washitaw-Tunica Goston El-Bey

RESPONSE TO COMMITTED PERSON'S GRIEVANCE

**Grievance Officer's Report**

**Date Received:** November 17, 2006 **Date of Review:** November 17, 2006 **Grievance #** (optional): 1444

**Committed Person:** Ricky Robinson **ID#:** K52958

**Nature of Grievance:** Religion matter

**Facts Reviewed:** Grievant alleges he should be able to take a photo with a "fez" on to complete his enrollment to the Washitaw Nation of Muurs.

Counselor Response: IDOC Legal Counsel states that it is legals' opinion that IDOC does not have to take any photo nor have to facilitate arrangements for this inmate to obtain any photo of him in the fez for any passport or commercial filings. As an inmate with a life sentence, he has no need for a passport since he is not legitimately able to travel. He has no approval to operate any business and, correspondingly no need for any EIN, employee identification number. Finally, since IDOC does not allow an inmate to act in an authority position, including as a teacher or a managing trustee of a religious organization, there is no need to facilitate his obtaining any documents for such purposes.

This Grievance Officer reviewed grievance and finds IDOC legal opinion has been given.

**Recommendation:** Grievance denied.

Tammy Garcia — Print Grievance Officer's Name

[signature] — Grievance Officer's Signature

(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

**Chief Administrative Officer's Response**

**Date Received:** 11-28-06 ☒ I concur ☐ I do not concur ☐ Remand

**Comments:**

[signature] — Chief Administrative Officer's Signature 11-28-06 — Date

**Committed Person's Appeal To The Director**

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Ricky Robinson-El [without recourse UCC 1-207 / 1-308] — Committed Person's Signature K52958 — ID# 12-12-06 — Date

(Placed in Stateville institutional mail 12-12-06 to be mailed via U.S. post office)

(Exhibit D-5)

**Illinois**
**Department of**
**Corrections**

**Rod R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

1301 Concordia Court / P.O. Box 19277/ Springfield, IL 62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

March 14, 2007

Rickey Robinson
Register No. K82958
Stateville Correctional Center

Dear Mr. Robinson:

This is in response to your grievance received on December 18, 2006, regarding religion (requests a picture wearing religious attire), which was alleged to have occurred at Stateville Correctional Center. This office has determined the issue will be addressed without a formal hearing.

The Grievance officer's report and subsequent recommendation dated November 17, 2006 and approval by the Chief Administrative Officer on November 28, 2006 have been reviewed.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. It is, therefore, recommended the grievance be denied.

FOR THE BOARD: Melody J. Ford
Melody J. Ford
Administrative Review Board
Office of Inmate Issues

CONCURRED: Roger E. Walker Jr.
Roger E. Walker Jr.
Director

cc: Warden Terry McCann, Stateville Correctional Center
Rickey Robinson, Register No. K82958
Chron. File

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

B228

Date: 27 Oct 2006 | Offender (Please Print): Rickey Robinson-El | ID#: K82958

Present Facility: Stateville C.C. | Facility where grievance issue occurred: Stateville C.C.

NOV 1445

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ Disability
- ☐ HIPAA
- ☑ Other (specify): Ramadan Denial
- ☐ Disciplinary Report: __/__/__ Date of Report; Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: I brother Rickey Robinson-El is a **Sheik** (a certified teacher) of the **Moorish Science Temple (Reincarnate)** (See attached certificate of Authority), and I grieve that as a Moorish American Moslem(Muur), a practitioner of Islam I am being denied to participate in Ramadan.

All christians, protestants and catholics are Not the same; and likewise, all Jews and Moslems (Muslims) are Not alike. **Ismaili Islam**, the sacred way of the **Muurs**, is Not the same as Sunni or Shiite Islam. The World view of one is Not one and the same as the other. Sunni is Not Shiite, and **Ismaili** is Not Sunni nor Shiite. Note the conflict [war] between Iraq and Iran [1979-1989].

Relief Requested: I request for monetary damages! Compensatory damages per inflicting Employee/Subrogate, and punitive damages.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Offender's Signature ____ ID# ____ Date __/__/__

(Continue on reverse side if necessary)

Exhibit E-1

**Counselor's Response** (if applicable)

Date Received: 10/30/06 ☐ Send directly to Grievance Officer ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: When Chaplain Adamson responded to this grievance he did so by attaching the letter which was formulated 10 years ago. Please review.

L. Dennis — Print Counselor's Name | Counselor's Signature | 11/06/06 Date of Response

**EMERGENCY REVIEW**

Date Received: __/__/__ Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

1 of 2

(EXHIBIT E-1)

Date: 27 Oct 2006 Name (Please Print): Richey Robinson-El ID#: K83958

Present Facility: Stateville C.C. Facility where grievance issue occurred: Stateville C.C.

NATURE OF GRIEVANCE:

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [x] Other (specify): Ramadan Denial

1445

- [ ] Disciplinary Report: ______ Date of Report ______ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: I brother Rickey Robinson-El is a **Sheik** (a certified teacher) of the **Moorish Science Temple (Reincarnate)** (See attached certificate of Authority), and I grieve that as a Moorish American Moslem(Muur), a practitioner of Islam I am being denied to participate in Ramadan.

All christians, protestants and catholics are Not the same; and likewise, all Jews and Moslems (Muslims) are Not alike. **Ismaili Islam**, the sacred way of the **Muurs**, is Not the same as Sunni or Shiite Islam. The World view of one is Not one and the same as the other. Sunni is Not Shiite, and **Ismaili** is Not Sunni nor Shiite. Note the conflict [war] between Iraq and Iran [1979-1989],

Relief Requested: I request for monetary damages! Compensatory damages per inflicting Employee/Subrogate, and punitive damages.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

______ Offender's Signature ______ ID# ______ Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)

Date Received: 10 . 30 . 06 - [ ] Send directly to Grievance Officer - [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: When Chaplain Adamson responded to this grievance he did so by attaching the letter which was formulated 10 years ago. Please review.

L. Dennis ______ 11 08 06
Print Counselor's Name ______ Counselor's Signature ______ Date of Response

**EMERGENCY REVIEW**

Date Received: ______ Is this determined to be of an emergency nature? - [ ] Yes; expedite emergency grievance - [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

______ Chief Administrative Officer's Signature ______ Date

Distribution: Master File; Offender Page 1 of 2 DOC 0046 (Rev. 3/2005)

Exhibit (E-1)

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE (Continued)

and the Civil War between Sunni and Shiite in Iraq today.

Therefore, if their are several groups of **Muurs** [as their maybe Arabs, Turks, Persians, or Afghani], it follows that one group may not practice the same form of **Islam** as the other. In fact this is the case. All **Muurs** do Not practice the same form of **Islam. Ismaili**, also known as **"Sevener's,"** is **Moorish Islam.**

The **Muurs** under the 1926 charter are representatives of the original **Moorish Science Temple of America;** for we are Not a "Splinter Group" of **Muurs** as claimed by chaplainry members of Stateville Correctional Center via Illinois Depatment of Corrections. Chaplain **Peterson** (a Catholic) has openly made it clear to me that Muurs will not be able to participate in Ramadan. It is **his** belief due to his ignorance of the Moorish practices that Muurs do not Ramadan. And due to his belief and others alike of the chaplainry and administration we the Muurs are Not allowed to Ramadan per the orders of the Warden.

In order to gain the authority as a "sheik" to teach I had to put forth many years of study with adept Muurs on the outside. It is a fact that our Holy Prophet "Noble Drew Ali" brought us Ismaili Islam and set the stage for us to revise certain olden practices such as **Ramadan.** We are Moslems (muslims) and thus are bounded to honoring the faith of Mohammed. It is my right, and Muurs alike, to practice my/our religion as I/we understand it -- "Freedom of Religion, First Amendment Right."

E-1
cont.

Due to the denial of my first Amendment right, many of days during the period of ramadan I have suffered harshly. When we Ramadan we are not to eat until the sun goes down, many of these nights I had nothing to eat because my name was not allowed to be on the Ramadan list (a list of those approved by the administration to get a meal when the sun goes down) because I am not recognized on file as either **Al-Islam or Nation Of Islam.** The little food I had obtained from the Commissary I split with other Muurs that share in my suffering, and because of this the food runs out in a day or two. I have suffered Injuries of migraine headaches, starvation, hunger, weight-loss, lack of nutrition, anxiety & depression due to this continuous persecution - "Discrimination of my religious/spiritual belief. Grievant seeks monetary damages!

Rickey Robinson-El without Recourse
UCC 1-207
UCC 1-103.6

and the Civil [illegible] between Sunni and Shiite in Iraq today.

Therefore, if their are several groups of **Muurs** [as their maybe Arabs, Turks, Persians, or Afghani], it follows that one group may not practice the same form of **Islam** as the other. In fact this is the case. All **Muurs** do Not practice the same form of **Islam. Ismaili**, also known as **"Sevener's,"** is **Moorish Islam.**

The **Muurs** under the 1926 charter are representatives of the original **Moorish Science Temple of America;** for we are Not a "Splinter Group" of **Muurs** as claimed by chaplainry members of Stateville Correctional Center via Illinois Depatment of Corrections. Chaplain **Peterson** (a Catholic) has openly made it clear to me that Muurs will not be able to participate in Ramadan. It is **his** belief due to his ignorance of the Moorish prectices that Muurs do not Ramadan. And due to his belief and others alike of the chaplainry and administration we the Muurs are Not allowed to Ramadan per the orders of the Warden.

In order to gain the authority as a "sheik" to teach I had to put forth many years of study with adept Muurs on the outside. It is a fact that our Holy Prophet "Noble Drew Ali" brought us Ismaili Islam and set the stage for us to revise certain olden practices such as **Ramadan.** We are Moslems (muslims) and thus are bounded to honoring the faith of Mohammed. It is my right, and Muurs alike, to practice my/our religion as I/we understand it -- "Freedom of Religion, First Amendment Right."

Due to the denial of my first Amendment right, many of days during the period of ramadan I have suffered harshly. When we Ramadan we are not to eat until the sun goes down, many of these nights I had nothing to eat because my name was not allowed to be on the Ramadan list ( a list of those approved by the administration to get a meal when the sun goes down) because I am not recognized on file as either **Al-Islam or Nation Of Islam.** The little food I had obtained from the Commissary I split with other Muurs that share in my suffering, and because of this the food runs out in a day or two. I have suffered Injuries of migraine headaches, starvation, hunger, weight-loss, lack of nutrition, anxiety & depression due to this continuous persecution - "Discrimination of my religious/spiritual belief. Grievant seeks monetary damages!

*Shirley Robinson-El* without Recourse
UCC 1-207
UCC 1-103.6

E-1
cont.

(Exhibit E-2)

1. 4.

EMPIRE WASHITAW de DUGDYAHMOUNDYAH
WASHITAW NATION OF MUURS

POST OFFICE BOX 0318
CHICAGO: VIA, U.S.A. POSTAL ZONE 60621 – 0318

Premier Vizier

Islamic Sultanate

# CERTIFICATE OF AUTHORITY

## MOORISH SCIENCE TEMPLE OF AMERICA

This **Certificate** will affirm that **Brother Ricky Robinson–El** has been appointed to the position of **Sheik** with the **Reincarnate Temple System of Muurs**, and is assigned to Represent the **Moorish Science Temple of America** at **Joliet, Illinois, [Statesville Correctional Center]**. The specific purpose of this **Divine and National Movement**, founded by our **Prophet Noble Drew Ali**, is to uplift fallen humanity, and to teach those things necessary to make **American Nationals** [non–Fourteenth Amendment Citizens] of **Indigenous Washitaw Muurs**. This **Certificate** derives its power and authority from the **Book of the Seven Seals, The Moorish American Koran**, written by our **Prophet Noble Drew Ali, Mohammed III Reincarnate.** The mandate of this **Certificate** is to promote the teachings and sacred Principles of Love, Truth, Peace, Freedom and Justice.

The Officers and Members who benefit under this **Certificate** must hereby pledge themselves to act all times in obedience to the organic **American Constitution** and the **Republic** for which it stands. The Home Office can at any time suspend, revoke or take away this **Certificate of Authority**, if in the judgment of our Ambassador, Ravanna Sanders Bey, and/or the **Grand Council for the Reincarnate Temple System at Chicago**, can show cause that **Brother Ricky Robinson–El** has violated the rules of the organic **American Constitution** and the Principles of LTPFJ. **IN TESTIMONY WHEREOF, I, Ravanna Sanders Bey**, Premier Vizier and Islamic Sultanate, have hereunto subscribed my name and affixed the Seals of the Moorish Science Temple of America and the Washitaw Nation of Muurs.

On this _ 8th _ Day of _ January _ , 2006

Ravanna Sanders Bey

Brother Ravanna Sanders Bey, Ambassador-At-Large

**EIN: 56–2473981 IRS: 17053–290–74400–4**
**Exemption Identification No.: E 9939–0647–01**
**Illinois Department of Revenue**

U.S. Land Grant No. 923 [Certificate: June 20, 1797; Plan No. 1518; Register No. 3, April 12, 1802]
A CESTUI QUE TRUST – INDENTURE AGREEMENT BETWEEN SOVEREIGN PRIVATE PARTIES

# EMPIRE WASHITAW de DUGDYAHMOUNDYAH

## WASHITAW NATION OF MUURS

POST OFFICE BOX 0318
CHICAGO VIA, U.S.A. POSTAL ZONE 60621 - 0318

Premier: Vizier

Islamic Sultanate

# CERTIFICATE OF AUTHORITY

## MOORISH SCIENCE TEMPLE OF AMERICA

This **Certificate** will affirm that **Brother Ricky Robinson–El** has been appointed to the position of **Sheik** with the **Reincarnate Temple System of Muurs**, and is assigned to Represent the Moorish Science Temple of America at **Joliet, Illinois, [Statesville Correctional Center]**. The specific purpose of this **Divine and National Movement**, founded by our **Prophet Noble Drew Ali**, is to uplift fallen humanity, and to teach those things necessary to make **American Nationals** [non-Fourteenth Amendment Citizens] of **Indigenous Washitaw Muurs**. This **Certificate** derives its power and authority from the **Book of the Seven Seals, The Moorish American Koran**, written by our Prophet Noble Drew Ali, **Mohammed III Reincarnate**. The mandate of this **Certificate** is to promote the teachings and sacred Principles of Love, Truth, Peace, Freedom and Justice.

The Officers and Members who benefit under this **Certificate** must hereby pledge themselves to act **all** times in obedience to the organic **American Constitution** and the **Republic** for which it stands. The Home Office can at any time suspend, revoke or take away this **Certificate of Authority**, if in the judgment of our **Ambassador**, Ravanna Sanders Bey, and/or the **Grand Council for the Reincarnate Temple System at Chicago**, can show cause that **Brother Ricky Robinson–El** has violated the rules of the organic **American Constitution** and the Principles of LTPFJ. **IN TESTIMONY WHEREOF, I, Ravanna Sanders Bey,** Premier: Vizier and Islamic Sultanate, have hereunto subscribed my name and affixed the Seals of the **Moorish Science Temple of America** and the **Washitaw Nation of Muurs**.

On this 8th Day of January, 2006

Brother Ravanna Sanders Bey, Ambassador-At-Large

**EIN: 56–2473981 IRS: 17053–290–74400–4**
**Exemption Identification No.: E 9939–0647–01**
**Illinois Department of Revenue**

U.S. Land Grant No. 923 [Certificate: June 20, 1797; Plan No. 1518; Register No. 3, April 12, 1802]
**A CESTUI QUE TRUST – INDENTURE AGREEMENT** [illegible]

Exhibit E-2

(Exhibit E-3)

**ILLINOIS DEPARTMENT OF CORRECTIONS**

Jim Edgar
Governor

Odie Washington
Director

Joliet Correctional Center / P.O. Box 515 / 1125 Collins St. / Joliet, Il. 60432 / Telephone: (815) 727-6141
TDD:(800) 526-0844

July 25, 1996

Ms. Angela Coumas
Assistant Attorney General
I.D.O.C. Unit
100 W. Randolph St., 13th Floor
Chicago, Il. 60601

Re: Saunders - El v. Tsoulos 96 C 915

The denial of inmate Saunders participation in Ramadan was based on the instruction of the Moorish Science Temple of America religious authority, Clifford Warner Bey. He had stated to me when the issue arose concerning Ramadan participation that those subscribing to the beliefs of MSTA do not participate in the fast. Inmate Saunders was informed of this by C.W. Bey when he visited the institution on 3 January 1996.

Attached to this statement is a notarized letter dated March 28, 1996 by Clifford Warner Bey stating that "we (MSTA) honor the Holy Koran of Mecca and Prophet Mohammed but we do not teach or adhere to the five pillars of Islam." Per the attached booklet entitled "Islam - A Brief Guide" produced by Islamic Publications International, the fourth pillar of Islam is fasting. This publication states "It is obligatory for every adult Muslim to observe a total fast from dawn to sunset throughout the month of Ramadan." Since this is a pillar of Islam and MSTA followers "do not adhere to the five pillars of Islam," MSTA followers would not participate in the Ramadan fast.

It is a basic tenet of Islam that the fast of Ramadan is to be observed by those who follow the teachings of the Prophet Mohammed per the Holy Koran (Chp. 2 verse 183-187).

This writer was responding to inmate Saunders based on his information and knowledge that Muslims do not accept non-Muslims participating in Ramadan nor do MSTA subscribers follow the Ramadan fast.

Inmate Saunders is not a documented, recognized religious authority on either Islam or MSTA. The recognized authority concerning MSTA is Clifford Warner Bey, both by the Department of Corrections and by the MSTA.

[signature]
James Tsoulos, Senior Chaplain

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

Jim Edgar
Governor

Odie Washington
Director

Joliet Correctional Center / P.O. Box 515 / 1125 Collins St. / Joliet, Il. 60432 / Telephone: (815) 727-6141
TDD:(800) 526-0844

July 25, 1996

Ms. Angela Coumas
Assistant Attorney General
I.D.O.C. Unit
100 W. Randolph St., 13th Floor
Chicago, Il. 60601

Re: Saunders - El v. Tsoulos 96 C 915

The denial of inmate Saunders participation in Ramadan was based on the instruction of the Moorish Science Temple of America religious authority, Clifford Warner Bey. He had stated to me when the issue arose concerning Ramadan participation that those subscribing to the beliefs of MSTA do not participate in the fast. Inmate Saunders was informed of this by C.W. Bey when he visited the institution on 3 January 1996.

Attached to this statement is a notarized letter dated March 28, 1996 by Clifford Warner Bey stating that "we (MSTA) honor the Holy Koran of Mecca and Prophet Mohammed but we do not teach or adhere to the five pillars of Islam." Per the attached booklet entitled "Islam - A Brief Guide" produced by Islamic Publications International, the fourth pillar of Islam is fasting. This publication states "It is obligatory for every adult Muslim to observe a total fast from dawn to sunset throughout the month of Ramadan." Since this is a pillar of Islam and MSTA followers "do not adhere to the five pillars of Islam," MSTA followers would not participate in the Ramadan fast.

Exhibit E-3

It is a basic tenet of Islam that the fast of Ramadan is to be observed by those who follow the teachings of the Prophet Mohammed per the Holy Koran (Chp. 2 verse 183-187).

This writer was responding to inmate Saunders based on his information and knowledge that Muslims do not accept non-Muslims participating in Ramadan nor do MSTA subscribers follow the Ramadan fast.

Inmate Saunders is not a documented, recognized religious authority on either Islam or MSTA. The recognized authority concerning MSTA is Clifford Warner Bey, both by the Department of Corrections and by the MSTA.

[signature]
James Tsoulos, Senior Chaplain

(Exhibit E-4)

[Grievant's Response]

**Date**
**Received:** 11 / 8 / 06

**Response:** As explained in this grievance, "all Muurs do Not practice the same form of Islam!" Clifford Warner Bey is indeed a recognized authority for the MSTA, just as Ravanna Sanders Bey is recognized authority for the (Reincarnate Moorish Science Temple). Though Clifford Warner Bey and his branch of Muurs do not recognize or adhere to the fourth pillar of Islam, many of us of other branches do! According to a judgment from the Illinois Supreme Court, one has the right to practice his religion as he/she understnds it, not as someone else say's it should be understood. This is why now today one is able to obtain a vegan diet without the approval of an outside clergy member and without being a Hebrew Israelite. The same shall stand for myself and others alike who do not get their authority from Clifford Warner Bey even if we must get this judgement from the supreme court or Northern District Court! **(Notice to Principle is Notice to Agent, Notice to Agent is Notice to Principle.)**

| Rickey Robinson-El | Rickey Robinson-El | 11/8/06 |
|---|---|---|
| **Print Grievant's Name** | **Grievant's Signature** | **Date of Response** |

**NOTE:** Moorish Science Temple of America - Ismaili Islam, Reincarnate Temple of Chicago - Washitaw Nation of Muurs: Incorporated in the State of Illinois in 1926, this Temple is the oldest and original **Moorish Science Temple.** This Temple is the only Temple registered with the **United States** government [EIN: 56-2473981]: Interior, Commerce, Justice and State Departments. It is a **Religious Corporation** registered with the Secretary of State, State of Illinois [Tax Exemption No.: **E 9939-0647-1**, Illinois Department of Revenue]. The **Moorish Science Temple of America** is the "religious" component of the **Washitaw Nation of Muurs:** an **Indigenous Nation** first Acknowledged by **Spain** in 1797 and then by the **United States** in 1802 [U.S. Land Grant 923]. The Nation's religious status is protected under **Article III** of the **Louisiana Cession Treaty** [8 Stat.200(1803)]. **IRS: Exception** 17053-290-74400-4 [Certified Mail 7003 3110 0000 4219 7846] **Illinois Tax Exemption** E 9939-0647-01.

**[Grievant's Response]**

**Date Received:** 11 / 8 / 06

**Response:** As explained in this grievance, "all Muurs do Not practice the same form of Islam!" Clifford Warner Bey is indeed a recognized authority for the MSTA, just as Ravanna Sanders Bey is recognized authority for the (Reincarnate Moorish Science Temple). Though Clifford Warner Bey and his branch of Muurs do not recognize or adhere to the fourth pillar of Islam, many of us of other branches do! According to a judgment from the Illinois Supreme Court, one has the right to practice his religion as he/she understnds it, not as someone else say's it should be understood. This is why now today one is able to obtain a vegan diet without the approval of an outside clergy member and without being a Hebrew Israelite. The same shall stand for myself and others alike who do not get their authority from Clifford Warner Bey even if we must get this judgement from the supreme court or Northern District Court! **(Notice to Principle is Notice to Agent, Notice to Agent is Notice to Principle.)**

Ricky Robinson-El — Print Grievant's Name

[signature] — Grievant's Signature

11/8/06 — Date of Response

Exhibit E-4

**NOTE:** Moorish Science Temple of America - Ismaili Islam, Reincarnate Temple of Chicago - Washitaw Nation of Muurs: Incorporated in the State of Illinois in 1926, this Temple is the oldest and original **Moorish Science Temple.** This Temple is the only Temple registered with the **United States** government [EIN: 56-2473991]: Interior, Commerce, Justice and State Departments. It is a **Religious Corporation** registered with the Secretary of State, State of Illinois [Tax Exemption No.: **E 9939-0647-1**, Illinois Department of Revenue]. The **Moorish Science Temple of America** is the "religious" component of the **Washitaw Nation of Muurs: an Indigenous Nation** first Acknowledged by **Spain** in 1797 and then by the **United States** in 1802 [U.S. Land Grant 371]. The Nation's religious status is protected under **Article III** of the **Louisiana Cession Treaty** [8 Stat.200(1803)]. **IRS: Exception** 17053-22 -24470-4 [Certified Mail 7003 3110 0000 4219 7846] **Illinois Tax Exemption** [illegible]9939-0647-01.

#4

ILLINOIS DEPARTMENT OF CORRECTIONS
RESPONSE TO COMMITTED PERSON'S GRIEVANCE

Exhibit 5

## Grievance Officer's Report

Date Received: November 17, 2006 Date of Review: November 17, 2006 Grievance # (optional): 1445

Committed Person: Ricky Robinson ID#: K82958

Nature of Grievance: Religion matter / ramadan refusal

Facts Reviewed: Grievant alleges he should be able to participate in Ramadan as his chapter of his religion choses to participate.

Counselor Response: Senior Chaplain Adamson responded to this grievance with a letter dated 7-25-1996.

This Grievance Officer reviewed grievance and finds Senior Chaplain Adamson did review this grievance and is an authority on religious matters. a summary of the letter states the religion in which grievant is enrolled does not observe Ramadan. This officer does not possess the authority to override the Senior Chaplains knowledge of religious matter.

Recommendation: Grievance denied.

Tammy Garcia — Print Grievance Officer's Name

[signature] — Grievance Officer's Signature

(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

## Chief Administrative Officer's Response

Date Received: 11-28-06 ☒ I concur ☐ I do not concur ☐ Remand

Comments:

[signature] — Chief Administrative Officer's Signature 11-28-06 — Date

## Committed Person's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Ricky Robinson-El [illegible] — Committed Person's Signature K82958 — ID# 12-12-06 — Date

{Placed in Stateville's institutional mail 12-12-06}

DOC 0047 (Eff. 10/2001)
(Replaces DC 5657)

4

Exhibit E-6

**Illinois**
**Department of**
**Corrections**

**[Ro]d R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

1301 Concordia Court / P.O. Box 19277/ Springfield, IL 62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

March 14, 2007

Rickey Robinson
Register No. K82958
Stateville Correctional Center

Dear Mr. Robinson:

This is in response to your grievance received on December 18, 2006, regarding religion (requests to attend Ramadan, although it is not observed in his religious choice), which was alleged to have occurred at Stateville Correctional Center. This office has determined the issue will be addressed without a formal hearing.

The Grievance officer's report and subsequent recommendation dated November 17, 2006 and approval by the Chief Administrative Officer on November 28, 2006 have been reviewed.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. It is, therefore, recommended the grievance be denied.

FOR THE BOARD: [signature]
Melody J. Ford
Administrative Review Board
Office of Inmate Issues

CONCURRED: [signature]
Roger E. Walker Jr.
Director

cc: Warden Terry McCann, Stateville Correctional Center
Rickey Robinson, Register No. K82958
Chron. File

# WARDEN'S BULLETIN NO. 2007-109

September 6, 2007

Exhibit E-7

TO: ALL STAFF & OFFENDERS

RE: **FAST OF RAMADAN**

Those who adhere to the tenets of Al-Islam (Muslim) will begin the observance of *RAMADAN*. *RAMADAN* is a time period during which Muslims throughout the world abstain from food and all liquids from dawn until sunset.

For 2007, *RAMADAN* will begin on Wednesday, September 12th, after sunset and conclude at sunset on Thursday, October 11th or Friday, October 12th, depending on the sighting of the moon. During this time period, morning meals must be provided to participants no later than 5:00 a.m. daily and partake of the dinner meal no earlier than sunset. All Muslims will eat in their cells as well as complete prayer in their cells after the morning meal.

Any inmate who has a religious designation of Al-Islam or Nation of Islam will be allowed to participate. No changes of religious designation to Al-Islam or Nation of Islam will be considered until the conclusion of *RAMADAN*.

No pork or pork by-products are to be served to inmates observing *RAMADAN*, per the dietary requirements of their faith. On Friday, October 12th or Saturday, October 13th, depending on the sighting of the moon, the EID feast will commence in the theater building beginning at 9:00 a.m.

Contact Chaplain Adamson at extension 5536 regarding any questions or issues that might arise during this time period.

Terry L. McCann, Warden
Stateville Correctional Center

TLM:ga

Bulletin
Staff & Offenders
STA/NRC/MSU
District 1

Exhibit E-8

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS CHICAGO EASTERN DIVISION

| | |
|---|---|
| **RICKEY ROBINSON-EL,** Plaintiff v **STATE OF ILLINOIS,** Defendants **DEPARTMENT OF CORRECTIONS, et al.** | CASE NO. 07 C 6412 |
| **ROGER E. WALKER JR,** Director | VIRGINIA M. KENDALL **ASSIGNED JUDGE** |
| **MELODY J. FORD,** Adm. Review Bd. | DENLOW **MAGISTRATE JUDGE** |
| **JANE BULARZIK,** IDOC Legal Counsel | |
| **TERRY L. McCANN,** Stateville Warden | |
| **AMI WORKMAN,** Grievance Officer | |
| **TAMMY GARCIA,** Grievance Officer | |
| **GEORGE ADAMSON,** Stateville Chaplain | |
| **CHARLES PETERSON,** STV Chaplain | |

**DECLARATION**

I, **Israel Ruiz** hereby declare:

1.) That, during the Ramadan period of the year 2006 I was Rickey Robinson-El cellmate.

2.) That, Rickey Robinson-El and myself attended friday Jumah service right before the start of Ramadan.

3.) That, at this service Rickey Robinson-El & Labron Neal-Bey attempted to speak to the visiting Imam to explain their situation as Muurs wanting to Ramadan. They were interrupted by chaplain Charles Peterson in which a small commotion insued.

4.) That it was later realized that Rickey Robinson-El was denied to participate in Ramadan by Chaplain Peterson via the Warden's order.

5.) That Rickey Robinson-El went many nights without anything to eat which caused him to suffer both mentally and physically. Rickey Robinson-El's mood swings and complaints put a strain on our friendship and caused a great deal of tention in our cell during the period of ramadan.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Joliet, Illinois at **Stateville Correctional Center** on this Date:

March 1st 2008 .. x [signature] # K83131

Signature

Exhibit E-9

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS CHICAGO EASTERN DIVISION

| | |
|---|---|
| **RICKEY ROBINSON-EL,** Plaintiff v **STATE OF ILLINOIS,** Defendants **DEPARTMENT OF CORRECTIONS,** et al. **ROGER E. WALKER JR,** Director **MELODY J. FORD,** Adm. Review Bd. **JANE BULARZIK,** IDOC Legal Counsel **TERRY L. McCANN,** Stateville Warden **AMI WORKMAN,** Grievance Officer **TAMMY GARCIA,** Grievance Officer **GEORGE ADAMSON,** Stateville Chaplain **CHARLES PETERSON,** STV Chaplain | CASE NO. 07 C 6412 VIRGINIA M. KENDALL **ASSIGNED JUDGE** DENLOW **MAGISTRATE JUDGE** |

**DECLARATION**

I, Nicholas M. Morfin hereby declare:

1.) That, during the month of Ramadan for the year 2007. I was living in the cell with Rickey Robinson-El.

2.) That, prior to the month of Ramadan Warden's Bulletin No. 2007-109 was circulated in which we received one at our cell.

3.) That, the bulletin demonstrated only inmates designated Al-Islam or Nation of Islam were allowed to Ramadan.

4.) That, Rickey Robinson-El complained often and struggled to complete his fast of Ramadan.

5.) That, I witnessed Rickey Robinson-El lose weight and suffer from hunger and depression many nights during the month of Ramadan.

6.) That, I have given Rickey Robinson-El food some of the days he was suffering but could not support him every night that he suffered.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Joliet, Illinois at **Stateville Correctional Center** on this Date: March 02, 2008.

x Nicholas M. Morfin
Signature



**Illinois Department of Revenue**
Office of Local Government Services
Sales Tax Exemption Section, 3-520
101 W. Jefferson Street
Springfield, Illinois 62702
217 782-8881

December 31, 2004

MOORISH SCIENCE TEMPLE OF AMERICA INC
REINCARNATE TMEPLE 1
USA PO BOX 21318
CHICAGO IL 60621-0318

We have received your recent letter; and based on the information you furnished, we believe

MOORISH SCIENCE TEMPLE OF AMERICA INC
of
CHICAGO, IL

is organized and operated exclusively for religious purposes.

Consequently, sales of any kind to this organization are exempt from the Retailers' Occupation Tax, the Service Occupation Tax (both state and local), the Use Tax, and the Service Service Use Tax in Illinois.

We have issued your organization the following tax exemption identification number: E9939-0647-01. To claim the exemption, you must provide this number to your suppliers when purchasing tangible personal property for organizational use. This exemption may not be used by individual members of the organization to make purchases for their individual use.

This exemption will expire on January 1, 2010, unless you apply to the Illinois Department of Revenue for renewal at least three months prior to the expiration date.

Office of Local Government Services
Illinois Department of Revenue

STS-49 (R-2/98)
IL-492-3456
11-0000071

10405905

STATE OF ILLINOIS
COOK COUNTY } SS. NO.
FILED FOR RECORD

BOOK 521 PAGE 579

CORPORATIONS.—Religious.—Affidavit of Organization. Form No. 1059 Printed and sold by the Chicago Legal News Co.

AND RECORDED IN BOOK PAGE

Salomea Jasionowski

State of Illinois, } ss.
County of COOK

I, NOBLE DREW ALI

do solemnly swear that at a meeting of the members of the MOORISH SCIENCE TEMPLE OF AMERICA held at Chicago in the County of Cook and State of Illinois, on the 20th day of July A. D. 1928, for that purpose the following persons were appointed SHEIKS according to the rules and usages of such MOORISH SCIENCE TEMPLE OF AMERICA

NOBLE DREW ALI, HEALY EL, HALL BEY, LOVETT BEY, AND FOREMAN BEY.

The Moorish Science Temple of America deriving its power and authority from the Great Koran of Mohammed to propagate the faith and extend the learning and truth of the Great Prophet of Ali in America. To ordain appoint and consecrate missionaries of the prophet and to establish the faith of Mohammed in America.

And said MOORISH SCIENCE TEMPLE OF AMERICA adopted as its corporate name, the following MOORISH SCIENCE TEMPLE OF AMERICA

And at said meeting, this affiant acted as Presiding officer

Subscribed and Sworn to Before me, this 20th day of July A. D. 1928

Drew Ali

Roberta W. Gunnell
Notary Public

Hurd's Rev. Stat., Chap. 32, 1. *Or appointed. †Or Wardens, vestrymen, or whatever name they may adopt.

Exhibit F-2

Certificate Number 1058

STATE OF ILLINOIS
OFFICE OF
SECRETARY OF STATE

To all to whom these Presents Shall Come, Greeting:

Whereas, a CERTIFICATE, duly signed and acknowledged has been filed in the Office of the Secretary of State on the 29th day of November A.D. 19 26 for the organization of the MOORISH TEMPLE OF SCIENCE

under and in accordance with the provisions of "AN ACT CONCERNING CORPORATIONS" approved April 18, 1872, and in force July 1, 1872, and all acts amendatory thereof, a copy of which certificate is hereto attached;

Now Therefore, I, LOUIS L. EMMERSON, Secretary of State of the State of Illinois, by virtue of the powers and duties vested in me by law, do hereby certify that the said MOORISH TEMPLE OF SCIENCE

is a legally organized Corporation under the laws of this State.

In Testimony Whereof, I hereto set my hand and cause to be affixed the Great Seal of the State of Illinois. Done at the City of Springfield this 29th day of November A.D. 19 26 and of the Independence of the United States the one hundred and 51st.

(Seal)

Louis L. Emmerson
SECRETARY OF STATE

Exhibit F-3

Exhibit F-4

# EMPIRE WASHITAW de DUGDAMOUNDYAH

in re: "OUR AUTHORITY": PAGE 579*State of Illinois, Cook County ss No. 10105905

Filed for Record

CORPORATION --- Religious --- Affidavit of Organization
Form No. 1099
STATE OF ILLINOIS
County of COOK

ss

1928 AUG. 1 PM 252

AND RECORDED IN

BOOK PAGE

I, NOBLE DREW ALI,..................................Recorder

Salomes Jasconowskic

MOORISH SCIENCE TEMPLE OF AMERICA........................held

at.......Chicago.......in the County of COOK.......

and State of Illinois, on the.......20th.......day of

.......July.......A.D. 1928, for that purpose, the fol-

lowing persons were appointed.......SHIEKS.......................

......................according to the rules and usages of such

MOORISH SCIENCE TEMPLE OF AMERICA

do solemnly swear that at the meeting of the members of the NOBLE DREW ALI, MEALY EL, SMALL BEY, LOVETT BEY AND FOREMAN BEY. The Moorish Science Temple of America deriving its power and authority from the Great Koran of Mohammed to propogate the faith and extend the learning and truth of the Great Prophet of ALI in America. To appoint and consecrate missionaries of the prophet and to establish the faith of Mohammed in America.

And said MOORISH SCIENCE TEMPLE OF AMERICA adopted as its corporate name, the following MOORISH SCIENCE TEMPLE OF AMERICA..

And at said meeting, this affiant acted as Presiding officer Subscribed and Sworn to Before me.

...............20th..............................day of

..........July....................A.D. 1928.......

Drew Ali.........................

Roberta W. Counull

Notary Public

c/o P.O. Box 21318, Chicago, Washitaw Province, Via: u.s.A. postal zone 60621-0318

* EMPERIAL HEADQUARTERS,WASHITAW PROPER *



PROPHET NOBLE DREW ALI
FOUNDER OF MOORISH SCIENCE
TEMPLE OF AMERICA 1925
R.D. Jones
Photo
©

Exhibit F-5





**Jamal al-Din al-Afghani**

Exhibit F-6 ; A-2

**Timothy Turner-Drew Ali** [January 8th **1886–1929** July 20th] — **Noble Drew Ali** Prophet and Founder

**John Givens El** [December 6th **1904–1945** October 21st] — **Noble Drew Ali** Reincarnate Prophet

**Ira Johnson El** [June 18th **1879–1949** December 5th] — **Brother Nazarene** Reincarnate Temple

**Sister Eva Ali El** [April 11th **1912–2005** October 14th] — **Queen Mother Eva** Reincarnate Temple

**Prince Mohammed Ali El** [born **March 13th 1941**] — **Son and Heir** Reincarnate Temple

---

# MOORISH SCIENCE TEMPLE OF AMERICA
## REINCARNATE TEMPLE OF CHICAGO

| | Name | Role |
|---|---|---|
| 1. | **T. Compton Bey** [died **1934**] | Teacher **1929–1934** |
| 2. | **Brother Ross El** [died **1955**] | Teacher **1934–1949** |
| 3. | **Guy Montgomery El** [**b. 1889–1977** d.] | Teacher **1949–1958** |
| 4. | **Samuel Nance Bey** [died **1969**] | Teacher **1958–1964** |
| 5. | **William Woods El** [**b. 1898–1979** d.] | Teacher **1964–1972** |
| 6. | **Claudas Watson El** [**b. 1939–1983** d.] | Teacher **1972–1983** |
| 7. | **Prince David Ali El** [**b. 1942–1996** d.] | Teacher **1983–1996** |
| 8. | **Mohammed Ali El** [**b. 1932–1999** d.] | Teacher **1996–1999** |

**Ravanna Sanders Bey**

**Thursday, July 05, 2007**

9-A Sis Marylyn McClinton El — Teacher 1999– [b. November 17, 1926]
9-B Sister Starlet Watson El [b. 1957-0000 d.] — Teacher Chicago
9-C Brother Currie Watson El [b. 1971-0000 d.] — Teacher Chicago
9-D Bro. Adel McClinton El — Teacher Chicago
9-E Brother Emanuel El — Teacher Chicago
9-F Bro. Jason Keith Taylor El — Teacher Statesville
9-G Bro Aaron Pinkston El-Bey — Teacher Lawrence
9-H Bro. Rickey Robenson–El — Teacher Statesville
10-A Sister Orissa McClinton El — Teacher Chicago
10-B Bro. Carman McClinton El — Teacher Chicago
— Derrick Cabbil–Bey, Michigan Grand Sheik/Imam
— Bakare McFarland-Bey, Illinois Grand Sheik/Imam

10–H Johnny H. Alexander Teacher, Chippew Kincheloe, Michigan Republic [49784]
10–G Alfred Earl Owens–El Teacher, Straits Kincheloe, Michigan Republic [49785]
10–F Kenneth Hardin–El Teacher, Deerfield Ionia, Michigan Republic [48846]
10–E Richard Dyer–Bey Teacher, Grand Mufti/Khan Standish, Michigan Republic [48658]
10–D Derrick Cabbil–Bey Teacher, Grand Sheik / Imam Manistee, Michigan Republic [49660–9200]
10–C Brother Joseph Garrett Bey, Chicago Teacher
— Adel McClinton El 2nd Grand Sheik / Imam
— El Seti Anu Ali El Supreme Grand Khan/Amir
— Omar S. Sanders Bey Illinois Grand Mufti/Khan
— Richard Dyer–Bey Michigan Grand Mufti/Khan
— Ravanna M. S. Bey Supreme Grand Sheik/Imam

Exhibit F-7

SECRETARY OF STATE UNIFORM COMM. CODE DIV.

SEP 25 PM 4:08

UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

BROTHER RICKEY ROBINSON-EL
C/O WASHITAW NATION OF MUURS
U.S.A. P.O. BOX 0318
CHICAGO, ILLINOIS REPUBLIC [60621-0318]

UCC109/25/06 01:5415
20.00 CK01
SOSIL 10:31 11368247 FS

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| ROBINSON-EL-DEBTOR | RICKEY | N/A | N/A |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 8707 SOUTH COLFAX AVENUE | CHICAGO | IL | 60621-0318 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| 57-6221106 | | TRUST | UNITED STATES AMERI | 320688211 | NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

2a. ORGANIZATION'S NAME

STATE OF ILLINOIS

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 207 STATEHOUSE | SPRINGFIELD | IL | 62706 | US |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| N/A | | CORPERATION | FEDERAL UNITED SEA | | ☑ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| ROBINSON-EL-SECURED PARTY | RICKEY | N/A | N/A |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| U.S.A. P.O. BOX 0318 | CHICAGO | IL | [60621-0318] | USA |

4. This FINANCING STATEMENT covers the following collateral:

I, RICKEY ROBINSON-EL, ACCEPT FOR VALUE ALL OF DEBTOR'S ASSETS, LAND AND PROPERTY AND INTEREST THEREOF, NOW OWNED AND HEREAFTER ACQUIRED WHEREVER LOCATED, DESCRIBED FULLY IN SECURITY AGREEMENT NO. RRE-052579-CSA DATED AUGUST 31, 2006. SECURED PARTY ACCEPTS DEBTOR'S SIGNATURE IN ACCORD WITH UCC 1-201(39), 3-401. ALL ACCOUNTS, PRODUCTS, PROCEEDS AND THE ORDERS OF THE COURT ARE RELEASED TO DEBTOR.

THE FOLLOWING PROPERTY ARE ACCEPTED FOR VALUE AND EXEMPT FROM LEVY: ILLINOIS DRIVER'S LICENSE AND STATE ID CERTIFICATE, BIRTH CERTIFICATE NO. 112-79-6020722, ALL SIGNATURES ON ALL CONTRACTS, AGREEMENTS, AND INSTRUMENTS PREDICATED ON THE FICTION RICKEY ROBINSON-EL AND THE SOCIAL SECURITY ACCOUNT NUMBER 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 OR EIN 576221106. COPYRIGHT ON THE INTELLECTUA

5. ALTERNATIVE DESIGNATION [if applicable]: LESSEE/LESSOR CONSIGNEE/CONSIGNOR BAILEE/BAILOR SELLER/BUYER AG. LIEN NON-UCC FILING
6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] All Debtors Debtor 1 Debtor 2
8. OPTIONAL FILER REFERENCE DATA

RICKEY ROBINSON-EL-DEBTOR SIGNATURE ROBINSON-EL, RICKEY SECURED PARTY

 Exhibit F-8

RECEIVED
SECRETARY OF STATE
UNIFORM COMM. CODE DIV.

UCU109/25/06:01:5415:
20.00 CK01
SOSIL 10:31 11368247 FS

## UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

9a. ORGANIZATION'S NAME

OR

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
|---|---|---|
| -EL | | |

10. MISCELLANEOUS:

POWER OF ATTORNEY OVER THE FICTION RICKEY ROBINSON-EL-DEBTOR, INTELLECTURAL PROPERTY AND U.S.LAND GRANT 923,1802; WASHITAW MUUR DECLARATION OF INDEPENDENCE CERTIFICATE 1797 VIA SPANISH LAND GRANT:LOUISIANA ETC. DECLARATION OF PEACE:APRIL 2,1866,END WAR:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (11a or 11b) - do not abbreviate or combine names

11a. ORGANIZATION'S NAME: STATE OF LOUISIANA

OR

| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| STATE CAPITAL, PO BOX 94004 | BATON ROUGE | LA | 70804 | US |

| 11d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| N/A | | COPERATION | FEDERAL UNITED STAT | ☑ NONE |

12. ☒ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)

12a. ORGANIZATION'S NAME: WASHITAW NATION OF MUURS, EMPIRE WASHITAW DE DUGDYAHMOUNDYAH

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| USA PO BOX 1509 | COLUMBIA | LA | 71418 | USA |

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☒ fixture filing.

14. Description of real estate:

INDIGENOUS ALLODAIL LAND GRANT
US LAND GRANT NO. 923, 1802
UN ACKNOWLEDMENT NO. 215/1993
SPANISH CERTIFICATE 06/20/1797
PLAN NO. 1518, REGISTER NO. 3
APRIL 12,1802; CONGRESS ACTS:
1816 APRIL 10 NO. 252 14cong
1817 FEBRUARY 10 NO. 253 14cong
1820 DECEMBER 12 NO. 325 16cong
1821 JANUARY 22 NO. 329 16cong
EXTRATERRITORIALITY WASHITAW

15. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

WASHITAW NATION OF MUURS
C/o TRUSTEE RAVANNA SANDERS-BEY
USA POST OFFICE BOX 0318
CHICAGO, ILLINOIS REPUBLIC
VIA: USA POSTAL ZONE 60621-0318
EMPIRE WASHITAW DE DUGDYAHMOUND

16. Additional collateral description:

I,RICKEY ROBINSON-EL, ACCEPT FOR VALUE AND CLAIM ALL BIRTH CERTIFICATES, THE ORIGINAL APPLICATIONS AND THE 1933 US BANKRUPCY PLEDGE IN THE NAMES THEREOF, HYPOTHECATED RES AND ENERGY THEREOF, ALL PRODUCTS DERIVED THEREFROM,INCLUDING BUT NOT LIMITED TO THE FICTION RICKEY ROBINSON-EL OR ANY DERIVATIVE THEREOF VIA STATE OF ILLINOIS BIRTH CERTIFICATE: SECURITY INSTRUMENT NO. 112-79-6020722, MAY 25,1979.
SEE ATTACHED ADDENDUM FOR ADDITIONAL COLLATERAL INFORMATION AND NON-TAX PAYER US NON-CITIZEN NATIONAL, NON-RESIDENT ALIEN, STATUS, LEGAL DOCUMENTATION.

17. Check only if applicable and check only one box.
Debtor is a ☒ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

18. Check only if applicable and check only one box.
☒ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years
☐ Filed in connection with a Public-Finance Transaction — effective 30 years

# EMPIRE WA HITAW de DUGDYA MOUN YAH
## AMERICAN NATIONAL NON-U.S. CITI EN

Exhibit F-9

American National/Non–U.S. Citizen/Non–Resident Alien
The Nationality Act of 1940 and United Nations #21
54 Stat 1137, Section 101(a) and 8 U.S.C. Se
ALL RIGHTS RESERVED, U.C.C. 1-207 and U.
In accordance with 28 C.F.R. 16.41(d) and 28

Secured Party/Trustee/Indigenous Washitaw National
U.N. I.O.P. No. 215/1993
C. § 1408;

**BROTHER RICKEY**
Print Name: Trust

Sign

COM SUBJUGATION TO THE JURISDICTION OF THE UNITED STATES IS PROHIBITED

24 (1868), R.S. .C. § 800 (1940); **United States v Cruikshank**, 92 U.S. 542 (1875). **S.A. Nation** 1137, Section 101(a)(3)&(38), Section 101(a)(21)-(22). [PL 94-241; 90 Stat. 8; 100 843, August 27, 1986]. **The Nationality Act of 1940**, 8 U.S.C. Section 1101(21): U.S.C. 1452(b)(1)(2) & 8 U.S.C. 1502(a), Section 1452(a)(b)&(c); PL 99-396, 16(c). 26 39 F.R.52 (March 14, 1974); 26 C.F.R. § 301.6109(a); 26 U.S.C. § 3402 (n) – 1, 26 C.F.R. § 26 C.F.R. § 3402(f)(2)-1, 26 C.F.R. § 1. 1441–3. **[Non-Resident Alien] [8 Stat. 200, Article III (1803)] Empire Washitaw de Dugdyahmoundyah** [1797] and **Moorish Science Temple of America** [1926]

**Rickey Robinson–El Jr.**
**SOSIL UCC–1 11368247**
**TRUSTEE EIN: 57–6221106**

## AMERICA .S.A. NATIONAL WASHITA URS

**UN Indigenous Washitaw Nation No. 215/93**
**US Land Grant/Washitaw Nation No. 923/1797**

**ILLINOIS TAX EXEMPTION NUMBER E 9939–064 7–01**
**EIN 56 – 2473981 EXPIRATION DATE: DECEMBER 31, 2007**

MOORISH SCIENCE TEMPLE OF AMERICA
REINCARNATE TEMPLE OF CHICAGO

**In–Care–Of: Post Office Box 0318**
**Chicago, Illinois Republic / Washitaw**
**[Via u.s.A. Postal Zone 60621–0318]**

Live Birth 25 May 1979
Gender: Height: 6'-01" Weight: 162 lb
Eye C : Brown Hair Color: Black

On this 8th Day of Januar
Date

*Ravanna Sanders–Bey*
eik Ravanna Sanders–Bey, Washitaw Ambassador–At–Large
Empire Washitaw de Dugdyahmoundyah

# DECLARATION OF NATIONALITY

## EMPIRE WASHITAW DE DUGDYAHMOUNDYAH
## WASHITAW NATION OF MUURS

Exhibit F-10

I, **Ricky Robinson–El Jr.**, declare that I am a free and sovereign individual of this land of the ancient mound builders, known by its [illegible] name **Empire Washitaw de Dugdyahmoundyah.** I willingly and k[illegible] right to a nationality as a member of the indigenous **Emperial Washi[illegible]** [illegible] de Dugdyahmoundyah [illegible] reserve all of the fundamental freedoms [illegible] rights of every [illegible] human [illegible] upon this earth. Any and all, past [illegible] affiliations implied [illegible] or otherwise with foreign entities, are hereby now and forever dissolved and revoked.

## COMPULSORY SUB[illegible] TO THE FOREIG[illegible] OF THE [illegible] STATES IS PROHIBITED

[8 U.S.C. § 1452[illegible] 99-396, Section 16(c); 100 Stat. 843 (A[illegible])]
§16(a) Immig[illegible] Act 8 U.S.C. § 1452
§16(a)(3); 8 [illegible] 341(a) "A person who claims to be a National, but [illegible] citizen of the United States, may apply to [illegible] Secretary of State [illegible] a Certificate of Non – Citizen [illegible] status"
§16(a)[illegible] §1452, Section 341(b) "proof to the satisfaction of the S[illegible] the applicant is a national, but not a citizen, [illegible] and only if in the United States [Host State] [illegible] Certificate of U.S. Non – Citizen National [illegible] Procedure.
§[illegible] §1452, Section 341(c) "The Secretary of [illegible] not impose a fee exceeding $35 for the processing of [illegible] application for a Certificate of Non – Citizen National [illegible] under section . . .
§1452, Section 341(b) [illegible] Immigration and Nationality Act filed before the end of [illegible] year 1987.

[illegible] Exemption E 9939-06[illegible]01 — 26 C.F.R. § 7701(11), 39 F.R.52 (March 14, 1974); 26 C.F.R. § 301.6109(a); 26 U.S.C. § 3402 (n) – 1; 8 U.S.C. § 1452, Section 341 (a); and PL 99-396, Section 16 (a)(3)]
[illegible] Science Temple 56 – [illegible]
[illegible] Exemption 17053–290[illegible]
[illegible] Treaty of 1803, A[illegible] [8 Stat 200]

[illegible] RELIGIOUS ORGANIZATION OF THE WASHITAW NATION OF MUURS

| | | |
|---|---|---|
| [illegible] Security and [illegible] Taxes | FORM 4029 | [Insurance Exemption] |
| [illegible] Concerning [illegible] Relationship | FORM 56 | [Washitaw Trustee] |
| [illegible] Affidavit of Non Revenue Taxable Occupation | | [26 C.F.R. § 1.1441–3] |
| Certificate of Foreign Status | [26 U.S.C. § 3402(n)-1 and 26 C.F.R. PART 31. 3402(n)-1] | |
| A. Non Resident Alien | FORM W-8 | [PL 99-396, Sec 16(a)(3)] |
| B. [illegible] Beneficial Owner | FORM W-8 BEN | [Art VI, Sec. 2, 3] |
| C. [illegible] Natural Born Sovereign Citizen | FORM W-8 BEN | [Art IV, Section 4] |
| 5. Withholding Exception Certificate In Lieu of | FORM W-4 | [26 U.S.C. § 3402(n)-1] |
| 6. Certificate Affidavit of Non-Resident Alien Status | | [8 U.S.C. § 1452, Section 341(a)] |
| 7. Certificate of U.S. Non-Citizen National Status | | [Pub. L 99–396, Section 16(a)(3)] |

[illegible] U.S. Land Grant No. 923 [Certificate: June 20, 1797; Plan No. 1518; Register No. 3, April 12, 1802]
A CESTUI QUE TRUST – INDENTURE AGREEMENT BETWEEN SOVEREIGN PRIVATE PARTIES

# EMPIRE WASHITAW de DUGDYAHMOUNDYAH
# AMERICAN NATIONAL NON-U.S. CITIZEN

Exhibit F-9

American National/Non-U.S. Citizen/Non-Resident Alien
The Nationality Act of 1940 and United Nations #215/93
54 Stat 1137, Section 101(a) and 8 U.S.C. Section 1101(21)
ALL RIGHTS RESERVED, U.C.C. 1-207 and U.C.C. 1-103.6
In accordance with 28 C.F.R. 16.41(d) and 28 U.S.C. 1746(1)

Secured Party/Trustee/Indigenous Washitaw National
U.S. Land Grant No. 923/1797: U.N. I.O.P. No. 215/1993
HJR-192, U.C.C. § 1-104, 3-104, 10-104; 8 U.S.C. § 1408;
[via 31 U.S.C. § 463(b); PL 73-10]; 15 Stat 223; 31 U.S.C. § 5118, through 22 U.S.C. § 2281: EIN: 57-6221106

**BROTHER RICKEY ROBINSON-EL JR**
Print Name: Trust

*Rickey Robinson-El Jr.*
Signature: Trustee, Without Recourse

## COMPULSORY SUBJUGATION TO THE FOREIGN JURISDICTION OF THE UNITED STATES IS PROHIBITED

15 Stat. 223-224 (1868), R.S. § 1999, 8 U.S.C. § 800 (1940); **United States v Cruikshank,** 92 U.S. 542 (1875). **American/U.S.A. National** 54 Stat. 1137, Section 101(a)(3)&(38), Section 101(a)(21)-(22). [PL 94-241; 90 Stat. 263, at Section 3; 100 Stat. 843, August 27, 1986]. **The Nationality Act of 1940,** 8 U.S.C. Section 1101(21): **[U.S. Non-Citizen]** 8 U.S.C. 1452(b)(1)(2) & 8 U.S.C. 1502(a), Section 1452(a)(b)&(c); PL 99-396, 16(c). 26 C.F.R. § 7701(11), 39 F.R.52 (March 14, 1974); 26 C.F.R. § 301.6109(a); 26 U.S.C. § 3402 (n) – 1, 26 C.F.R. § 31.3402(n)-1, 26 C.F.R. § 3402(f)(2)-1, 26 C.F.R. § 1. 1441-3. **[Non-Resident Alien] [8 Stat. 200, Article III (1803)] Empire Washitaw de Dugdyahmoundyah** [1797] and **Moorish Science Temple of America** [1926]

**Rickey Robinson-El Jr.**
**SOSIL UCC-1 11368247**
**TRUSTEE EIN: 57-6221106**

## AMERICAN/U.S.A. NATIONAL
## WASHITAW NATION OF MUURS

**UN Indigenous Washitaw Nation No. 215/93**
**US Land Grant/Washitaw Nation No. 923/1797**

**ILLINOIS TAX EXEMPTION NUMBER E 9939-064 7-01**
**EIN 56 - 2473981 EXPIRATION DATE: DECEMBER 31, 2007**

MOORISH SCIENCE TEMPLE OF AMERICA
REINCARNATE TEMPLE OF CHICAGO

**In-Care-Of: Post Office Box 0318**
**Chicago, Illinois Republic / Washitaw**
**[Via u.s.A. Postal Zone 60621-0318]**

Live Birth: 25 May 1979
Gender: M Height: 6'-01" Weight: 162 lb
Eye Color: Brown Hair Color: Black

On this 8th Day of January, 2006
Date Issued

*Ravanna Sanders-Bey*
Sheik Ravanna Sanders-Bey, Washitaw Ambassador-At-Large
Empire Washitaw de Dugdyahmoundyah

# DECLARATION OF NATIONALITY

## EMPIRE WASHITAW DE DUGDYAHMOUNDYAH
## WASHITAW NATION OF MUURS

Exhibit F-10

I, **Ricky Robinson–El Jr.**, declare that I am a free and sovereign individual of this land of the ancient mound builders, known by its ancient indigenous name **Empire Washitaw de Dugdyahmoundyah.** I willingly and knowingly exercise my right to a nationality as a member of the indigenous **Emperial Washitaw Nation, Washitaw de Dugdyahmoundyah.** I further reserve all of the fundamental freedoms and God-given rights of every real live human being upon this earth. Any and all, past and present, political affiliations implied by operation of law or otherwise with foreign entities are hereby, now and forever, dissolved and revoked.

## COMPULSORY SUBJUGATION TO THE FOREIGN JURISDICTION OF THE UNITED STATES IS PROHIBITED

[8 U.S.C. § 1452(a), Section 341(b); PL 99-396, Section 16(c); 100 Stat. 843 (August 27, 1986)].
§16(a) Immigration and Nationality Act 8 U.S.C. § 1452
§16(a)(3); 8 U.S.C. §1452, Section 341(a) "A person who claims to be a National, but not a citizen of the United States, may apply to the Secretary of State for a Certificate of Non – Citizen National status."
§16(a)(3)(1) §1452, Section 341(b) "proof to the satisfaction of the Secretary of State that the applicant is a national, but not a citizen, of the United States and only if in the United States [Host State].
§16(b) Certificate of U.S. Non – Citizen National status; Procedure.
§16(c) §1452, Section 341(c) "The Secretary of State may not impose a fee exceeding $35 for the processing of an application for a Certificate of Non – Citizen National status under section . . .
§1452, Section 341(b) of the Immigration and Nationality Act filed before the end of fiscal year 1987.

Illinois Tax Exemption E 9939-0647-01
Moorish Science Temple 56 – 2473981
IRS: Exemption 17053–290–74400–4
Louisiana Treaty of 1803, Article III & VI [8 Stat 200]

26 C.F.R. § 7701(11), 39 F.R.52 (March 14, 1974); 26 C.F.R. § 301.6109(a); 26 U.S.C. § 3402 (n) – 1; 8 U.S.C. § 1452, Section 341 (a); and PL 99–396, Section 16 (a)(3)]

RELIGIOUS ORGANIZATION OF THE WASHITAW NATION OF MUURS

1. Social Security and Medicare Taxes FORM 4029 [Insurance Exemption]
2. Notice Concerning Fiduciary Relationship FORM 56 [Washitaw Trustee]
3. Certificate/Affidavit of Non Revenue Taxable Occupation [26 C.F.R. § 1.1441–3]
4. Certificate of Foreign Status [26 U.S.C. § 3402(n)-1 and 26 C.F.R. PART 31. 3402(n)-1]
   - A. Non-Resident Alien FORM W-8 [PL 99-396, Sec 16(a)(3)]
   - B. Of Beneficial Owner FORM W-8 BEN [Art VI, Sec. 2, 3]
   - C. For Natural Born Sovereign Citizen FORM W-8 BEN [Art IV, Section 4]
5. Withholding Exception Certificate In Lieu of FORM W-4 [26 U.S.C. § 3402(n)-1]
6. Certificate/Affidavit of Non-Resident Alien Status [8 U.S.C. § 1452, Section 341(a)]
7. Certificate of U.S. Non-Citizen National Status [Pub. L 99–396, Section 16(a)(3)]

U.S. Land Grant No. 923 [Certificate: June 20, 1797; Plan No. 1518; Register No. 3, April 12, 1802]
A CESTUI QUE TRUST – INDENTURE AGREEMENT BETWEEN SOVEREIGN PRIVATE PARTIES

# TO ENSURE THAT THE RIGHTS [illegible] SOVEREIGN TRIBAL GOVERNMENTS ARE [illegible] RESPECTED

(Exhibit F-11)

The United States Government has a [illegible] with Native American tribal governments as set forth in the C[illegible] the United States, treaties, statutes, and court decisions [U.S. Land Grant No. 323 [illegible] Certificate of June 20, 1797; Plan No. 1518; Register [illegible] 1802]

Re: U.S. Government to Indigenous Governm[illegible]
A Directive Superceding Previous Treat[illegible]
Executive Memorandum of April 29, 19[illegible]
Signed by President Bill Clinton[illegible]

Purpose: To clarify our responsib[illegible] that the Federal Government ope[illegible] within a government-to-go[illegible] with federally recognized Native American tribes. . . [illegible] relationship reflecting respect for the rights of self government due [illegible] governments.

Principles: (a) The hea[illegible] department and agency shall be responsible [illegible] ensurin[illegible] department or agency operates within a government[illegible] gove[illegible] with federally recognized trib[illegible]

(b) E[illegible] department and agency shall consult, to the greatest extent [illegible] to the extent permitted by law, with tribal government pri[illegible] that affect federally recognized tribal governments. All [illegible] are to be open and candid so that all interested p[illegible] themselves the potential impact of rel[illegible]

(c) [illegible] executive department and agency shall take a[illegible] steps to remove [illegible] dural impediments to working direct[illegible] effectively with tribal [illegible] on activities that affect the trust property and/or government [illegible] of the tribes.

(d) [illegible] executive department [illegible] shall apply the requirements of Executive Orders Nos. 1287[illegible] ("Enhancing the Intergovernmental Partnership") and 128[illegible] ("Regulatory Planning and Review") to design solutions and tailor Fe[illegible], in appropriate circumstances, to address specific or unique [illegible] communities.

[illegible]-El, Jr.
[illegible] Washitaw National [illegible] U.N.#215

Rickey Robinson-El, Jr.
Sovereign Washitaw, Without Recourse: 8 USC 1408; 15 Stat 223 UCC 1-207 and UCC 1-103.6; 28 CFR 16.41(d); 28 USC 1746(1)

[illegible] TRUST-INDENTURE AGREEMENT BETWEEN SOVEREIGN PRIVATE PARTIES
[illegible] Grant [illegible] [Certificate: June 20, 1797; Plan No. 1518; Register No. 3, April 12, 1802]

[illegible] [8 Stat 200, Article III & VI] Moorish Science Temple EIN: 56-2473981

| | | | |
|---|---|---|---|
| Congressional Act | Bill No.: 252 | April 10, 1816. | 14th Congress |
| Congressional Act | Bill No.: 253 | February 10, 1817. | 14th Congress |
| Congressional Act | Bill No.: 325 | December 12, 1820. | 16th Congress |
| Congressional Act | Bill No.: 329 | January 22, 1821. | 16th Congress |

Exhibit F-12

# CERTIFICATION OF TITLE
## EMPIRE WASHITAW DE DUGDYAHMOUNDYAH
## WASHITAW NATION OF MUURS

POST OFFICE BOX 0318
CHICAGO: VIA, U.S.A. POSTAL ZONE 60621 – 0318

Ministry of Information | Office of Vital Statistics

**Washitaw Moorish Vassal Rickey Robinson-El**  **Her Majesty The Empress Verdiacee Tiari El-Bey**

This certifies that **Rickey Robinson-El Jr.** has been bestowed the Title "el-Bey" as Cognomen: a natural born member of the Washitaw Nation of Muurs. Holding rank in proximity to the Washitaw Crown, peripheral to the Prophet, the Mahdi; and owing Allegiance to the Washitaw Crown, affirming descent from a common Ancestor: Elohim: the Triune Being.

To **ROBINSON EL JR, RICKEY**
SECURED PARTY and TRUSTEE 57-6221106

And **RICKEY ROBINSON EL JR**
TRANSMITTIG UTILITY TRUST 320688211

As recorded **[Saturday, July 08, 2006]** and sealed
Empire Washitaw de Dugdyahmoundyah [Amurru / MUR.T]

Ravanna Sanders-Bey

AUTHORIZED IMPERIAL MINISTER: Sheik Ravanna Sanders Bey, Imam

**Her Imperial Majesty, Verdiacee "Tiari" Washitaw-Tunica Goston**
**El-Bey: Empress**
**UAXASHAKTUN*UAXACTUN*WST*SBT**

Exhibit F-13

# EMPIRE WASHITAW de DUGDYAHMOUNDYAH
## WASHITAW NATION OF MUURS

POST OFFICE BOX 0318
CHICAGO: VIA, U.S.A. POSTAL ZONE 60621 – 0318

Premier: Vizier — Islamic Sultanate

# CERTIFICATE OF AUTHORITY
## MOORISH SCIENCE TEMPLE OF AMERICA

This **Certificate** will affirm that **Brother Ricky Robinson–El** has been appointed to the position of **Sheik** with the **Reincarnate Temple System of Muurs**, and is assigned to Represent the **Moorish Science Temple of America** at **Joliet, Illinois, [Statesville Correctional Center]**. The specific purpose of this **Divine and National Movement,** founded by our **Prophet Noble Drew Ali,** is to uplift fallen humanity, and to teach those things necessary to make **American Nationals** [non–Fourteenth Amendment Citizens] of **Indigenous Washitaw Muurs.** This **Certificate** derives its power and authority from the **Book of the Seven Seals, The Moorish American Koran,** written by our **Prophet Noble Drew Ali, Mohammed III Reincarnate.** The mandate of this **Certificate** is to promote the teachings and sacred Principles of Love, Truth, Peace, Freedom and Justice.

The Officers and Members who benefit under this **Certificate** must hereby pledge themselves to act all times in obedience to the organic **American Constitution** and the **Republic** for which it stands. The Home Office can at any time suspend, revoke or take away this **Certificate of Authority,** if in the judgment of our Ambassador, Ravanna Sanders Bey, and/or the **Grand Council for the Reincarnate Temple System at Chicago,** can show cause that **Brother Ricky Robinson–El** has violated the rules of the organic **American Constitution** and the Principles of LTPFJ. **IN TESTIMONY WHEREOF, I, Ravanna Sanders Bey, Premier: Vizier and Islamic Sultanate,** have hereunto subscribed my name and affixed the Seals of the **Moorish Science Temple of America** and the **Washitaw Nation of Muurs.**

On this 8th Day of January, 2006

Brother Ravanna Sanders Bey, Ambassador-At-Large

**EIN: 56–2473981 IRS: 17053–290–74400–4**
**Exemption Identification No.: E 9939–0647–01**
**Illinois Department of Revenue**

U.S. Land Grant No. 923 [Certificate: June 20, 1797; Plan No. 1518; Register No. 3, April 12, 1802]
**A CESTUI QUE TRUST – INDENTURE AGREEMENT BETWEEN SOVEREIGN PRIVATE PARTIES**

Exhibit F-14

# EMPIRE WASHITA[illegible]DYAHMOUNDYAH
# WASHITAW [illegible] OF MUURS

POST OFFICE BOX 0318
CHICAGO: VIA, U.S.A. POSTAL ZONE 60621 – 0318

Ministry of Information | Office of Vital Statistics

## DECLARATI[illegible]LITY

## MOORISH S[illegible]

This **Declaration** will affirm that **Brother** [illegible] **and is a Member** of the **Moorish Science Temple** [illegible] **Illinois Republic,** [illegible] of this **Divine** and **National Movement,** foun[illegible] **Noble Drew Ali,** is to uplift [illegible] to make **American Nationals** [non–Fo[illegible] **Indigenous Washitaw Muurs.** T[illegible] from the **Book of the Seven Seals, The** [illegible]**ran,** written by our **Prophet Noble Drew** [illegible] of this **Declaration** is to promote [illegible] **Prophet Noble Drew Ali** and the sacred **Princ**[illegible]**stice.**

Officers and/or Members [illegible]is **Declaration** must hereby pled[illegible] the organic American Constitution of 1789 a[illegible] [Illinois] for which it stands. The Home Office can [illegible] revoke or take away this **Declaration of Natio**[illegible]dgment of our **Ambassador, Ravanna Sanders B**[illegible] and/or [illegible] **Council for the Reincarnate Temple System at Chicag**[illegible] that **Brother Ricky Robinson–El** has [illegible] the organic American Constitution and the Principles of LT[illegible]**ONY WHEREOF, I, Ravanna Sanders** [illegible] hereunto subscribed my name and affixed the Seals of the **Moorish Scien**[illegible]**erica** and the **Washitaw Na**[illegible] **Washitaw de Dugdyahmoundyah].**

On this [illegible] January , 2006

Sheik Ravanna Sanders Bey, Washitaw Ambassador–At–Large
Empire Washitaw de Dugdyahmoundyah [Amurru]

U.S. Land Grant No.: 923 [Certificate: June 20, 1797; Plan No. 1518; Register No. 3, April 12, 1802]
A CESTUI QUE TRUST – INDENTURE AGREEMENT BETWEEN SOVEREIGN PRIVATE PARTIES



# WASHIT[illegible]W NATION OF MU[illegible]RS
# MOORISH SCIENCE TEMPLE OF AMERICA

The Marquis de Maison Rouge, The Baron de Bastrop, and Colonel Abraham Morhouse—Three Ouachita Valley Soldiers of Fortune.

The Maison Rouge and Bastrop Spanish Land "Grants."

## Moorish Science Temple of America

PROPHET NOBLE DREW ALI FOUNDER

**Noble Drew Ali and the Moorish Gospel** Noble Drew Ali (1886–1929) presented himself as a prophet, or "an Angel of Allah," sent to bring "the everlasting Gospel of ALLAH. Born Timothy Drew in North Carolina, he migrated to Newark, New Jersey, to work as an expressman. According to legend, he made a pilgrimage to North Africa where he studied with Egyptian Islamic scholars and received permission from the King of Morocco to teach Islam in the African American community. Other legends claim that his father was a Moroccan and his mother a Cherokee, who both were initiated into the Modernist Islamist Salafi movement of the famous Jamal al-Afghani during his later visits to the United States in the early 1880s. In 1913, Ali resumed a Moorish identity and established the first Adept Chamber of the Moorish Science Temple of America in Newark. Following the slow but steady growth of his following, new temples were founded in Pittsburgh, Detroit, and some sites in the South before 1925, when Noble Drew Ali moved to Chicago and established a headquarters and what later became the largest Moorish chapter.

The Moorish Science Temple combined the legacy of Marcus Garvey with the notion of Islam as the old-time religion of the black man. Its spokespersons rejected all terms previously used for the African nation in America. In act 6 of the *Divine Constitution*, the Prophet instructs his followers that "they are not Negroes, Colored Folks, Black People or Ethiopians, because these names were given to slaves by slave holders. They should now openly declare their true identity as "Moorish Americans," "descendants of the ancient Moabites," later known as Morrocans. The Moabites were part of the divine "Asiatic nation," the original inhabitants of the earth and progenitors of all nonwhite nations.

The physical part of man was created in the Garden of Eden in the Holy City of Mecca in the land of Canaan. Seeking new land, the Moabites migrated into Africa and received permission from Pharaoh to settle in the northwest, where they founded the great Moroccan empire. Before long the Moorish civilization flourished. Prior to the giant earthquake that created the Atlantic Ocean, the dominion of the Moroccan Empire included all of Africa and extended across Atlantis into present-day

NOBLE DREW ALI

Exhibit G-2

# WASHITAW NATION OF MUURS
## MOORISH SCIENCE TEMPLE OF AMERICA

# THE MOORISH SCIENCE TEMPLE OF AMERICA
HOME OFFICE OF NOBLE DREW ALI

Exhibit G-3

## Prophet Noble Drew Ali (Reincarnated)

(Dec. 6, 1904 - Oct. 21, 1945)

Prophet Noble Drew Ali, Reincarnated was born December 6, 1904 in Sumter, South Carolina to John and Sally Givens. At the age of 20 years, he moved to Chicago, Illinois and became an auto mechanic where he united into the Moorish Holy Temple of Science and became a member of the Adept Chambers.

On August 7, 1929, the spirit of the Founder, Prophet Noble Drew Ali, reincarnated in the form of John Givens El - to be later known as Prophet Noble Drew Ali, Reincarnated. On September 19, 1929, Prophet Noble Drew Ali, Reincarnated made this truth known at Pythians Hall.

Prophet Noble Drew Ali, Reincarnated taught from his residence at 447 E. 40th Street until October 21, 1945 at which time he passed out of his form.

Many visitors came from the Temples to visit and be counseled by him, as well as to seek advice on every aspect of life.



Exhibit G-4 & A-17



"Prophet Noble Drew Ali Reincarnated" Founder of the Moorish Science Temple of America Aug. 1934

Exhibit G-5 & A-15




The Moorish Science Temple Of America
Reincarnate Temple Of Chicago
Washitaw Nation Of Muurs

1. January 8th, 1886. Holiday of Prophet Noble Drew Ali, (1886-1929). Founder of the Canaanite Temple and later The Moorish Science Temple of America 1913 A.D. Newark, N.J.

2. January 14th, 1932. Holiday. Birthday of Brother Mohammed Ali El, (1932-1999), Moorish Spiritual Leader.

3. March 13th, 1941. Holiday. Birthday of Brother Prince Ali Mohammed El, (1941- ).

4. April 11th, 1912. Holiday. Birthday of Sister Eva Ali El, **Queen Mother** (1911-2005).

5. May 4th, 1927. Holiday. Birthday, **Empress Verdiacee "Tiari" Washitaw-Tunica Goston El-Bey.**

6. May 14th, 1925. Holy Feast Day. Brother Prophet Noble Drew Ali Reincarnated arrived in Chicago, Illinois.

7. June 7th, 570-632 A.D. Observance Day. Birthday of Prophet Mohammed 1st. Arabian Prophet Founder of the uniting of Islam in Arabia.

8. June 17th, 1928. Observance Day. Prophet Noble Drew Ali led the parade in Chicago, Ill. marking the Moorish Calendar.

9. June 18th, 1880. Holiday. Birthday of Brother Ira Johnson Bey **(Allah-El)**, (1879-1949). The Nazarene.

10. June 20, 1797. Holiday. **The Crown of Washitaw.** U.S. Land Grant No. 923; Plan No. 1518; Register No. 3, April 12, 1802.

11. July 20th, 1929. Observance Day. Prophet Noble Drew Ali passed in Chicago, Illinois.

12. August 7th, 1929. Greatest Holiday of them all. Prophet Noble Drew Ali reincarnated back into one of his disciples. Brother Prophet Noble Drew Ali Reincarnated.

13. August 17th, 1929. Observance Day. Birthday of Marcus Garvey, (1887-1940). Forerunner of Prophet Noble Drew Ali, the Founder of the Moorish Science Temple of America.

14. September 19th, 1929. Holiday.Prophet Noble Drew Ali publicly announced his reincarnation at Pythians Hall, 3737 State Street, Chicago, Illinois. **"I am back,"** said the Reincarnated Prophet.

15. October 7th, 1942. Holiday. Birthday of brother Prince Davis Ali El (1942-1996). Little Brother.

16. October 14th, 2005. Observance Day. Sister Eva Ali El, passed in Chicago, Illinois.

17. October 21, 1945. Observance Day. Brother Prophet Noble Drew Ali Reincarnated pulled the old ancient Canaanite trick again. Steeped out of the form at 447 East 40th St., Chicago, Illinois.

18. December 5th, 1949. Observance Day. Brother Allah-El **(The Nazarene)** passed in Menard, Ill. He also pulled the old ancient Canaanite trick.

19. December 6th, 1904. Holiday. Birthday of Brother Prophet Noble Drew Ali Reincarnated (1904-1945).

20. December 19th, 1925. Observance Day. The Star and Crescent appeared in the heavens. Allah's sign to man that His Noble and Divine Prophet Drew Ali was in North America teaching ISLAM. **"Islam hangs low in the western sky."**

Exhibit G-6 & A-5

1653

PAID
MAY 21 1928
$ 1.00

STATE OF ILLINOIS, } ss.
County of Cook

I hereby certify that at a Special meeting of the members of the Moorish Temple of Science, Chicago, Illinois held on the 2nd., day of May A. D. 1928, at 8 o'clock P. M., pursuant to the rules of said corporation, the following resolution was adopted, in accordance with the By-Laws of said corporation

[illegible] Resolved that the Moorish Temple of Science [illegible] assembled in the City of Chicago, Illinois, on the 2nd., day of May 1928, for the purpose of changing the name of the said corporation, hereby make application to the Secretary of State of Illinois, to change the name of the Moorish Temple of Science to The Moorish Science Temple of America.

1900
972

Whitehead Bey
SECRETARY.

STATE OF ILLINOIS, } ss.
County of Cook

I, Drew Ali, being duly sworn, declare on oath that I am President of the corporation mentioned in the foregoing certificate, and that the statements therein are true in substance and in fact.

In Witness whereof, I have hereunto set my hand and caused the seal of said Corporation to be affixed, this ........ day of ........ A. D. 192....

Corporate Seal Here

Drew Ali
PRESIDENT.

Subscribed and sworn to before me this 19th day of May

Claude D. Greene

Exhibit G-7



EMEHL Y. EL GRANDSHIEK
OF MOORISH SCIENCE
TEMPLE OF AMERICA
CHICAGO - 1928

Exhibit G-8

SUNDAY, SEPTEMBER 15, 1929

8:00 P. M.

Formal opening of the Convention by
BROTHER T. THOMPSON - El
Grand Governor of Philadelphia, Pa.

Roll Call of Delegates

Address ............................................ Brother T. Thompson - El

Song

Presentation of Permanent Chairman

Brother E. Mealy - El ............................ Supreme Grand Sheik

Introduction of Grand Governors and
Supreme Grand Business Manager

Announcement of the Convention Program

Brother E. Mealy - El

Call for New Members

Adjournment

MONDAY NIGHT, SEPTEMBER 16, 1929

8:00 P. M.

Opening of the Convention by

Brother E. Mealy -El ............................ Supreme Grand Sheik

Presentation of Credentials by Delegates

Address ............................................ Brother W. Smith - Bey
Grand Governor, Detroit, Michigan

Song

Address ............................................ Brother Kickman - Bey
Supreme Grand Adviser, Temple No. 1
Chicago, Illinois

Song

Adjournment

TUESDAY, SEPTEMBER 17, 1929

8:00 P. M.

Opening of the Convention by

Brother E. Mealy - El ............................ Supreme Grand Sheik

Report of Grand Governors and Report of Supreme
Grand Business Manager

Address ............................................ Brother Pollard - Bey
Grand Governor, Newark, N. J.

Song

Adjournment

WEDNESDAY, SEPTEMBER 18, ,1929

8:00 P. M.

Opening of the Convention

Brother E. Mealy - El ............................ Supreme Grand Sheik

Song

Address ............................................ Brother T. Crumby - Bey
Grand Governor, Pittsburgh, Pa.

Song

Address ............................................ Brother Aaron Payne - El
Supreme Grand Business Manager

Adjournment

THURSDAY, SEPTEMBER 19, 1929

1:00 P. M., PICTURES OF CONVENTION
, In front of Pythian Temple

8:00 P. M.

OPEN FORUM

Brother E. Mealy - El ............................................ Chairman

Statement ............................................ Brother Middleton - El
Lt. of Police, ,Chicago, Ill.

Song

Address ............................................ Dr. George Cleveland Hall

Song

Adjournment

FRIDAY, SEPTEMBER 20, 1929

8:00 P. M.

Final Meeting of Convention

Reading of General Laws and General Instructions given

10:00 P. M.

MOORISH GRAND BALL

(Admission only by tickets)

Exhibit G-9

**PROOF/CERTIFICATE OF SERVICE**

To: Lisa Madigan
Illinois Attorney General
Office of The Attorney General
500 South Second Street
Springfield, Illinois (627-0000)

PLEASE TAKE NOTICE that on March 10,2008, I Rickey Robinson-El have placed the documents listed below in the institutional mail at Stateville Correctional Center, properly addressed to the party listed above for mailing through the United States Postal Service. Documents herein attached:

1.) AMENDED COMPLAINT and its attached EXHIBITS - 113 Pages Total.

Complaint - 13 pages
Exhibits - 100 pages
113 Total

Pursuant to 28 U.S.C. 1746, 18 U.S.C 1621 or 735 ILCS 5/1-109, I Rickey Robinson-El declare, under penalty of perjury, that I am the named party serving the AMENDED COMPLAINT and its attachments above, and that the information contained therein is true and correct to the best of my knowledge.

Date: March 10, 2008.

/s/ Rickey Robinson-El ©
Name: Rickey Robinson-El ©
IDOC No: K-82958
STATEVILLE CORRECTIONAL CENTER
P.O. Box 112
Joliet, Illinois (60434-0112)

07 C 6412

## PROOF/CERTIFICATE OF SERVICE

To: Clerk's Office
U.S. District Court
Prisoner Correspondence
219 South Dearborn Street
Chicago, Illinois [60604]

To: Lisa Madigan
Illinois Attorney General
Attorney General Office
500 South Second Street
Springfield, Ill. (62700)

PLEASE TAKE NOTICE that on this day of April 18,2008, I Rickey Robinson-El, in compliance with the court's mandate rendered April 14,2008, have placed the Amended Complaint No. **07 C 6412** and the proper amount of copies in the institutional mail at Stateville Correctional Center, properly addressed to the Clerk's Office, and the Attorney General's Office listed above for mailing through the United States Postal Service.

Pursuant to 28 U.S.C. 1746, 18 U.S.C. 1621 or 735 ILCS 5/1-109, I Rickey Robinson-El declare, under penalty of perjury, that I am the named party mailing the copies and the AMENDED COMPLAINT itself as specified above.

Date: April 18,2008.

/s/ Rickey Robinson-El ©
Name: Rickey Robinson-El ©
IDOC No: K-82958
STATEVILLE CORRECTIONAL CENTER
P.O. Box 112
Joliet, Illinois [60434-0112]

07 C 6412

**PROOF/CERTIFICATE OF SERVICE**

To: Clerk's Office
U.S. District Court
Prisoner Correspondence
219 South Dearborn Street
Chicago, Illinois [60604]

Originally I Rickey Robinson-El filed this Amended Complaint on March 10,2008 with 2 copies and sent a additional copy to the Lawyer (Lisa Madigan) representing all 9 defendants. This Clerk's Office responded that I did not file a sufficient amount of copies as I were to file a copy for each defendant with the original and 2 copies not including the copy required to be served to Lisa Madigan (Illinois Attorney General).

PLEASE TAKE NOTICE that on this day of March 31, 2008, I Rickey Robinson-El, in compliance with this clerk's office request, have placed the 9 copies for each defendant in the institutional mail at Stateville Correctional Center, properly addressed to the Office listed above for mailing through the United States Postal Service. That is, 9 copies total enclosed in 5 manilla envelopes.

Pursuant to 28 U.S.C. 1746, 18 U.S.C. 1621 or 735 ILCS 5/1-109, I Rickey Robinson-El declare, under penalty of perjury, that I am the named party mailing the 9 copies of AMENDED COMPLAINT No. **07 C 6412** as specified above.

Date: March 31,2008.

/s/ Rickey Robinson-El ©
Name: Rickey Robinson-El
IDOC No: K-82958
STATEVILLE CORRECTIONAL CENTER
P.O. Box 112
Joliet, Illinois (60434-0112)