# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | VIRGINIA M. KENDALL | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6412 | **DATE** | May 13, 2008 |
| **CASE TITLE** | Rickey Robinson-EL (K-82958) v. Charles Peterson, et al. | | |

**DOCKET ENTRY TEXT:**

Plaintiff is granted leave to file his fourth amended complaint [21]. The Clerk shall issue summonses and send Plaintiff a Magistrate Judge Consent Form, Instructions for Submitting Documents, and a copy of this order. The Clerk is directed to change the caption of this case to "Robinson-EL v. Peterson." Defendant Rod Blagojevich is dismissed from this action.

■ [For further details see text below.]                                                                                       Docketing to mail notices.

## STATEMENT

Plaintiff Rickey Robinson-EL is granted leave to file his fourth amended complaint. Plaintiff alleges that he is compelled to attend religious services of non-indigenous Muslim groups because services for the Indigenous Washitaw Nation of Muurs are not provided at Stateville Correctional Center

Plaintiff will be allowed to proceed on his claims as to defendants Charles Peterson, George Adamson, Terry L. McCann, Jane Bularzik, Melody J. Ford, and Roger E. Walker, Jr.

However, Plaintiff will not be allowed to proceed against defendant Rod Blagojevich, the Governor of Illinois. Plaintiff does not assert that Governor Blagojevich was personally involved or associated with an unconstitutional policy or custom affecting Plaintiff. *See Chavez v. Cady*, 207 F.3d 901, 906 (7th Cir.2000) (supervisory officials may not be held liable for the unconstitutional conduct of their subordinates, unless the officials knew of and facilitated, approved, condoned, or turned a blind eye to the conduct). Defendant Rod Blagojevich is accordingly dismissed from this action.

| | Courtroom Deputy Initials: | CLH |
|---|---|---|