AC

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>RICKEY ROBINSON-EL (#K-82958) | COURT CASE NUMBER<br>07 C 6412 |
|---|---|
| DEFENDANT<br>CHARLES PETERSON, ETAL. | TYPE OF PROCESS<br>SUMMONS & COMPLAINT-WAIVER |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
ROGER E. WALKER, JR., DIRECTOR AT ILLINOIS DEPT. OF CORRECTIONS
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1301 CONCORDIA COURT - P.O. BOX 19277 SPRINGFIELD, IL 62794-9277

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

RICKEY ROBINSON - #k-82958
STATEVILLE CORRECTIONAL CENTER
P.O. BOX 112
JOLIET, il 60434

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 8 |
| Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

**FILED**
JUN 23 2008
6-23-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE<br>06-06-08 |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>6 of 8 | District of Origin<br>No. 24 | District to Serve<br>No. 24 | Signature of Authorized USMS Deputy or Clerk RT | Date<br>06-06-08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)
Received signed waiver of summons from R. Walker + receipt of certified delivery (green card).

| Date<br>06/12/08 | Time | ☐ am ☐ pm |
|---|---|---|

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| Ø | Ø | 12.65 | 12.65 | Ø | 12.65 |

REMARKS:
MAILED WAIVER AND CERTIFIED MAIL ON JUNE 6, 2008 - CERTIFIED MAIL NUMBER : 7007 0710 0000 9548 4794

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

*In mail*

Form AO-399 (Rev. 05/00)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
(DISTRICT)

## Waiver of Service of Summons

TO: **RICKEY ROBINSON-EL (#K-82958)**
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, **ROGER E. WALKER, JR.** acknowledge receipt of your request that I waive
(DEFENDANT NAME)

service of summons in the action of **RICCKEY ROBINSON-EL VS. CHARLES PETERSON, ETAL.**
(CAPTION OF ACTION)

which is case number **07 C 6412** in the United States District Court for the
(DOCKET NUMBER)

**NORTHERN DISTRICT OF ILLINOIS**
(DISTRICT)

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after **JUNE 6. 2008**
(DATE REQUEST WAS SENT)
or within 90 days after that date if the request was sent outside the United States.

**6/12/08**
DATE

_____
SIGNATURE

Printed/Typed Name: **ROGER E. WALKER, JR.**

As **DIRECTOR** of **ILLINOIS DEPT. OF CORRECTIONS**
TITLE        CORPORATE DEFENDANT

---

**Duty to Avoid Unnecessary Costs of Service of Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown to its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against the defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | VIRGINIA M. KENDALL | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6412 | DATE | June 5, 2008 |
| CASE TITLE | Rickey Robinson-EL (K-82958) v. Charles Peterson, et al. | | |

**DOCKET ENTRY TEXT:**

Minute Order correcting the statement in Minute Entry #[23]: Plaintiff is granted leave to file his fourth amended complaint [21]. The Clerk shall issue summonses and send Plaintiff a Magistrate Judge Consent Form, Instructions for Submitting Documents, and a copy of this order. The Clerk is directed to change the caption of this case to "Robinson-EL v. Peterson." Defendant Rod Blagojevich is dismissed from this action.

■ [For further details see text below.]

### STATEMENT

Plaintiff Rickey Robinson-EL is granted leave to file his fourth amended complaint. Plaintiff alleges that he is compelled to attend religious services of non-indigenous Muslim groups because services for the Indigenous Washitaw Nation of Muurs are not provided at Stateville Correctional Center

Plaintiff will be allowed to proceed on his claims as to defendants Charles Peterson, George Adamson, Tammy Garcia, Ami Workman, Terry L. McCann, Jane Bularzik, Melody J. Ford, and Roger E. Walker, Jr.

However, Plaintiff will not be allowed to proceed against defendant Rod Blagojevich, the Governor of Illinois. Plaintiff does not assert that Governor Blagojevich was personally involved or associated with an unconstitutional policy or custom affecting Plaintiff. *See Chavez v. Cady*, 207 F.3d 901, 906 (7th Cir.2000) (supervisory officials may not be held liable for the unconstitutional conduct of their subordinates, unless the officials knew of and facilitated, approved, condoned, or turned a blind eye to the conduct). Defendant Rod Blagojevich is accordingly dismissed from this action.

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By ................................................
DEPUTY CLERK
U. S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
6/5/08

Courtroom Deputy Initials: CLH

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    JUN 10 2008

1. Article Addressed to:

Illinois Department of Corrections
1301 Concordia Court
P.O. Box 19277
Springfield, IL. 62794-9277

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

CASE: 07 C 6412

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7007 0710 0000 9548 4794

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

United States Marshals Service
Northern District of Illinois
219 South Dearborn Street – Room 2444
Chicago, IL 60604

ATTN: Civil Division

CASE: 07 C 6412