USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>RICKEY ROBINSON-EL (#K-82958) | COURT CASE NUMBER<br>07 C 6412 |
|---|---|
| DEFENDANT<br>CHARLES PETERSON, ETAL. | TYPE OF PROCESS<br>SUMMONS & COMPLAINT-WAIVER |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
AMI WORKMAN, GRIEVANCE OFFICER AT STATEVILLE CORRECTIONAL CENTER
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
P.O. BOX 112 JOLIET, IL 60434

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

RICKEY ROBINSON - #k-82958
STATEVILLE CORRECTUIONAL CENTER
P.O. BOX 112
JOLIET, il 60434

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 8 |
| Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold                                                                                     Fold

FILED
JUN 27 2008
6-27-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT    DATE 06-06-08

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>4 of 8 | District of Origin<br>No. 24 | District to Serve<br>No. 24 | Signature of Authorized USMS Deputy or Clerk<br>R.T. | Date<br>06-06-08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above)
Received signed waiver & receipt
of certified delivery (green card)

Date 06-13-08    Time ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee<br>0 | Total Mileage Charges including endeavors)<br>0 | Forwarding Fee<br>10.10 | Total Charges<br>10.10 | Advance Deposits<br>0 | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>10.10 |
|---|---|---|---|---|---|

REMARKS:
MAILED WAIVER AND CERTIFIED MAIL ON JUNE 6, 2008 - CERTIFIED MAIL NUMBER : 7007 0710 0000 9548 4787

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

Form AO-399 (Rev. 05/00)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
(DISTRICT)

## Waiver of Service of Summons

**TO: RICKEY ROBINSON-EL (#K-82958)**
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, AMI WORKMAN acknowledge receipt of your request that I waive
(DEFENDANT NAME)
service of summons in the action of RICCKEY ROBINSON-EL VS. CHARLES PETERSON, ETAL.
(CAPTION OF ACTION)
which is case number 07 C 6412 in the United States District Court for the
(DOCKET NUMBER)
NORTHERN DISTRICT OF ILLINOIS .
(DISTRICT)

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after JUNE 6. 2008
(DATE REQUEST WAS SENT)
or within 90 days after that date if the request was sent outside the United States.

6-13-08                    /s/ Ami Workman
DATE                       SIGNATURE

Printed/Typed Name: AMI WORKMAN

As GRIEVANCE OFFICER of STATEVILLE CORRECTIONAL CENTER
   TITLE                    CORPORATE DEFENDANT

**Duty to Avoid Unnecessary Costs of Service of Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown to its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, of that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against the defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me:^ | DATE 6/13/08 |
| NAME OF SERVER (Print) Kathy Sandlin | TITLE Lit. Coord. |

Check one box below to indicate appropriate method of service:

[X] Served personally upon the defendant. Place where served: 16830 South Rt 53 Crest Hill, IL

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/13/08           Kathy Sandlin
             Date              Signature of Server

                               16830 South Rt 53,
                               Address of Server   Crest Hill, IL

^As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   STATEVILLE CORRECTIONAL CENTER
   P.O. BOX 112
   ROUTE 53
   JOLIET, ILLINOIS 60434

   ATTN: RECORDS

   CASE: 07 C 6412

2. Article Number
   (Transfer from service label)       7007 0710 0000 9548 4787

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X c/o S. [signature]    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   c/o S. Jumos                   6-10-08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595