**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:    07 C 6412

*Rickey Robinson-El v. Charles Peterson, et al.*

                                                                                          Hon. Virginia M. Kendall
                                                                                          Judge Presiding

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants: Adamson, Garcia, Peterson, Workman, Bularzik, Ford, Walker and McCann

| | |
|---|---|
| NAME (Type or print) <br> LEA T. NACCA | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Lea T. Nacca | |
| FIRM <br> Office of the Illinois Attorney General | |
| OFFICE ADDRESS <br> 100 W. Randolph, 13th Floor | |
| CITY/STATE/ZIP <br> Chicago, Illinois  60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6286005 | TELEPHONE NUMBER <br> (312) 814-4491 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?       YES ___      NO ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ___     NO ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?        YES ___     NO ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ✓    NO ___ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ___       APPOINTED COUNSEL ___ | |