IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS          CHICAGO EASTERN DIVISION

| | |
|---|---|
| RICKEY ROBINSON-EL, <br>         Plaintiff <br><br> v. <br><br> CHARLES PETERSON, et al. <br> GEORGE ADAMSON <br> TAMMY GARCIA <br> AMI WORKMAN <br> TERRY L. MCCANN <br> JANE BULARZIK <br> MELODY J. FORD <br> ROGER E. WALKER JR <br>         Defendants | Case No.: 1:07-cv-06412 <br><br> VIRGINIA M. KENDALL <br> ASSIGNED JUDGE |

FILED
AUG 19 2008
AUG 19 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF FILING

TO: Prisoner Correspondence, Clerk's Office, U.S. District Court
    219 South Dearborn Street, Chicago, Illinois 60604.

TO: Andrew W. Lambertson, Office of the Illinois Attorney General,
    100 W. Randolph, 13th Floor, Chicago, Illinois 60601.

    **PLEASE TAKE NOTICE**, that on the 13 day of August, 2008, I have caused the attached **MOTION FOR APPOINTMENT OF COUNSEL** and it's **ATTACHMENTS**, to be sent to the above named parties for filing and proper processing.

                                                /s/ Rickey Robinson-El
                                                RICKEY ROBINSON-EL

## CERTIFICATE OF SERVICE

    I, Rickey Robinson-El, hereby certify that a true and correct, one (1) original and two (2) copies of the attached legal documents have been served on the above named Clerk's Office, and eight (8) copies to the above named Attorney on behalf of the defendants in the above caption. The same being sent <u>via</u> the United States mail, with proper postage having been paid at the Stateville Correctional Center on the 13 day of August, 2008.

                                                /s/ Rickey Robinson-El
                                               RICKEY ROBINSON-EL, #K82958
                                               STATEVILLE CORRECTIONAL CTR
                                               P.O. Box 112

Subscribed and sworn to before me   Joliet, Illinois 60434-0112
This 13TH day of August, 2008.

/s/ Sherwin K. Miles
NOTARY PUBLIC

OFFICIAL SEAL
SHERWIN K. MILES
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 5-20-2012



IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS        CHICAGO EASTERN DIVISION

| | |
|---|---|
| RICKEY ROBINSON-EL,<br>    Plaintiff | Case No.: 1:07-cv-06412 |
| v. | VIRGINIA M. KENDALL<br>ASSIGNED JUDGE |
| CHARLES PETERSON, et al.<br>GEORGE ADAMSON<br>TAMMY GARCIA<br>AMI WORKMAN<br>TERRY L. MCCANN<br>JANE BULARZIK<br>MELODY J. FORD<br>ROGER E. WALKER JR<br>    Defendants | FILED<br>AUG 1 9 2008<br>AUG 19 2008<br>MICHAEL W DOBBINS<br>CLERK, U.S. DISTRICT COURT |

### MOTION FOR APPOINTMENT OF COUNSEL

Pursuant to 28 U.S.C. § 1915(e)(1) plaintiff moves for an order appointing counsel to represent him in this case. In support of this motion, plaintiff states:

1.   Plaintiff is unable to afford counsel. He has requested leave to proceed in forma pauperis.

2.   Plaintiff's imprisonment will greatly limit his ability to litigate. The issues involved in this case are complex, and will require significant investigation and research. Plaintiff has limited access to the law library and limited knowledge of the law. Plaintiff barely is able to go to the law library once a month, and due to frequent lockdowns at times not at all able.

3.   A trial in this case will likely involve conflicting testimony, and counsel would better enable plaintiff to present evidence and cross examine witnesses.

4.   Plaintiff has made repeated efforts to obtain a lawyer. Attached to this motion are two (2) letters from the ACLU. One (1) letter from the National Office, and one (1) letter from the Roger Baldwin Foundation demonstrating their regrets that they cannot help plaintiff.

WHEREFORE, plaintiff request that the court appoint counsel in this case.

Date: August 13, 2008.

Rickey Robinson-El, #K82958
STATEVILLE CORRECTIONAL CENTER
P.O. Box 112
Joliet, Illinois [60434-0112]

**ACLU**
AMERICAN CIVIL LIBERTIES UNION

AMERICAN CIVIL
LIBERTIES UNION
NATIONAL OFFICE
125 BROAD STREET, 18TH FL.
NEW YORK, NY 10004-2400
T/212.549.2500
WWW.ACLU.ORG

OFFICERS AND DIRECTORS
NADINE STROSSEN
PRESIDENT

ANTHONY D. ROMERO
EXECUTIVE DIRECTOR

RICHARD ZACKS
TREASURER

Dear Friend,

We have received your letter detailing conditions at the prison where you are incarcerated and we sympathize with your complaints and those of other inmates who write to us with similar problems.

The treatment of inmates is of continuing concern to the American Civil Liberties Union. Over the years, the ACLU has investigated, negotiated and litigated many matters of concern to high numbers of inmates. Unfortunately, the current political climate promotes the belief that society should get tougher on prisoners and take away the few privileges that they have. This climate has led to harsher sentencing, reduced funding and more restrictions on inmates.

As concerned as we are about the conditions in prison, as a private, non-profit organization, the ACLU does not have the resources to proceed on most individual cases. We find that we can be most effective through litigation when we find a pattern of constitutional violations in a particular institution. So, even though we cannot help you individually at this time, the information you provide may help us develop the facts necessary for broader legal action at a future time.

I am sorry that the ACLU cannot assist you at this particular time, but please know that letters from people like you help us to document these conditions and determine our litigation priorities. I hope you find the information included useful.

Thank you for writing the ACLU.

ACLU Nation Prison Project

*Received 7-22-08*
*Mickey Robinson - 6/©*

THE
ROGER
BALDWIN
FOUNDATION
OF ACLU,
INC.

Suite 2300
180 North Michigan Avenue
Chicago, Illinois 60601-1287
(312) 201-9740
Fax (312) 259  90
www.aclu-i



August 6, 2008

Mr. Rickey Robinson-El
#K82958
P.O. Box 112
Joliet, IL 60434-0112

Dear Mr. Robinson-El:

Thank you for contacting the American Civil Liberties Union of Illinois. We have reviewed your situation carefully and we regret to inform you that we will not be able to accept your case.

The ACLU office is a legal center that involves itself with broad impact, constitutional litigation. These are issues where the <u>government</u> has abused constitutional rights. Unfortunately, we regret that most cases of individual unfairness or injustice cannot be accepted.

We receive more than 20,000 requests annually for legal assistance. Our resources are limited and we can only act upon a small percentage of the requests. The fact that we cannot help you, however, does not mean that your case has no merit. It may be that we are handling a similar case, that the case does not involve a novel issue pertaining to civil liberties, or that we do not have the resources to handle the case.

You should know that there is a limited time in which legal action may be pursued, sometimes referred to as a statute of limitations. You might be wise to ask an attorney for advice about preserving any rights you may have.

Please accept our regrets that we cannot help you with your situation.

Sincerely,

Intake Department

*Received 8-12-08*

*Rickey Robinson-El ©*