FILED MHW
AUG 2 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS         CHICAGO EASTERN DIVISION

| | |
|---|---|
| RICKEY ROBINSON-EL,<br>        Plaintiff | Case No.: 1:07-cv-06412 |
| v. | VIRGINIA M. KENDALL<br>ASSIGNED JUDGE |
| MELODY J. FORD, et al.<br>ROGER E. WALKER JR, et al.<br>        Defendants | |

### NOTICE OF FILING

TO: Prisoner Correspondence, Clerk's Office, U.S. District Court
219 South Dearborn Street, Chicago, Illinois 60604.

TO: Andrew W. Lambertson, Office of the Illinois Attorney General,
100 W. Randolph, 13th Floor, Chicago, Illinois 60601

    **PLEASE TAKE NOTICE**, that on the _13_ day of August, 2008, I have caused the attached **ORDER TO SHOW CAUSE FOR A INJUNCTION** and it's **ATTACHMENTS**, to be sent to the Clerk's Office above for filing and proper processing.

                                                /s/ Rickey Robinson-El
                                                RICKEY ROBINSON-EL

### CERTIFICATE OF SERVICE

    I, Rickey Robinson-El, hereby certify that a true and correct, one (1) original and four (4) copies of the attached legal documents have been served on the above named Clerk's Office, with two of those copies sent to the above named Attorney on behalf of the two defendants named in this cause. The same being sent <u>via</u> the United States mail, with proper postage having been paid at the Stateville Correctional Center on the _13_ day of August, 2008.

                                                /s/ Rickey Robinson-El
                                                RICKEY ROBINSON-EL, K82958
                                                STATEVILLE CORRECTIONAL CTR
                                                P.O. BOX 112

Subscribed and sworn to before me     Joliet, Illinois 60434-0112
This _13th_ day of _August_, 2008.

_/s/ K. Miles_
   NOTARY PUBLIC

OFFICIAL SEAL
SHERWIN K. MILES
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 5-20-2012

FILED
AUG 2 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

```
         IN THE UNITED STATES DISTRICT COURT FOR THE
    NORTHERN DISTRICT OF ILLINOIS      CHICAGO EASTERN DIVISION
```

| | |
|---|---|
| RICKEY ROBINSON-EL,<br>       Plaintiff<br><br>v.<br><br>MELODY J. FORD, et al.<br>ROGER E. WALKER JR, et al.<br>       Defendants | )<br>)<br>)<br>)  Case No.: 1:07-cv-06412<br>)<br>)  <u>VIRGINIA M. KENDALL</u><br>)      ASSIGNED JUDGE<br>)<br>)<br>) |

### <u>ORDER TO SHOW CAUSE FOR A INJUNCTION</u>

**NOW COMES** the Plaintiff, **Rickey Robinson-El**, appearing by "special appearance" [not general appearance] in his "proper person" [a "natural person"] and within his alien jurisdiction [alieni juria] on the soil [sui juris], who respectfully move this court for Injunction Relief as to Defendants "Melody J. Ford & Roger E. Walker."

Upon this motion, the supportin affidavit of plaintiff, and the memorandum of law submitted herewith, it is:

**ORDERED** that defendants Melody J. Ford & Roger E. Walker Jr. show cause in room _____ of the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604 on the _____ day of _____, 2008, at _____ o'clock, why a Injunction should not issue pursuant to Rule 65(a) of the Federal Rules of Civil Procedure the Defendants from retaliating against Plaintiff by refusing Plaintiff the right to appeal his Grievance pursuant to 20 Ill.Admin.Code 504.850.

**IT IS FURTHER ORDERED** that the order to show cause, and all other papers attached to this application, be served on the aforesaid Plaintiff by August 22, 2008.

Dated: _____
United States District Judge