IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RICKEY ROBINSON-el, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 C 6412 |
| | ) | Judge Virginia Kendall |
| CHARLES PETERSON, | ) | |
| et al., | ) | Magistrate Morton Denlow |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO WITHDRAW AS ATTORNEY OF RECORD, AND FOR ENLARGEMENT OF TIME IN WHICH TO FILE RESPONSIVE PLEADING**

NOW COME Defendants, ROGER WALKER, MELODY FORD, CHARLES PETERSON, GEORGE ADAMSON, TAMMY GARCIA, AMY WORKMAN, TERRY McCANN, and JANE BULARZIK, (hereinafter collectively referred to as "Defendants"), by and through her attorney, LISA MADIGAN, Attorney General of Illinois, and pursuant to Local Rule 83.17, respectfully request that this Court grant their Motion to Withdraw Andrew W. Lambertson as its Attorney of Record. In support of this motion, Defendants state as follows:

1. Assistant Attorney General Andrew W. Lambertson(hereinafter referred to as "AAG Lambertson") was assigned to act as lead counsel on behalf of Defendants.

2. AAG Lambertson has accepted a new position and has tendered his resignation from the Office of the Illinois Attorney General, effective August 29, 2008.

3. Assistant Attorney General Lea Nacca also represents Defendants in this matter.

4. Attorney Nacca will need a few weeks to get up to speed on the file once it has been transferred to her.

5.      Defendants respectfully request that the Court grant their motion to withdraw Andrew W. Lambertson as an attorney of record for Defendants, and grant Attorney Nacca until September 22, 2008 to file a responsive pleading.

WHEREFORE, for the foregoing reasons, Defendants, respectfully request that this Court grant their Motion to Withdraw Andrew W. Lambertson as its Attorney of Record, for an enlargement until September 22, 2008 to file a responsive pleading, and for such other relief as the Court deems just and proper.

Respectfully Submitted,

|  |  |  |
|---|---|---|
|  | By: | s/Andrew W. Lambertson |
| LISA MADIGAN | | ANDREW W. LAMBERYSON |
| Attorney General of Illinois | | Assistant Attorney General |
|  | | 100 West Randolph Street, 13th Floor |
|  | | Chicago, Illinois 60601 |
|  | | (312) 814-1187 |