IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RICKEY ROBINSON-el, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 C 6412 |
| | ) | Judge Virginia Kendall |
| CHARLES PETERSON, | ) | |
| et al., | ) | Magistrate Morton Denlow |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:  Rickey Robinson-el (K-82958)
     Stateville Correctional Center
     P.O. Box 112
     Joliet, IL 60434

PLEASE TAKE NOTICE that on the **28th day of August, 2008, at 9:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Virginia Kendall or whomever may be sitting in her stead in Room 2319 at United States District Court, Northern District of Illinois, Eastern Division at 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached **DEFENDANTS' MOTION TO WITHDRAW AS ATTORNEY OF RECORD, AND FOR ENLARGEMENT OF TIME IN WHICH TO FILE RESPONSIVE PLEADING,** a copy of which is attached and hereby served upon you.

By:  s/Andrew W. Lambertson

LISA MADIGAN
Attorney General of Illinois

ANDREW W. LAMBERTSON
Assistant Attorney General
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-1187

## CERTIFICATE OF SERVICE

The undersigned attorney deposes and states that a copy of the foregoing was served upon the above named at the above address by depositing same in the United States Mail at 100 West Randolph St., Chicago, Illinois 60601 with proper postage prepaid and/or by e-mailing same via CM/ECF Filing at his/her e-mail address on file on the 25th day of August, 2008.

s/ Andrew W. Lambertson